UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24505-KMM

IVAN GRANT,
ALEX LAFFITA ORTIZ,
HENRY PINTO SUMOZA,
EYONNY PRADO DURAN,
LUIS RODRIGUEZ CERUTO, AND
LUIS SAME GONZALO,

    Plaintiff,

vs.

STRATAIR AVIATION SERVICES, LLC,

    Defendant.
_____/

**SUMMONS IN A CIVIL ACTION**

TO:    STRATAIR AVIATION SERVICES, LLC
       c/o COGENCY GLOBAL INC., its Registered Agent
       115 NORTH CALHOUN STREET, SUITE 4
       TALLAHASSEE, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

       Brian H. Pollock, Esq. / FairLaw Firm
       135 San Lorenzo Ave., Ste. 770
       Coral Gables, FL 33146
       Tel:   (305) 230-4884
       brian@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 1, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ B. Chin*
Deputy Clerk
U.S. District Courts