UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24505-MOORE/ELFENBEIN

IVAN GRANT,
ALEX LAFFITA ORTIZ,
HENRY PINTO SUMOZA,
EYONNY PRADO DURAN,
LUIS RODRIGUEZ CERUTO, AND
LUIS SAME GONZALO,

    Plaintiffs,

vs.

STRATAIR AVIATION
SERVICES, LLC,

    Defendant.
_____/

## PLAINTIFFS' NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, STRATAIR AVIATION SERVICES, LLC

Plaintiffs, Ivan Grant, Alex Laffita Ortiz, Henry Pinto Sumoza, Eyonny Prado Duran, Luis Rodriguez Ceruto, and Luis Same Gonzalo file the Return of Service on Defendant, StratAir Aviation Services, LLC (served on October 2, 2025).

Dated this 3rd day of October 2025.

                                              s/Brian H. Pollock, Esq.
                                              Brian H. Pollock, Esq.
                                              Fla. Bar No. 174742
                                              brian@fairlawattorney.com
                                              FAIRLAW FIRM
                                              135 San Lorenzo Avenue
                                              Suite 770
                                              Coral Gables, FL 33146

                                        Tel:     305.230.4884
                                        Counsel for Plaintiffs