UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24505-MOORE/ELFENBEIN

IVAN GRANT,
ALEX LAFFITA ORTIZ,
HENRY PINTO SUMOZA,
EYONNY PRADO DURAN,
LUIS RODRIGUEZ CERUTO, AND
LUIS SAME GONZALO,

    Plaintiffs,

vs.

STRATAIR AVIATION
SERVICES, LLC,

    Defendants.
_____/

PLAINTIFFS' NOTICE OF PENDING, REFILED,
RELATED OR SIMILAR ACTIONS

Plaintiffs, Ivan Grant, Alex Laffita Ortiz, Henry Pinto Sumoza, Eyonny Prado Duran, Luis Rodriguez Ceruto, and Luis Same Gonzalo, pursuant to Local Rule 3.8, notifies the Court of the following Related Action presently pending in the District Court for the Southern District of Florida:

Raisyl Cepero Garcia vs. StratAir Aviation Services, LLC, 1:25-CV-24471-WILLIAMS/LETT, this related action involves claims against the same defendant, StratAir Aviation Services, LLC. The claims include:

- Disability discrimination in violation of the Americans with Disabilities Act (ADA) and the

Florida Civil Rights Act (FCRA), alleging that the plaintiff was terminated after disclosing a cancer diagnosis and requesting time off for surgery and recovery.

- Interference with FMLA rights, failure to notify of FMLA rights, and unlawful FMLA retaliation, alleging that the defendant terminated the plaintiff after he requested medical leave for a serious health condition.

Respectfully submitted this 3rd day of October 2025,

                                              <u>Brian H. Pollock, Esq.</u>
                                              Brian H. Pollock, Esq.
                                              Fla. Bar No. 174742
                                              brian@fairlawattorney.com
                                              FAIRLAW FIRM
                                              135 San Lorenzo Avenue
                                              Suite 770
                                              Coral Gables, FL 33146
                                              Tel:    305.230.4884
                                              Counsel for Plaintiffs