UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24505-MOORE/ELFENBEIN

IVAN GRANT,
ALEX LAFFITA ORTIZ,
HENRY PINTO SUMOZA,
EYONNY PRADO DURAN,
LUIS RODRIGUEZ CERUTO, AND
LUIS SAME GONZALO,

    Plaintiffs,

vs.

STRATAIR AVIATION
SERVICES, LLC,

    Defendants.
_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFFS

Patrick Brooks LaRou, Esq. of FairLaw Firm notifies the Court and all parties of his appearance in this action as counsel for Plaintiffs Ivan Grant, Alex Laffita Ortiz, Henry Pinto Sumoza, Eyonny Prado Duran, Luis Rodriguez Ceruto, and Luis Same Gonzalo, and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

Respectfully submitted this 21st day of October 2025,

                                          s/ Patrick Brooks LaRou
                                          Patrick Brooks LaRou, Esq. (1039018)
                                          brooks@fairlawattorney.com
                                          FAIRLAW FIRM
                                          135 San Lorenzo Avenue, Suite 770
                                          Coral Gables, Florida 33146
                                          Telephone: (305) 230-4884
                                          *Counsel for Plaintiffs*