UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:1:25-CV-24505-MOORE/ELFENBEIN

IVAN GRANT,
ALEX LAFFITA ORTIZ,
HENRY PINTO SUMOZA,
EYONNY PRADO DURAN,
LUIS RODRIGUEZ CERUTO,
and LUIS SAME GONZALO.

      Plaintiffs,

vs.

STRATAIR AVIATION
SERVICES, LLC,

      Defendant.
_____/

### **PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES**

Plaintiffs Ivan Grant, Alex Laffita Ortiz, Henry Pinto Sumoza, Eyonny Prado Duran, Luis Rodriguez Ceruto, and Luis Same Gonzalo, identify the following persons and entities with an interest in the outcome of this action, as follows:

1. **The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:**

    a)    Ivan Grant – Plaintiff;

    b)    Alex Laffita Ortiz – Plaintiff;

    c)    Henry Pinto Sumoza – Plaintiff;

    d)    Eyonny Prado Duran – Plaintiff;

    e)    Luis Rodriguez Ceruto – Plaintiff;

    f)    Luis Same Gonzalo– Plaintiff;

    g)    Brian H. Pollock, Esq. – counsel for Plaintiffs;

    h)    Patrick Brooks LaRou, Esq. – counsel for Plaintiffs;

    i)    All other counsel who appeared or hereafter appear for Plaintiffs;

    j)    Law Office of Brian H. Pollock, P.A. d/b/a FairLaw Firm – counsel for Plaintiffs;

    k)    Julio R. More, Esq. – co-counsel for Plaintiffs;

    l)    Law Office Julio R. More, P.A. – co-counsel for Plaintiffs;

    m)    StratAir Aviation Services, LLC – Defendant;

    n)    Roger W. Feicht, Esq. – counsel for Defendant;

    o)    All other counsel who appeared and/or hereafter appear for Defendant; and

    p)    Gunster – counsel for Defendant.

**2.** **The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

    None known to Plaintiffs.

**3.** **The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

    None known to Plaintiffs.

**4.** **The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

    Plaintiffs Ivan Grant, Alex Laffita Ortiz, Henry Pinto Sumoza, Eyonny Prado Duran, Luis Rodriguez Ceruto, and Luis Same Gonzalo.

**5.** **Check one of the following:**

    _X_ I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the

Court in writing on learning of any such conflict.

**-or-**

\_\_\_\_ I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

Respectfully submitted this 21st day of October 2025,

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq.  (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiffs*

3

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*