AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| Ivan Grant, Alex Laffita Ortiz, et al., | ) |
| *Plaintiff* | ) |
| v. | ) |
| StratAir Aviation Services, LLC | ) |
| *Defendant* | ) |

Case No.   1:25-cv-24505

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, StratAir Aviation Services, LLC                                         .

Date:     11/04/2025

*Attorney's signature*

Roger W. Feicht, FL Bar No. 84982
*Printed name and bar number*
Gunster, Yoakley & Stewart, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL  33401

*Address*

rfeicht@gunster.com and lhagan@gunster.com
*E-mail address*

(561) 650-0729
*Telephone number*

(561) 655-5677
*FAX number*