UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24505-MOORE/ELFENBEIN

IVAN GRANT,
ALEX LAFFITA ORTIZ,
HENRY PINTO SUMOZA,
EYONNY PRADO DURAN,
LUIS RODRIGUEZ CERUTO,
and LUIS SAME GONZALO,

      Plaintiffs,

vs.

STRATAIR AVIATION
SERVICES, LLC,

      Defendants.
_____/

## JOINT NOTICE OF MEDIATOR SELECTION

Plaintiffs, Ivan Grant, Alex Laffita Ortiz, Henry Pinto Sumoza, Eyonny Prado Duran, Luis Rodriguez Ceruto, and Luis Same Gonzalo, and Defendant, StratAir Aviation Services, LLC, jointly notice the Court, pursuant to the Court's Paperless Order of Referral to Mediation [ECF No. 18], that the Parties have agreed to utilize **Carlos J. Burruezo, Esq. as mediator.**

Respectfully submitted this 8th day of December 2025,

| | |
|---|---|
| s/ Patrick Brooks LaRou | s/ Roger W. Feicht |
| Brian H. Pollock, Esq. (174742) | Roger W. Feicht, Esq. (84982) |
| brian@fairlawattorney.com | rfeicht@gunster.com |
| Patrick Brooks LaRou, Esq. (1039018) | Nalani Alesia Gordon, Esq. (1010976) |
| brooks@fairlawattorney.com | ngordon@gunster.com |
| FAIRLAW FIRM | GUNSTER, YOAKLEY & STEWART, P.A. |
| 135 San Lorenzo Avenue, Suite 770 | 777 South Flagler Drive, Suite 500 East |
| Coral Gables, Florida 33146 | West Palm Beach, Florida 33401 |
| Telephone: (305) 230-4884 | Telephone: (561) 655-1980 |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |