UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24505-MOORE/ELFENBEIN

IVAN GRANT,
ALEX LAFFITA ORTIZ,
HENRY PINTO SUMOZA,
EYONNY PRADO DURAN,
LUIS RODRIGUEZ CERUTO,
and LUIS SAME GONZALO,

      Plaintiffs,

vs.

StratAir Aviation Services, LLC,

      Defendants.

_____/

## JOINT MOTION FOR ENTRY OF
## STIPULATED CONFIDENTIALITY ORDER[1]

Plaintiffs and Defendant, by and through their respective undersigned counsel, respectfully move this Court for entry of the attached Stipulated Confidentiality Agreement (Exhibit A) pursuant to paragraph 5 of the Court's Order Setting Discovery Procedures [DE 5]. In support thereof, the parties state as follows:

1.      The Parties anticipate that discovery in this consolidated employment discrimination action will involve the exchange of confidential, proprietary, and sensitive personal information, including but not limited to personnel records, employment policies, compensation

---

[1] On June 22, 2026, the parties filed an identical Joint Motion for Entry of Stipulated Confidentiality Order in the related action, *Raisyl Cepero Garcia v. StratAir Aviation Services, LLC*, Case No. 1:25-cv-24471-KMW, at ECF No. 38. The motion was not ruled upon before the Lead Case settled and the actions were de-consolidated. Because all pending motions were denied as moot and discovery will now proceed in this action, the parties jointly re-file this motion and request entry of the same proposed Stipulated Confidentiality Order (updated to reflect this case's case style).

data, and other documents containing trade secrets or private information of the parties and non-parties.

      2.      The Parties have conferred in good faith and have reached agreement on the terms of the attached Stipulated Confidentiality Agreement, which governs the handling, designation, and protection of confidential materials produced in discovery.

      3.      Entry of the Stipulated Confidentiality Agreement will facilitate the efficient exchange of discovery materials while protecting the legitimate confidentiality interests of all parties and non-parties whose information may be implicated.

      4.      A Word version of the proposed Stipulated Confidentiality Agreement will be emailed to the Court at Lett@flsd.uscourts.gov contemporaneously with the filing of this motion, as required by the Court's Order Setting Discovery Procedures [DE 5].

      WHEREFORE, the Parties respectfully request that this Court enter the attached Stipulated Confidentiality Agreement (Exhibit A) as an Order of this Court.

| /s/ Patrick Brooks LaRou | /s/ Roger W. Feicht |
|---|---|
| Brian H. Pollock, Esq.<br>Florida Bar No. 174742<br>brian@fairlawattorney.com<br>Patrick Brooks LaRou, Esq.<br>Florida Bar No. 1039018<br>brooks@fairlawattorney.com<br>FAIRLAW FIRM<br>135 San Lorenzo Avenue, Suite 770<br>Coral Gables, Florida 33146<br>Telephone: (305) 230-4884<br><br>*Counsel for Plaintiffs Ivan Grant, Alex Laffita Ortiz, Henry Pinto Sumoza, Eyonny Prado Duran, Luis Rodriguez Ceruto, Luis Same Gonzalo* | Roger W. Feicht, Esq.<br>Florida Bar No. 84982<br>rfeicht@gunster.com<br>lhagan@gunster.com<br><br>Nalani Alesia Gordon, Esq.<br>Florida Bar No. 1010976<br>ngordon@gunster.com<br>lmusco@gunster.com<br><br>777 S. Flagler Drive, Suite 500 East<br>West Palm Beach, Florida 33401<br>Telephone: (561) 655-1980<br>GUNSTER, YOAKLEY & STEWART, P.A.<br><br>*Counsel for Defendant, StratAir Aviation Services, LLC* |