UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24505-MOORE/ELFENBEIN

IVAN GRANT,
ALEX LAFFITA ORTIZ,
HENRY PINTO SUMOZA,
EYONNY PRADO DURAN,
LUIS RODRIGUEZ CERUTO,
and LUIS SAME GONZALO,

Plaintiffs,

vs.

STRATAIR AVIATION
SERVICES, LLC,

Defendant.
_____/

## ORDER GRANTING PLAINTIFFS' MOTION FOR REVISED SCHEDULING ORDER AND CONTINUANCE OF TRIAL

THIS CAUSE came before the Court upon Plaintiffs' Motion for Revised Scheduling Order and Continuance of Trial [ECF No. 24] (the "Motion"). The Court, having reviewed the Motion and being otherwise fully advised, finds that good cause exists under Federal Rule of Civil Procedure 16(b)(4) to modify the existing scheduling order and continue the trial of this case. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.  Plaintiffs' Motion is **GRANTED**.

2.  The Scheduling Order entered in this action is hereby **AMENDED**. The following revised deadlines shall govern the remainder of this case:

1

| Deadline | Date |
| --- | --- |
| Plaintiffs' expert disclosures (Fed. R. Civ. P. 26(a)(2)) | August 28, 2026 |
| Defendant's rebuttal expert disclosures | September 28, 2026 |
| Completion of all discovery (fact and expert) | October 23, 2026 |
| Fact witness lists | December 4, 2026 |
| Dispositive motions (including *Daubert*) | December 18, 2026 |
| Pretrial motions and motions in limine | February 5, 2027 |
| Joint pretrial stipulation, proposed jury instructions, verdict form | March 28, 2027 |
| Calendar Call | April 19, 2027 |
| Trial | May 3, 2027 |

**DONE AND ORDERED** in Miami, Florida, this _____ day of July 2026.

_____

**K. MICHAEL MOORE**
**UNITED STATES DISTRICT JUDGE**

*Copies furnished to all counsel of record*