UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24505-KMM

IVAN GRANT,
ALEX LAFFITA ORTIZ,
HENRY PINTO SUMOZA,
EYONNY PRADO DURAN,
LUIS RODRIGUEZ CERUTO,
and LUIS SAME GONZALO,

      Plaintiffs,

vs.

STRATAIR AVIATION
SERVICES, LLC,

      Defendant.

_____/

## JOINT STATUS REPORT

Plaintiffs, Ivan Grant, Alex Laffita Ortiz, Henry Pinto Sumoza, Eyonny Prado Duran, Luis Rodriguez Ceruto, and Luis Same Gonzalo, and Defendant, StratAir Aviation Services, LLC (collectively the "Parties"), by and through undersigned counsel and pursuant to the Court's Paperless Order Directing the Parties to File a Joint Status Report [DE 23] hereby submit the following Joint Status Report:

**(1)     their intent to proceed with this case;**

Yes, the Parties intend to proceed with this case. It was previously consolidated with the related action *Raisyl Cepero Garcia v. StratAir Aviation Services, LLC*, Case No. 1:25-cv-24471-KMW, for discovery and pretrial purposes (the "Related Case"), but the Related Case has recently been resolved and will ultimately be dismissed.

**(2)      the status of discovery, including outstanding disputes;**

The Parties have engaged in substantial discovery, but discovery is not complete. Following consolidation, each of the Parties served and responded to written discovery. The Parties have outstanding discovery disputes concerning Defendant's written discovery responses, document production, privilege-log issues, and the scope and scheduling of StratAir's Rule 30(b)(6) deposition.

In the Related Case, Plaintiffs filed a Motion for Leave to File a Unilateral Motion for Discovery Hearing and in Excess of Page Limit [Cepero Garcia DE 34] and subsequently filed a Motion for Discovery Hearing [Cepero Garcia DE 40], identifying the Parties' unresolved discovery disputes. Plaintiffs' Motion for Discovery Hearing was denied as moot following de-consolidation. [*See* Cepero Garcia DE 41]. Plaintiffs contend that the Parties' unresolved discovery issues must now be addressed in this action through a discovery hearing before Magistrate Judge Elfenbein. [*See* Plaintiffs' Motion for Revised Scheduling Order and Continuance of Trial, at DE 42]. Defendant contends that its supplemental discovery responses previously served and its forthcoming supplemental response to the Request for Production moot all of the issues raised by Plaintiffs.

The Parties have requested the Court's entry of a Stipulated Confidentiality Order [DE 22-1]. Following the Court's entry of the Parties' Stipulated Confidentiality Order, a discovery hearing before Judge Elfenbein, and Defendant's anticipated supplemental production, Plaintiffs intend to depose Defendant's current supervisory and human resources personnel who were involved in the decisions to terminate Plaintiffs' employment. The depositions of all Plaintiffs have been completed as of the date of this filing, with the exception of Plaintiff Henry Pinto Sumoza, which was adjourned and will need to be resumed at a later date.

**(3)       if there are other outstanding motions they intend to refile;**

The Parties recently refiled their Joint Motion for Confidentiality Order [DE 22], which had previously been filed in the Related Case. Although Plaintiffs filed a Motion for Discovery Hearing in the Related Case [Cepero Garcia DE 40], that motion will not be refiled in the instant case pursuant to the Court's Order Setting Discovery Procedures [DE 8]. Instead, Plaintiffs intend to schedule a discovery hearing by email to the chambers of Magistrate Judge Elfenbein.

**(4)       whether they intend to seek a continuance;**

Plaintiffs have filed a Motion for Revised Scheduling Order and Continuance of Trial [DE 24], requesting that the trial of this case be continued until the trial period originally requested by the Parties in their Joint Scheduling Report [DE 16]. Defendant opposes a continuance, and will file a written response to that recently filed motion [DE 24] detailing its position.

**(5)       the operative pleadings in this case; and**

Plaintiffs' Amended Complaint was filed [DE 12] and Defendant's Answer and Affirmative Defenses was filed [DE 15].

**(6)       whether the Parties have already mediated this dispute in person.**

Given the number of participants in different locations, the Parties attended a mediation by video conference on May 7, 2026 before Carlos Burreuzo, Esq.

Respectfully submitted this 13th day of July 2026,

| | |
|---|---|
| _/s/ Patrick Brooks LaRou_ | _/s/ Roger W. Feicht_ |
| Brian H. Pollock | Roger W. Feicht |
| Florida Bar No. 174742 | Florida Bar No. 84982 |
| brian@fairlawattorney.com | rfeicht@gunster.com |
| Patrick Brooks LaRou | lhagan@gunster.com |
| Florida Bar No. 1039018 | |
| brooks@fairlawattorney.com | Nalani Alesia Gordon |
| FAIRLAW FIRM | Florida Bar No. 1010976 |
| 135 San Lorenzo Avenue, Suite 770 | ngordon@gunster.com |

Coral Gables, Florida 33146
Telephone: 305-230-4884

*Counsel for Plaintiffs Raisyl Cepero Garcia, Ivan Grant, Alex Laffita Ortiz, Henry Pinto Sumoza, Eyonny Prado Duran, Luis Rodriguez Ceruto, Luis Same Gonzalo*

lmusco@gunster.com

GUNSTER, YOAKLEY & STEWART, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, Florida 33401
Telephone: 561-655-1980

*Counsel for Defendant, StratAir Aviation Services, LLC*