| | |
|---|---|
| **From:** | cmecfautosender@flsd.uscourts.gov |
| **To:** | flsd_cmecf_notice@flsd.uscourts.gov |
| **Subject:** | Activity in Case 1:25-cv-24471-KMW Cepero Garcia v. Stratair Aviation Services, LLC Order on Motion to Continue |
| **Date:** | Friday, May 1, 2026 1:36:36 PM |

This email originated from **outside** of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 5/1/2026 at 1:35 PM EDT and filed on 5/1/2026

**Case Name:**     Cepero Garcia v. Stratair Aviation Services, LLC
**Case Number:**     1:25-cv-24471-KMW
**Filer:**
**Document Number:** 29(No document attached)

**Docket Text:**
**PAPERLESS ORDER granting in part and denying in part [26] Motion for Extension of Pretrial Deadlines and Continuance of Trial. The Court will separately enter a second amended scheduling order extending the pre-trial deadlines and trial by forty-five (45) days. No further extensions will be granted absent compelling circumstances bordering on a genuine emergency.**

**Signed by Judge Kathleen M. Williams on 5/1/2026. (ah06)**

**1:25-cv-24471-KMW Notice has been electronically mailed to:**

Brian Howard Pollock    brian@fairlawattorney.com, 4618759420@filings.docketbird.com, brianpesq@recap.email, juan@fairlawattorney.com

Nalani Alesia Gordon    ngordon@gunster.com, lmusco@gunster.com

Patrick Brooks LaRou    brooks@fairlawattorney.com, 4618759420@filings.docketbird.com, juan@fairlawattorney.com

Roger William Feicht     rfeicht@gunster.com, lhagan@gunster.com

**1:25-cv-24471-KMW Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**