| | |
|---|---|
| **From:** | cmecfautosender@flsd.uscourts.gov |
| **To:** | flsd_cmecf_notice@flsd.uscourts.gov |
| **Subject:** | Activity in Case 1:25-cv-24471-KMW Cepero Garcia v. Stratair Aviation Services, LLC Order on Motion for Extension of Time |
| **Date:** | Monday, June 15, 2026 8:52:48 AM |

This email originated from **outside** of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 6/15/2026 at 8:51 AM EDT and filed on 6/15/2026
**Case Name:**      Cepero Garcia v. Stratair Aviation Services, LLC
**Case Number:**    1:25-cv-24471-KMW
**Filer:**
**Document Number:** 33(No document attached)

**Docket Text:**
**PAPERLESS ORDER denying [32] Plaintiffs' Motion for Extension of Pretrial Deadlines. *See Josendis v. Wall to Wall Residence Repairs, Inc.*, 662 F.3d 1292, 1307 (11th Cir. 2011) (affirming that district courts may "hold litigants to the clear terms of the scheduling order").**

**Moreover, Plaintiffs' embedded request for leave to file a unilateral motion for discovery hearing and in excess of page limit must be filed by separate motion and in strict compliance with Judge Lett's discovery procedures (DE [5]).**

**Signed by Judge Kathleen M. Williams on 6/15/2026. (ah06)**

**1:25-cv-24471-KMW Notice has been electronically mailed to:**

Brian Howard Pollock      brian@fairlawattorney.com, 4618759420@filings.docketbird.com, brianpesq@recap.email, juan@fairlawattorney.com

Nalani Alesia Gordon      ngordon@gunster.com, lmusco@gunster.com

Patrick Brooks LaRou     brooks@fairlawattorney.com, 4618759420@filings.docketbird.com, juan@fairlawattorney.com

Roger William Feicht     rfeicht@gunster.com, lhagan@gunster.com

**1:25-cv-24471-KMW Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**