**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 25-CV-24505-MOORE/Elfenbein

**IVAN GRANT,** *et al.*,

      Plaintiffs,

 v.

**STRATAIR AVIATION**
**SERVICES, LLC,**

      Defendant,

_____/

## ORDER RESETTING DISCOVERY STATUS CONFERENCE

**THIS CAUSE** is before the Court following the referral of this action to the undersigned Magistrate Judge for all pre-trial discovery matters and the Court's Order Granting in Part Plaintiffs' Motion for Revised Scheduling Order and Continuance of Trial, ECF No. [28].  It is hereby **ORDERED and ADJUDGED** as follows:

Counsel shall appear before the Court **October 28, 2026, at 11:30 a.m.**, via Zoom for a final discovery status conference before Magistrate Judge Marty Fulgueira Elfenbein.  Counsel, parties, or members of the public can attend using either of the following methods:

1. Copying and pasting the following Zoom Link into a web browser: https://www.zoomgov.com/j/16109660856?pwd=UW5LVWEvcm1xdHR3ZlpnM2VF QVBRQT09; or

2. Going to https://www.zoomgov.com and entering Meeting ID 16109660856 and Passcode 309878.

CASE NO. 25-CV-24505-MOORE/Elfenbein

**No later than October 21, 2026**, the parties shall file a joint discovery status report, which addresses the following:

1. the particular discovery each party has propounded;

2. whether the discovery requests have been answered;

3. the status of depositions, including:

   a. the number of depositions taken to date;

   b. the number of remaining depositions and whether they have been scheduled; and

   c. an explanation of any delay in scheduling the remaining depositions;

4. the status of expert disclosures;

5. whether the parties have any outstanding discovery disputes;

6. whether the parties believe that a discovery status conference is needed; and

7. whether the parties can certify that they will complete all discovery by the discovery deadline.

**DONE AND ORDERED** in Chambers in Miami, Florida on July 29, 2026.

**MARTY FULGUEIRA ELFENBEIN**
**UNITED STATES MAGISTRATE JUDGE**

cc: All counsel of record

2