UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:25-cv-24505-Moore/Elfenbein

IVAN GRANT,
ALEX LAFFITA ORTIZ,
HENRY PINTO SUMOZA,
EYONNY PRADO DURAN,
LUIS RODRIGUEZ CERUTO,
and LUIS SAME GONZALO,

     Plaintiffs,

vs.

STRATAIR AVIATION
SERVICES, LLC,

     Defendant.

_____/

## NOTICE OF APPEARANCE OF BEATRIZ M. MIRANDA

Notice is hereby given of the appearance of Beatriz M. Miranda, Esq., with the law firm of Gunster, Yoakley & Stewart, P.A., as co-counsel for Defendant STRATAIR AVIATION SERVICES, LLC. Copies of all future pleadings, correspondence and the like, relating to the above-styled matter, should be furnished to the undersigned attorney.

Dated: July 29, 2026

Respectfully submitted,

*/s/ Beatriz M. Miranda*
Beatriz M. Miranda, Esq.
Florida Bar No.: 127146
Email: bmiranda@gunster.com
GUNSTER, YOAKLEY & STEWART, P.A.
401 E. Jackson Street, Suite 1500
Tampa, Florida 33602
Telephone: (813) 739-6993

And

1

ROGER W. FEICHT
Florida Bar No. 84982
rfeicht@gunster.com; lhagan@gunster.com
NALANI ALESIA GORDON
Florida Bar No. 1010976
ngordon@gunster.com; lmusco@gunster.com
GUNSTER YOAKLEY & STEWART, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
Telephone: 561-655-1980

*Counsel for Defendant, StratAir Aviation Services, LLC*

ACTIVE:40140700.1

2