UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24505-MOORE/ELFENBEIN

IVAN GRANT,
ALEX LAFFITA ORTIZ,
HENRY PINTO SUMOZA,
EYONNY PRADO DURAN,
LUIS RODRIGUEZ CERUTO, and
LUIS SAME GONZALO,

Plaintiffs,

vs.

STRATAIR AVIATION
SERVICES, LLC,

Defendant.
________________________________/

**PLAINTIFFS' NOTICE OF DISCOVERY HEARING**

Plaintiffs Ivan Grant, Alex Laffita Ortiz, Henry Pinto Sumoza, Eyonny Prado Duran, Luis Rodriguez Ceruto, and Luis Same Gonzalo, through undersigned counsel and pursuant to this Court's Order Setting Discovery Procedures [ECF No. 8], file this Notice of Discovery Hearing.

A discovery hearing has been scheduled before United States Magistrate Judge Marty Fulgueira Elfenbein on **August 24, 2026, at 1:30 p.m.**, in **Courtroom 5 of the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Miami, Florida 33128**. Counsel for Plaintiffs and Defendant must appear in person. The Court has granted counsel for non-party SNI Companies Corp. leave to attend the hearing by Zoom.

The discovery matters to be heard are as follows:

1. **StratAir's objections and responses to Plaintiffs' Requests for Production.** Plaintiffs seek rulings on StratAir's objections, amended/supplemental responses, withholding of responsive documents, production deficiencies, and privilege-log issues as to the following requests for production:

   **RFP Nos. 1, 2, 3, 4, 5, 8, 9, 11, 12, 13, 17, 18, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 33, 34, 35, 36, 37, 38, 39, 40, 44, 45, 46, 49, 50, 51, 52, 53, 54, 55, 59, 60, 61, 62, 63, 64, 65, 69, 70, 72, 81, 83, 85, 87, 90, 96, 106, 109, 110, 111, 112, 113, 116, 117, 118, 119, 120, 121, 122, 123, 126, 129, 130, 131, 134, 135, 136, 139, 140, 141, 142, 143, 144, 146, and 148.**

2. **StratAir's objections and answers to Plaintiffs' Interrogatories.** Plaintiffs seek rulings on StratAir's incomplete, evasive, cross-referenced, or improperly limited answers as to the following interrogatories:

   **Grant INT Nos. 5, 6, 13, 16, 17, 18, 19, and 21; Laffita INT Nos. 2, 3, 8, 13, 15, and 21; Pinto INT Nos. 2, 3, 8, 9, 10, 15, and 20; Prado INT Nos. 2, 3, 7, 8, 13, 14, 16, and 18; Prado Second INT No. 1; Rodriguez Ceruto INT Nos. 2, 3, 13, 17, and 18; and Same INT Nos. 2, 4, 8, 9, 11, 13, and 18.**

3. **StratAir's objections to Plaintiffs' third-party subpoena to SNI Companies Corp.** Plaintiffs seek rulings on StratAir's objections to Plaintiffs' subpoena duces tecum directed to SNI Companies Corp.

4. **SNI Companies Corp.'s objections to Plaintiffs' third-party subpoena.** Plaintiffs seek rulings on non-party SNI Companies Corp.'s objections to Plaintiffs' subpoena duces tecum and an order requiring compliance with the subpoena.

## EXHIBITS

Consistent with the Court's Order Setting Discovery Procedures [ECF No. 8], Plaintiffs submit the following materials with this Notice:

1. **Exhibit A:** Plaintiffs' proposed order setting forth the specific relief requested.

2. **Exhibit B:** Source materials relevant to the discovery disputes including StratAir's responses and objections to Plaintiffs' Interrogatories, StratAir's responses and objections to Plaintiffs' Requests for Production, Plaintiffs' subpoena duces tecum to SNI Companies Corp., StratAir's objections to the subpoena, and SNI Companies Corp.'s objections to the subpoena.

3. **Exhibit C:** Documents that the parties intend to rely on at the hearing including Plaintiffs' May 7, 2026 conferral letter, Plaintiffs' July 14, 2026 conferral letter, Plaintiffs' Amended Complaint, and Defendant's Answer and Affirmative Defenses.

4. **Exhibit D:** Citations for legal authorities the parties intend to rely on at the hearing, with copies of those authorities and highlighted relevant portions.

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(a)(3) and the Court's Order Setting Discovery Procedures [ECF No. 8], undersigned counsel certifies that Plaintiffs' counsel conferred in good faith with counsel for StratAir regarding the discovery disputes identified above, including through written conferral correspondence and telephonic conferral efforts. The parties were unable to resolve the disputes without Court intervention. Undersigned counsel further certifies that Plaintiffs conferred with counsel for non-party SNI Companies Corp. regarding the objections to Plaintiffs' third-party

subpoena to SNI. The subpoena-related disputes remain unresolved and require Court intervention.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed through CM/ECF this 19th day of August 2026, which will effect service on Roger W. Feicht, Esq., Nalani Alesia Gordon, Esq., and Beatriz M. Miranda, Esq., as *Counsel for Defendant*, GUNSTER YOAKLEY & STEWART, P.A., rfeicht@gunster.com, ngordon@gunster.com, bmiranda@gunster.com, 777 South Flagler Drive, Suite 500 East, West Palm Beach, Florida 33401; and served by email on Nicole L. Kalkines, Esq., as *Counsel for SNI Companies Corp.*, SMITH, GAMBRELL & RUSSELL, LLP, 50 North Laura Street, Suite 2600, Jacksonville, Florida 32202.

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*