UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24505-MOORE/ELFENBEIN

IVAN GRANT,
ALEX LAFFITA ORTIZ,
HENRY PINTO SUMOZA,
EYONNY PRADO DURAN,
LUIS RODRIGUEZ CERUTO, and
LUIS SAME GONZALO,

Plaintiffs,

vs.

STRATAIR AVIATION
SERVICES, LLC,

Defendant.
________________________________/

**PLAINTIFFS' NOTICE OF FILING HIGHLIGHTED LEGAL AUTHORITIES FOR DISCOVERY HEARING**

Plaintiffs Ivan Grant, Alex Laffita Ortiz, Henry Pinto Sumoza, Eyonny Prado Duran, Luis Rodriguez Ceruto, and Luis Same Gonzalo, through undersigned counsel, submit this Notice of Filing Highlighted Legal Authorities in connection with Plaintiffs' Notice of Discovery Hearing [ECF No. 34]. Attached hereto are the highlighted legal authorities the parties intend to rely on at the discovery hearing scheduled for August 24, 2026, at 1:30 p.m.

Respectfully submitted this 20th day of August 2026,

s/ Patrick Brooks LaRou
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*