UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IVAN GRANT, ALEX LAFFITA ORTIZ, HENRY PINTO SUMOZA, EYONNY PRADO DURAN, LUIS RODRIGUEZ CERUTO, and LUIS SAME GONZALO,

Plaintiffs,

v.

Case No. 1:25-cv-24505-Moore/Elfenbein

STRATAIR AVIATION SERVICES, LLC,

Defendant.
________________________________________/

**DEFENDANT'S NOTICE REGARDING SERVICE OF SUPPLEMENTAL RESPONSES AND PRODUCTION**

Defendant StratAir Aviation Services, LLC ("StratAir") files this Notice and states that, consistent with the representations made in Defendant's Motion for Extension of Time to Complete Supplemental Production [DE 41], StratAir served Plaintiffs on September 23, 2026 with Defendant's Supplemental Responses to Plaintiffs' First Requests for Production and a substantial supplemental production of documents.

The supplemental production included, among other things, employee roster and workforce records, employee demographic and EEO records, leave-related records, payroll records, business justification and workforce-planning materials, complaint-related records, training records, personnel records, disciplinary records, and electronically stored information collected through StratAir's post-hearing collection efforts.

Respectfully submitted,

**GUNSTER YOAKLEY & STEWART, P.A.**
777 S. Flagler Drive, Suite 500 East
West Palm Beach, Florida 33401
Telephone: (561) 655-1980

By: **Nalani Alesia Gordon**
Roger W. Feicht
Florida Bar No. 84982
rfeicht@gunster.com
lhagan@gunster.com

Nalani Alesia Gordon
Florida Bar No. 1010976
ngordon@gunster.com
lmusco@gunster.com

*Counsel for Defendant,*
*StratAir Aviation Services, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 23, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Nalani Gordon*