UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24505-MOORE/ELFENBEIN

IVAN GRANT,
ALEX LAFFITA ORTIZ,
HENRY PINTO SUMOZA,
EYONNY PRADO DURAN,
LUIS RODRIGUEZ CERUTO, and
LUIS SAME GONZALO,

Plaintiffs,

vs.

STRATAIR AVIATION
SERVICES, LLC,

Defendant.
_________________________________/

**EXHIBIT B**
**PROPOSED SEALED MATERIAL**

Exhibit B to Plaintiffs' Motion for Leave to File Second Amended Complaint, Bates-stamped SAS-0003 through SAS-0008, is the subject of Plaintiffs' Motion for Leave to File Under Seal, filed contemporaneously herewith, and will be filed under seal upon the Court's ruling on that motion, pursuant to S.D. Fla. L.R. 5.4(b).