UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-CV-24505-MOORE/ELFENBEIN

ORIGINAL

IVAN GRANT,
ALEX LAFFITA ORTIZ,
HENRY PINTO SUMOZA,
EYONNY PRADO DURAN,
LUIS RODRIGUEZ CERUTO, AND
LUIS SAME GONZALO,

Plaintiffs,

vs.

STRATAIR AVIATION SERVICES, LLC,

Defendant.
_________________________/

VIDEOTAPED DEPOSITION OF GISELA BARRERA MUNOZ

TAKEN ON BEHALF OF THE PLAINTIFF

JULY 30, 2026
2:31 P.M. TO 5:42 P.M.

ALL PARTIES APPEARED REMOTELY

REPORTED BY:
CHYNNA BARBOSA-PANCHANA, CER,
NOTARY PUBLIC, STATE OF FLORIDA

APPEARANCES OF COUNSEL

ON BEHALF OF THE PLAINTIFF:

BROOKS LAROU, ESQUIRE
FAIRLAW FIRM
135 SAN LORENZO AVENUE, SUITE 770
CORAL GABLES, FLORIDA 33146
305-928-4893
BROOKS@FAIRLAWATTORNEY.COM
(REMOTELY VIA ZOOM)

ON BEHALF OF THE DEFENDANT:

NALANI GORDON, ESQUIRE
GUNSTER, YOAKLEY & STEWART, P.A.
777 S FLAGLER DRIVE, SUITE 500
WEST PALM BEACH, FLORIDA 33401
561-655-1980
NGORDON@GUNSTER.COM
(REMOTELY VIA ZOOM)

BEATRIZ MIRANDA, ESQUIRE
GUNSTER, YOAKLEY & STEWART, P.A.
777 S FLAGLER DRIVE, SUITE 500
WEST PALM BEACH, FLORIDA 33401
813-739-6993
BMIRANDA@GUNSTER.COM
(REMOTELY VIA ZOOM)

ALSO PRESENT:

EDUARDO ARENAS, CERTIFIED INTERPRETER
(REMOTELY VIA ZOOM)

INDEX OF EXAMINATION

WITNESS: Gisela Barrera Munoz


| | PAGE |
|---|---|
| DIRECT EXAMINATION | |
| By Brooks Larou, Esquire | 6 |

INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION | PAGE |
| --- | --- | --- |
| (NO EXHIBITS MARKED) | | |

VIDEOTAPED DEPOSITION OF GISELA BARRERA MUNOZ

JULY 30, 2026

THE COURT REPORTER: We are now on the video record. Today's date is July 30, 2026. The time is approximately 2:34 P.M. This is the deposition of Gisela Barrera Munoz, taken in the matter of Ivan Grant, Alex Laffita Ortiz, Henry Pinto Sumoza, Eyonny Prado Duran, Luis Rodriguez Ceruto, and Luis Same Gonzalo, versus StratAir Aviation Services, LLC, Case Number 1:25-CV-24505-MOORE/ELFENBEIN1. May I have appearances for the record, please?

MR. LAROU: Good afternoon. Brooks Larou on behalf of the Plaintiffs.

MS. MIRANDA: Good afternoon. Beatriz Miranda on behalf of the Defendant and the witness.

THE COURT REPORTER: Thank you. And Mr. Interpreter, would you please raise your right hand?
Please state your name for the record.

THE INTERPRETER: For the record, Eduardo Arenas, certified interpreter number 10-00132 for the state of Florida.

THE COURT REPORTER: Do you solemnly swear or affirm you will interpret to the best of your abilities from English to Spanish and Spanish to

English, the testimony that's to be taken here today?

Thereupon:

EDUARDO ARENAS, INTERPRETER

having been first duly sworn, testified as follows:

THE INTERPRETER: I do.

THE COURT REPORTER: Thank you. And ma'am, would you please raise your right hand?
I think you're on mute, ma'am. Thank you.

Do you solemnly swear or affirm the testimony that you'll give in this case will be the truth, the whole truth, and nothing but the truth?

Thereupon:

GISELA BARRERA MUNOZ

was called as a witness, and after having been first duly sworn, testified as follows:

THE WITNESS: Correct.

THE COURT REPORTER: Thank you. Counsel, you may proceed.

DIRECT EXAMINATION

BY MR. LAROU:

**Q. Okay. Good afternoon, Ms. Barrera. As I just mentioned, my name is Brooks Larou. I represent the Plaintiffs Ivan Grant, Alex Laffita Ortiz, Henry Pinto**

**Sumoza, Eyonny Prado Duran, Luis Rodriguez Ceruto, and Luis Same Gonzalo, in the lawsuit filed against StratAir Aviation Services, LLC.**

THE INTERPRETER: Counsel, I'm going to need to ask for repetition of the parties. My apologies.

MR. LAROU: Yeah, of course. I'll put this up.

Let me share the depo notice for you so you can read them there.

THE INTERPRETER: Yes, that'd be great. I did not receive it, I don't believe, from the interpreting agency that hired me.

MR. LAROU: That's okay. Okay.

THE INTERPRETER: Thank you.

MR. LAROU: Of course.

BY MR. LAROU:

**Q. All right. Ms. Barrera, could you please state your full name for the record?**

A. Gisela Barrera Munoz.

**Q. Thank you. And have you ever been known by any other names?**

A. No.

**Q. Do you understand that you're under oath here today, even though we're outside of court, that your**

testimony today would have the same force as if you were testifying at trial?
A. Correct.
Q. Is there any reason that you cannot give truthful and complete testimony today?
A. None.
Q. Ms. Barrera, have you ever had your deposition taken before?
A. Never.
Q. Okay. So before we begin, I'll just cover a few ground rules with you. First off, if you respond and answer one of my questions that's been asked, I'll assume that you understood the question. If you don't understand one of my questions, please just tell me, I'm happy to rephrase. Okay. Understood?
A. Correct.
Q. And if you realize that an answer that you've given me is incomplete or inaccurate, will you correct it?
A. Correct.
Q. Okay. Have you taken any medication that may affect your ability to testify truthfully and completely today?
A. None.
Q. Okay. And do you suffer any medical

conditions that might impact your memory or ability to testify today?
A. No.
Q. Okay. One more thing before we get into the meat of the deposition. I'll try and keep things as quick as possible, but if you ever need a break during the day, feel free to let me know. I'm happy to give you as long as you need.
A. Thank you.
Q. Of course. The only caveat to taking breaks is that if I've asked you a question, you must fully respond and answer that question before taking a break.
A. Correct.
Q. Did you prepare in any way for today's deposition?
A. No.
Q. Did you review any documents related to this lawsuit before the deposition today?
A. I don't have much information.
Q. Okay. Have you ever conducted a search for documents or communications related to this lawsuit?
A. No.
Q. Have you ever been instructed by anyone from StratAir to preserve documents or communications related to this lawsuit?

A. No.
**Q. Okay. Ms. Barrera, what is your current home address?**
A. I just actually moved this weekend. The new address is 11105 Southwest 174th Terrace, Miami, Florida, zip code is 33157.
**Q. I'm sorry. Did you say 174th Terrace?**
THE INTERPRETER: No. Sou -- yes. Let me -- the Interpreter -- if the Interpreter can verify.
THE WITNESS: Yes. Southwest 174th Terrace.
BY MR. LAROU:
**Q. Okay. Congratulations on the move.**
A. Thank you.
**Q. Who lives at your current home address with you?**
A. My current partner.
**Q. And who is that?**
A. They're working.
**Q. Okay. What's their name?**
A. Carlos.
**Q. Does Carlos have a last name?**
A. Rojas.
**Q. Okay. Just one surname, or does he have a second surname as well?**
A. No.

MS. MIRANDA: I'm sorry to interrupt. I just want to make sure that you all can hear me in case I just place an objection. I want to make sure, because we had some issues with the microphone earlier, and that the Interpreter can hear me.
THE INTERPRETER: Yes, Ms. Miranda, the Interpreter can hear you.
MS. MIRANDA: Okay. Perfect. Thank you.
THE INTERPRETER: No problem.
BY MR. LAROU:
**Q. Okay. What is your date of birth?**
A. February 13th.
**Q. Of what year?**
A. '87.
**Q. Where are you from?**
A. Colombia.
**Q. When did you come to the US?**
MS. MIRANDA: Object to form.
THE WITNESS: January 26, 2020.
MS. MIRANDA: I'm sorry. Did you catch my objection? I just want to make sure. Okay. Do you mind translating when I object as well?
THE INTERPRETER: I commonly don't, but I definitely will, no problem.
MS. MIRANDA: Please. Thank you.

BY MR. LAROU:
**Q. When you moved from Colombia to the US, where did you move to?**
A. Tampa, Florida.
**Q. When did you move to Miami?**
A. August of 2023.
**Q. Did you live in Tampa from the time you came to the US until the time that you moved to Miami?**
A. No.
**Q. Okay. Where'd you live in between?**
A. I moved to Tampa in 2020. A year later, I was promoted at my job, and because of that, I moved to Nashville in 2021. I spent a year over in Nashville, then I got a promotion and moved back to Tampa in 2022, and I was in Tampa until I moved to Miami in 2023.
**Q. When did you first start working for StratAir?**
A. September 1, 2023.
**Q. Is that the reason that you moved to Miami, to work for StratAir?**
A. Correct.
**Q. Okay. So let's go backwards in time. What was the last job that you held before working for StratAir?**
A. For StratAir, I started in September 2023, and I am there to this date. However, I am now working as

a --

THE INTERPRETER: The Interpreter will verify.

THE WITNESS: I'm now working in Prime Flight because there was a company merger.

BY MR. LAROU:

**Q. But before you worked for StratAir, what company did you work for?**

A. Logistics Services.

**Q. When did you start working there?**

A. February 2020.

**Q. And when did you stop working for Logistic Services?**

A. March of 2023.

**Q. I am sorry. You said you started working at Logistic Services in February of 2023?**

A. No. 2020, a few days after I arrived in the country.

**Q. Got it. Okay. And what position did you hold with Logistic Services?**

A. There was growth -- strike that. There were promotions. I started as a regular employee, and I ended up as an Ops manager.

**Q. What were your job duties as a regular employee of Logistics Services?**

A. Cargo handler.

**Q. Similar to the work that StratAir does at the Miami International Airport?**
A. Exactly the same thing, except for with a different company, with that company.
**Q. How long did you hold the position of operations manager with Logistics Services?**
A. Two years.
**Q. Other than StratAir and now Prime Flight, as well as Logistic Services, have you held any other jobs here in the US?**
A. No.
**Q. What did you do for work in Colombia before you came to the States?**
A. I was working with the Ministry of Education.
**Q. What did you do for the Ministry of Education?**
A. Reading Promotion. Promotion of reading.
**Q. Okay. While working for StratAir and Prime Flight, what position or positions have you held?**
A. I started as an assistant manager, and one year later, I got the position as general manager.
**Q. I'm sorry. What was the first title? What manager? I'm just having trouble with audio.**
A. Assistant manager.
**Q. Got it. Thank you. Congratulations on the promotion.**

A. Thank you.
**Q. What is your highest level of education?**
A. I'm a communicator.
**Q. Okay. Do you hold a degree for that?**
A. From Colombia, and I am currently studying business administration and digital marketing.
**Q. And where -- you're currently in school for digital marketing?**
A. Yes. Ana G. Mendez University.
**Q. What is the name of the degree that you obtained in Colombia for communications?**
A. Graphic communication. Graphics communication.
**Q. Where did you go to school for that degree in Colombia?**
THE INTERPRETER: The Interpreter will request one moment, please.
THE WITNESS: School of Arts and Letters of Bogota.
THE INTERPRETER: One moment, please. We can proceed.
BY MR. LAROU:
**Q. Other than your Graphics Communication degree that you obtained in Colombia, do you hold any additional degrees currently?**

A. No. The one from school.
Q. Okay. Do you currently hold any licenses?
A. No.
Q. And other than the degree you obtained in Colombia, do you hold any certifications currently?
A. I do have a certification from the Minuto de Dios University in communication.
Q. Do you hold any human resources-related certifications?
A. No.
Q. And do you hold any licenses, certifications, or degrees related to business management?
A. No.
Q. Okay. And do you currently hold any certificates, licenses, or degrees related to workplace investigations?
A. No.
Q. What languages do you speak?
A. Spanish as my first language and English learning, mid-level.
Q. Okay. Is that the same for your reading and writing ability, that you're fluent in Spanish but learning to read and write in English?
A. Correct.
Q. Okay. You mentioned just a moment ago that

**you started working for StratAir in September 21, 2023.**
**What cell phone numbers have you used from that time until the present?**
A. The number I currently have, I have never changed it. It has always been my telephone number.
**Q. Okay. What number is that?**
A. (813)385-1502.
**Q. Have you ever used your personal cell phone for business related to StratAir?**
A. It's my only telephone number and means of contact. I don't have any other means of contact.
**Q. Okay. So have you used that number for business related to StratAir?**
A. Yes.
**Q. Okay. What email addresses have you used from September 2023 until the present?**
A. The corporate email, gbarreramunoz@stratair.net.
**Q. Do you have a personal email address as well?**
A. Yes. But I do not use it for work purposes.
**Q. Have you ever been charged with a crime?**
A. Never.
**Q. And have you ever been involved in a lawsuit?**
A. Never.
**Q. Do you know about when you were promoted from**

**assistant manager at StratAir to general manager?**
A. August of 2025.
**Q. Who gave you that promotion?**
A. I don't have a direct boss. I was simply notified when they did the company merger.
**Q. How did you find the job at StratAir?**
A. My current boss, Jorge Corral, he had been trying to get a hold of me for several months. I was finally able to take the phone call in which he made the offer to me. I initially didn't want to take the offer because I didn't have interest in moving to Miami, but the offer was a cool offer, so I decided to take it, and I moved.
**Q. Did you know Jorge before he started reaching out to you to contact you to work at StratAir?**
A. Never. He was an acquaintance of my previous boss, and he's the one who made the referral to him.
**Q. He was an acquaintance of your previous boss from where?**
A. Through the industry -- through the industry. My boss was living in Tampa, and Jorge lived in Miami.
THE INTERPRETER: There was something else the Interpreter would like to verify.
THE WITNESS: I don't know much else about that because that's rather private. I don't have

any additional knowledge about it.
BY MR. LAROU:
**Q. Okay. But you mentioned that Jorge was an acquaintance of your previous boss.**
**Is that your previous boss from Logistics Services?**
A. Correct.
**Q. Did you interview with anyone from StratAir before you started working there?**
A. Yes. Initially with Jorge and then with Andrez Gonzalez.
**Q. What was Jorge's job title at the time that you were hired by StratAir?**
A. I'm not sure. He was general manager at the time.
THE INTERPRETER: One moment, please.
THE WITNESS: Not sure. At that time, he was general manager, but he was also overseeing two other operations, and he's currently regional manager.
THE INTERPRETER: The Interpreter would like a moment to verify.
THE WITNESS: He was supervising two additional stations at that time. Currently, he is regional manager.
BY MR. LAROU:

**Q. What other stations does Jorge supervise?**
A. Richmond, Virginia, and San Juan, Puerto Rico.
**Q. Got it. Richmond is actually my home.**
**Who is Andrez Gonzalez that you mentioned you interviewed with?**
A. At that time, he was Jorge's boss and the vice president of StratAir, Miami.
**Q. Who offered you the job at StratAir?**
A. Initially, Jorge.
**Q. Okay. When you began working for StratAir as assistant manager, who did you report to in that position?**
A. Jorge Corral.
**Q. Anyone else or only Jorge?**
A. No. I reported directly to Jorge, and I worked with Armando Corrales, who was the other assistant manager for the other shift.
THE INTERPRETER: Apologies. The Interpreter has been corrected as far as the name, it's Armando Portales.
BY MR. LAROU:
**Q. And were there any individuals at StratAir who reported to you during your time working as assistant manager?**
A. My team -- strike that. My work team, which

included the supervisors and the general -- no, the supervisor and then the team leaders who reported to them.

**Q. Okay. Which supervisors reported to you as assistant manager?**

A. We had Javier Rodriguez, who was at the warehouse, then also Carlos Morfa, who was at the ramp, and David Mendez, who reported to Jorge.

**Q. What was David Mendez's title?**

A. Admin supervisor.

**Q. Were there any additional supervisors working at StratAir during your time working as assistant manager?**

A. Under my supervision, no. The rest of them worked with Armando.

**Q. Who reported to Armando?**

A. I can't recall very well. I was new at the time. I do remember Jose Alverio, and I also remember Fidel Alonso. I don't recall anyone else.

**Q. And Jose and Fidel, they were both supervisors?**

A. Correct.

**Q. Okay. You mentioned just a moment ago that the team leaders reported to you as assistant manager as well.**

**Who were the team leaders that reported to you?**
A. If I can remember correctly, we had Michelle Ung, also Michelle Sosa, Ari Atna, and I'm forgetting the last name, I believe it was Ariel Velasquez, and the rest of them have left since.
**Q. Why is it that some supervisors reported to you and other supervisors reported to Armando Portales?**
A. Because I was in charge of the night shift, so they would report to me during the night shift, and Armando had the day shift, so he had his own work team.
**Q. Did Jose Alverio ever work the night shift with you?**
A. When I first started, he accompanied me during the first three days because he already knew the night shift personnel, so he introduced me to them, then afterwards we -- I would only have contact with him during the shift turn because as I was leaving, he would be arriving to start his morning shift.
**Q. About how long would you see Jose each shift during the shift turn?**
A. Five minutes while I left -- or strike that. While I was leaving.
**Q. While you were -- you would see him for about five minutes while you were leaving for where?**
A. From my shift.

**Q. But I thought Jose would work the day shift and you would work the night shift, right, so wouldn't Jose be leaving before you?**
A. The night shift would go from night -- at 9:00 at night until 6:00 in the morning. He would arrive at 6:00 in the morning and complete his day shift.
**Q. Got it. Okay. So you would see Jose typically early in the morning, like around 6:00.**
A. Yes, approximately.
**Q. Did you always oversee the night shifts, or did you ever oversee the day shift as well?**
MS. MIRANDA: Object to form.
MR. LAROU: You can answer.
THE WITNESS: No. I always directed my shifts.
BY MR. LAROU:
**Q. Did you ever know Jose Alverio by any other names?**
A. He was known as Elbory (phonetic).
**Q. What departments or operations did you oversee at StratAir as an assistant manager?**
A. Ramp, warehouse, and admin.
**Q. Was there another manager that oversaw security personnel?**
A. They were under our supervision as well.

**Q. Do you know what supervisors were responsible for overseeing security personnel?**
A. The warehouse.
**Q. Okay. And so who were those warehouse supervisors that would oversee the security personnel?**
A. During my shift, Javier Rodriguez.
**Q. How about during the day shift?**
A. I do not know. I'm not sure.
**Q. Can you please describe for me your job duties as assistant manager of StratAir?**
A. Of course, yes. Basically, under my responsibility, I had supervising the safety rules for the operations to be carried out completely or fully, to work with the supervisors so that the loads would be sent out on time because the operation is 100 percent productivity, and basically to support my team to generate growth and opportunities for improvement.
**Q. Were you responsible for preparing employee rosters or schedules?**
A. No. That was something that the supervisors had authorization to do. I would supervise the team, but the instruction that I got when I received there was that they -- that the supervisors would have the authority to schedule and --
THE INTERPRETER: The Interpreter will verify.

THE WITNESS: -- to supervise their team, to assign the tasks -- to assign the tasks, to correct and carry out all the rest of the tasks as assistant managers.

BY MR. LAROU:

**Q. Okay. What kind of tasks would you assign to be carried out?**

A. I basically had to make sure that the packages would go out on time. I would assist the supervisors so that the packages would be sent out in the time allotted.

**Q. Okay. And then what were the responsibilities of those supervisors working under you?**

A. They would be in charge of making sure that the packages would be sent out on time, that it would be done in the time that was allotted. They would also make sure to provide any sort of discipline when it was required and make sure that the assignments were taken -- were done as required.

**Q. During the time that you worked as assistant manager for StratAir, were you responsible for monitoring employee performance?**

A. I would accompany the supervisors because there were approximately, I don't know, about 300 employees, so I would accompany the supervisors in case

anything would come up, and I would provide support to them in the event that something did.

**Q. Okay. And so there -- you mentioned there were about 300 employees that you were responsible for overseeing. What positions did those employees hold?**

A. Several different positions that -- the ones that were directly reporting to me, there was the leadership team, and then the rest of the employees that they supervised.

**Q. Did any of the individuals that you oversaw ever work overtime, meaning more than 40 hours in a week, as far as you're aware?**

A. It's hard to recall, but overtime was required whenever there were delays, and it was something that was always offered to -- whenever it was necessary.

**Q. Okay. Who at StratAir was responsible for deciding which individuals worked overtime?**

A. The supervisors.

**Q. And so you mentioned you oversaw about 300 employees. Are you aware of whether any of those individuals worked for StratAir through a staffing agency?**

THE INTERPRETER: One moment for the Interpreter.

THE WITNESS: We did have a third party who

provided labor or staffing. At that time, it was SNI.
BY MR. LAROU:
**Q. Okay. And so right now I just want to focus on the end of 2023. So, between September 2023, when you first started working for StratAir, and the end of December 2023.**
**Do you know about how many individuals worked for StratAir through SNI in the warehouse?**
A. I don't recall the number.
**Q. Were you able to differentiate the individuals working through SNI versus the direct employees of StratAir?**
A. No.
**Q. The individuals that were working for StratAir through SNI, were they performing the same work as the individuals who were directly employed by StratAir?**
A. Of course. The performance was always the same, and the standards were always the same for the local company as well for StratAir.
**Q. Okay. And those individuals working for StratAir through SNI, they worked under the same supervisors and team leads as the direct employees as well?**
A. The people that worked through SNI were under

the supervision of SNI, but of course, they were under the supervision of one of our staff -- of our team.

**Q. During your time working as assistant manager for StratAir, did you ever discipline any individuals or recommend discipline?**

A. I would look -- I would see matters -- direct matters such as attendance, and I would make recommendations, but discipline was actually provided by the directors.

**Q. Who are the directors?**

THE INTERPRETER: My apologies. The interpreter was mistaken.

THE WITNESS: Through the supervisors.

BY MR. LAROU:

**Q. Did you ever provide performance feedback regarding the individuals that you oversaw at StratAir to upper management?**

THE INTERPRETER: The Interpreter is going to request that the Deponent give longer answers or responses in segments so that everything can be interpreted as accurately as possible.

THE WITNESS: Okay. When it -- in matters of safety, yes, because when I first arrived there, that was my directive to improve things. Things were rather disastrous when I got there. So there

were reports that I filed, not even warnings, because some of the employees that were working there had some safety -- I had concerns about the safety protocols that they were handling.

THE INTERPRETER: And the Interpreter will request -- request repetition.

THE WITNESS: The reports that I issued when I first got there were because things there were disastrous, so I prepared these reports to give the employees the opportunity to improve. And then with accompanying the supervisors in order to improve matters of productivity, it wasn't safety matters at that point, it was productivity.

BY MR. LAROU:

**Q. Okay. You mentioned that things were -- does that --**

MS. MIRANDA: Can we have a little break? We're more than an hour in.

MR. LAROU: Yeah. I'm fine with a -- I'm fine with a break in just a second.

Do you mind if I just ask like two more questions?

MS. MIRANDA: Yeah. That's fine.

MR. LAROU: Okay.

BY MR. LAROU:

**Q. So you mentioned that things were disastrous when you first started in terms of safety.**
**How were things disastrous at StratAir when you first started?**
A. As far as safety goes, the timelines weren't being complied with or fulfilled. Small details, but they could affect the rest of the operation.
**Q. And you mentioned you filed a number of reports regarding safety protocols or productivity. How many reports did you file with StratAir?**
A. I don't recall. I don't recall. It wasn't that many of them. They were dealt with verbally at the time that the operations were being performed with the employees.
**Q. Did you file any of those reports in 2023?**
A. I recall a specific case with an employee who's actually a leader. I recall his last name was Mendez, but I cannot recall his first name.
**Q. Okay.**
MR. LAROU: All right. You guys want to go ahead and take a break now, maybe 15 minutes or so, come back at 4:00?
THE INTERPRETER: Sounds good for the Interpreter.
MS. MIRANDA: Sure.

(Thereupon, a brief break was had off the record.)

(Deposition resumed.)

THE COURT REPORTER: We are back on the video record. The time is 4:02 P.M.

BY MR. LAROU:

**Q. Okay. Ms. Barrera, right before the break, we were discussing your job duties as assistant manager at StratAir. I want to continue with that line of questioning. So my next question for you is, while you were working as assistant manager at StratAir, did you participate in any hiring decisions during that time?**

A. No.

**Q. And as assistant manager, did you participate in any termination decisions?**

A. Every three months, there would be a process during which the company would indicate whether there should be an increase or reduction in headcount. And although I didn't participate in the headcount decision-making, I did have to make sure that --

THE INTERPRETER: The Interpreter would like to verify.

THE WITNESS: -- make sure that the headcount, the number provided by the client, was being fulfilled.

BY MR. LAROU:
**Q. Which client are you referring to?**
A. Amazon. We work for Amazon.
**Q. Okay. And so if I'm understanding correctly, Amazon would provide StratAir with some kind of quota, some kind of number of individuals that it wanted StratAir to have as part of its workforce, and they would give you a new number every three months?**
A. Amazon pays by the service. It's our job.
Depending on the amount of cargo, they assign the number of employees, and that's what they pay us for.
**Q. And Amazon would assign that number of employees about every three months or so?**
A. Yes. It's by quotes. So depending on whether there's an increase or reduction in cargo, they would request the number of employees according to that.
**Q. How was that information communicated to you, the number that was assigned by Amazon?**
A. During the MOP meetings and with the clients, they would give us the information as far as volume, flight numbers, the departure of trucks.
THE INTERPRETER: The Interpreter will verify.
THE WITNESS: Depending on the volume that was assigned, they would also assign the number of

employees in order to be able to process that volume of cargo.

BY MR. LAROU:

**Q. And you mentioned MOP meetings. What are MOP meetings, or do you know what MOP stands for?**

A. I don't recall what the acronym stands for, but during these meetings we discussed safety because Amazon is very demanding in regard to this subject, and safety and aviation is primordial. We would review the number of packages, the flight times, and also, depending on the seasons, because we would have a high season between November and January, so during this time of the year, the volume was higher, and then we would have the lows, it would go up and down, and it would depend on the -- on the amount of sales.

THE INTERPRETER: And the Interpreter would like to take a moment to just remind the Deponent to give longer answers in segments.

We can proceed.

BY MR. LAROU:

**Q. And who would be present at those MOP meetings?**

A. Amazon administration that were in charge of our station, Jorge, at that time, Armando was there as well, and myself.

**Q. Anyone else that would be in attendance at those MOP meetings?**
A. No, just management.
**Q. And where would those meetings be held?**
A. Online, because Amazon management does not reside in Miami, so everything was done online.
**Q. Were those meetings held over Zoom? Do you remember?**
A. It's through a system that Amazon manages.
**Q. Do you remember what it's called?**
A. No.
**Q. Okay. And the meetings, those were conducted by video conference, like the deposition here today, where you can see and hear everyone who's in attendance?**
A. There was no video; we couldn't see each other.
It was more audio, and they would generate a document which is a record of the operation, and we would review each point, topic by topic, but we were not able to see each other, only hear each other.
**Q. How would you receive those documents?**
A. That's on the Amazon platform. They're private documents.
**Q. Were you able to save those documents after they were shown to you?**

A. No.
**Q. Do you know if anyone from StratAir has copies of those documents that were shared with you during the MOP meetings?**
A. No.
**Q. Do you remember when was the first MOP meeting that you attended?**
A. I attended in 2024 because when I got there initially, that meeting had already been planned. These are meetings that are planned well in advance. I don't know, maybe one or two months prior to the meeting, so by that time, the meeting had already happened.
**Q. Okay. Do you remember about what month was the first MOP meeting that you attended?**
A. I'm not sure if it was March or April, but it was for the first, either quote or quarter of that year.
THE INTERPRETER: The Interpreter will verify.
THE WITNESS: Quarter. I was there for the second quarter.
BY MR. LAROU:
**Q. Got it. Okay. And have you attended those MOP meetings each quarter ever since then?**
A. Correct.
**Q. As assistant manager of StratAir, did you have the authority to recommend individuals for termination?**

A. No. Because I didn't supervise them directly, so I was not able to witness their performance, but what I did indicate to the supervisors was that the performance had to be carried out according to the requirements.

**Q. During your time working as assistant manager of StratAir, who did have the authority to select individuals for termination?**

A. The direct supervisors that were in charge of the team.

**Q. While you were working as assistant manager, did you have the authority to approve or deny time off for individuals?**

A. It was reported to the supervisor initially, and then it would be escalated to me. Then if it was more intricate matters, such as unpaid time off or FMLA matters, these would be handled by human resources, and at that point, I would not be involved.

**Q. While you were working for StratAir in 2023, did you ever receive any requests for time off due to medical reasons from individuals that were working under you?**

A. No. For medical reasons, no.

**Q. Okay. And in 2023, did you receive any complaints while you were working as assistant manager**

**from any of the individuals that you oversaw?**
A. Directly, no.
**Q. What about indirectly?**
A. More than complaints, there were reports from the supervisors in regard to low performance by the employees and our support, as it always was -- or strike that. My response, as it always was, was to support the employees so that they could improve. Provide the support needed by the employees so that they could improve.
**Q. And when you mention -- when you say employees, do you mean direct hire of StratAir as well as the individuals working through SNI?**
THE INTERPRETER: Counsel, please repeat the question for the Interpreter. My apologies.
MR. LAROU: Yeah.
BY MR. LAROU:
**Q. When you say employees, do you mean direct hires of StratAir as well as individuals who are working through SNI?**
A. Of course. We dealt directly with people that were working with the company, and then for any issues -- performing issues with the staff from SNI, it would be communicated to the supervisor from SNI, and they would deal with that directly.

**Q. If one of the managers or supervisors from StratAir decided they didn't want an individual from SNI working there anymore, did they have the power to remove those individuals from working at StratAir?**

A. No. Under my direction, that would not happen.

**Q. We spent some time earlier talking about the supervisors that you worked with at StratAir. Did you ever work with a supervisor named Lidier Leone?**

THE INTERPRETER: Lidier Leone?

MR. LAROU: Lidier, L-I-D-I-E-R.

THE INTERPRETER: Leone?

MR. LAROU: Yes.

THE WITNESS: No. I recall that he was on the day shift, and he worked with Armando.

BY MR. LAROU:

**Q. Okay. What was his job title, do you know?**

A. I'm not sure. I don't know if he was a leader or supervisor. I can't recall.

**Q. Okay. But he reported to Armando Portales during the day shift?**

A. Correct.

**Q. Okay. Does Armando Portales still work for StratAir or Prime Flight?**

A. No.

**Q. Do you know when he stopped working there?**
A. If I'm not mistaken, it was in 2024, but I do not recall.
**Q. Do you know whether Armando resigned from his work with StratAir or whether he was terminated, whether he was fired?**
A. If I'm not mistaken, I believe it was a termination.
**Q. Do you know why Armando was fired?**
A. I do not have that information.
**Q. Did you hear any rumors?**
MS. MIRANDA: Object to form.
THE WITNESS: No.
BY MR. LAROU:
**Q. Who at StratAir would know why Armando was fired?**
A. I don't know. I would imagine human resources.
**Q. Does Jose Alverio still work for StratAir or Prime Flight?**
A. No.
**Q. Do you know when he stopped working there?**
A. I can't recall if it was also in 2024.
**Q. Was it around the same time that Armando stopped working there?**

A. No. It was later on, much later on.
**Q. And do you know whether Jose quit or was fired from StratAir?**
A. He was fired.
THE INTERPRETER: One moment, please. We can proceed. My apologies.
MR. LAROU: It's okay.
BY MR. LAROU:
**Q. Do you know why Jose was fired?**
A. No.
**Q. And did you hear any rumors about why Jose might have been fired?**
MS. MIRANDA: Object to form.
THE WITNESS: No.
BY MR. LAROU:
**Q. And how about Lidier Leone, do you know if he still works for StratAir or for Prime Flight?**
A. No.
**Q. Do you know when he stopped working for StratAir?**
A. No.
**Q. And do you know whether Lider was fired or whether he quit?**
A. No.
**Q. If you ever received -- strike that. While**

**you were working as assistant manager at StratAir, if you ever received a complaint from an employee about discrimination at work, do you know if the company had a policy or process in place for how you should handle those complaints?**

MS. MIRANDA: Object to form.

THE WITNESS: May I proceed?

MR. LAROU: Yes.

THE WITNESS: When I -- whenever I got hired by StratAir, there was a meeting or a class, and during that class, we did discuss discrimination, and there was a document, or rather a work -- spreadsheet or worksheet that they would give us.

BY MR. LAROU:

**Q. Okay. Was that like a handbook, like a company handbook?**

A. Yes. It was a behavioral manual. Okay.

Behavioral handbook. Yes. There were posters also everywhere, and the company was very open and willing for employees if they, at any moment, felt like they were being discriminated against, they could contact us directly or simply call the 800 number that was posted.

**Q. Okay. So if you ever received a complaint from an employee regarding discrimination in the**

**workplace while you're working as assistant manager, how were you supposed to handle those complaints?**

A. Basically, I have to take -- I have to take statements, of course, from the person that is involved, obviously, and then I start an investigation in which human resources also has to be involved, of course, because this is a delicate subject.

**Q. Have you ever had to go through that process at StratAir?**

A. Never.

**Q. And you mentioned receiving training during a class when you were first hired at StratAir. Do you remember who put on that training?**

A. Yes. Deval Challenger; he was the safety manager and the person in charge of the ROC training.

**Q. Did you say ROC trainings?**

A. Yes. They're trainings provided by the airport in order to be able to work within the federal area.

**Q. Got it. And were those ROC trainings given to every new individual working for StratAir?**

A. It was obviously mandatory, and at the end, there would be an evaluation. It would deal with the operations obviously, and also with the -- the conduct of the employees, what they had a right to and what they

didn't have a right to.
**Q. Okay. Do you know if StratAir maintained any documents showing which employees or individuals received that training?**
A. No. That was handled internally, and the only thing that I received, and that all of us received was the conduct sheet.
THE INTERPRETER: One moment for the Interpreter. Handbook.
BY MR. LAROU:
**Q. Do you have to sign a copy of that handbook, do you remember, when you went through that training?**
A. I don't recall, however, there are records because that's what certifies us as being employees.
**Q. Okay. Now, I want to focus on the time period between when you first started working for StratAir in September 2023 and the end of January 2024. What anti-discrimination policies were in effect by StratAir during that time?**
A. The company had, in its handbook, very clear policies about not having any hostile environments, about it being a place of pre-expression, of no discrimination based on race, sex, or sexual orientation.
**Q. And are you aware of any individuals**

**complaining about discrimination or harassment during the time that you've worked for StratAir?**

A. No.

**Q. Do you know -- and again, I want to focus on the period between when you first started working for StratAir and the end of January 2024. What medical leave policies did StratAir have in place during that time?**

A. It didn't happen initially while I was there, but then when it eventually it did come to surgeries or things of that nature, it was required for the employee to submit proper documentation in order to verify, but those were decisions that I was not in charge of making.

**Q. And do you know when that policy first went into effect?**

A. Ever since I arrived, that has always been established in the handbook.

**Q. Okay. And again -- oh, another quick question before I move on. Do you know whether StratAir is an FMLA-covered employer?**

MS. MIRANDA: Object to form.

THE WITNESS: No. No. That instruction is in the handbook, but I do not know exactly.

BY MR. LAROU:

**Q. Okay. Did you ever hear of employees under**

**your control taking FMLA leave while you were working as assistant manager at StratAir?**

A. No.

**Q. Okay. But I believe earlier you mentioned requests for medical leave, that those type of requests involving the FMLA, those were typically referred to Human Resources. Right?**

A. Yes. That would be escalated through them.

**Q. Okay. And do you know -- during the time that you've worked at StratAir, have you heard of any individuals being approved for FMLA leave?**

MS. MIRANDA: Object to form.

THE WITNESS: During my shift, it didn't happen.

I don't know about the day shift, to be honest.

BY MR. LAROU:

**Q. And again, during that period between when you first started with StratAir through the end of January 2024, did StratAir have any policies in place regarding requesting accommodations for disabilities?**

A. No. I did not handle that information.

**Q. Are you aware of any policies or procedures in place by StratAir for deciding which individuals would be selected for a reduction in the headcount?**

THE INTERPRETER: Counsel, please repeat the

question for the Interpreter.
MR. LAROU: Sure. Madam Court Reporter, could you please read that back?
THE INTERPRETER: Thank you.
THE COURT REPORTER: Yeah. Just a moment. Give me just a second. I need to just read my note.
MR. LAROU: That's okay.
MS. MIRANDA: Hey, Brooks, can we go off the record for a second?
MR. LAROU: Yes, please.
THE COURT REPORTER: All right. I'll just pause the record.
(Thereupon, a brief break was had off the record.)
(Deposition resumed.)
THE COURT REPORTER: Okay. The question was, "Are you aware of any policies or procedures in place by StratAir that decides which individuals would be selected for a reduction in headcount?"
THE WITNESS: Yes. When it came to headcount reduction, individuals would be selected based on performance. Basically, if the employee wasn't performing and there was no option for improvement, then we would not keep that employee.

BY MR. LAROU:

**Q. Okay. How were individuals' performance assessed?**

A. Okay. This is a little bit long, so I'm going to split it up so that you can understand it.

**Q. Sure.**

A. We received the flights with a volume of cargo.

This cargo comes in on containers. These containers bring Amazon packages, and they have to be unloaded, processed, and scanned within a period of time. Because there was a -- there is a schedule of trucks that need to leave the station a certain time after the flight arrives. When we talk about performance is whether an employee can unload a cargo container with another co-worker within a limited amount of time. Per small containers, it's a range of maximum 15 minutes for two people, three people for a large container. There's a flight plan where the containers are marked. The supervisor would then indicate which employees would have to work on each of the containers. Being that they kept track of the time when the container would come in, they would track the amount of time that an employee would take, according to the standard, to unload the cargo. Obviously, it is a

matter of performance. If the employee wasn't unloading the container within the allotted period of time, there would be a follow-up with the employee to indicate to him that he was working too slowly. So therefore, when it came to headcount reduction, I would have to take into account the performance of the employees, and the supervisor would have a record of the employees that had lower performance during previous months.

**Q. Okay. So the record that was maintained by the supervisors, that was a document that was in writing, a physical document?**

A. Basically, it was a copy. They worked on it daily, but there is no record of that information.

**Q. Would the supervisor hand that document over to you to review?**

A. It wasn't a report. It was them telling me how the operations were -- went on that specific day.

However, since it wasn't a large amount of employees, it was certain specific employees, then we would be able to deal with those employees and have -- have a follow-up with them to help them to improve their performance.

**Q. Okay. So if I understand correctly, the supervisors, they would only keep those written records of certain employees, not every single individual**

**working in the warehouse?**

A. No. They had the roster that attended daily -- of the people that attended daily. When they made the assignments to each container -- for each container, then they would be able to keep track of the time that each of -- that the employees would take.

**Q. Okay. And those are just -- were those just handwritten notes that the supervisors would keep for themselves?**

A. Yes. Because operations would change daily, the different containers would come in, and they would use this to keep track of the performance of each of the employees.

**Q. Okay. Do you know if the supervisors were required to save those documents where they were recording individual's performance?**

A. No. They already had people identified through their daily work, so it was easy to identify them.

**Q. Okay. And those documents that you were just discussing, were they ever given to you by any supervisors?**

A. No. Obviously, I did handle the rosters because I would have to have a record of attendance, and also to know which employees were working with which

supervisors, and there were performance indicators on there so that we could know what employees needed reinforcement, but there were no notes.

**Q. Okay. Do you know if StratAir maintained any -- strike that. During the time that you worked as assistant manager at StratAir, do you know if StratAir maintained any written documentation of individuals' performance metrics?**

THE INTERPRETER: One moment for the Interpreter.

THE WITNESS: The policy on the handbook mandated yearly evaluation. When I arrived, I arrived at the end of the year, so the review for 2023 had already happened.

BY MR. LAROU:

**Q. Do you know if StratAir maintained documents related to the 2023 reviews?**

A. No.

**Q. No. As in you -- no, as in you don't know, or, no, as in StratAir did not maintain those documents?**

MS. MIRANDA: Object to form.

THE WITNESS: Before I arrived at StratAir, I don't have any idea. Since I arrived at StratAir, the reviews are done yearly.

BY MR. LAROU:

**Q. And does -- during the time that you've been working for StratAir, did the company maintain written documentation for individuals' annual reviews after 2023?**

A. Those reviews are done online, and obviously each person has a file with their reviews -- with their reviews, but it is -- it's something that's handled by human resources.

**Q. Okay. Do you know whether StratAir maintains personnel records for the individuals working for it through SNI?**

A. No.

**Q. And do you know whether StratAir conducts annual reviews for the individuals working for it through SNI?**

A. No. SNI, we didn't do reviews or evaluations of SNI because that was handled by SNI directly.

**Q. Did SNI have its own supervisors on-site at the Miami warehouse where you worked?**

THE INTERPRETER: Counsel, on site? What was the rest of that?

MR. LAROU: Yeah. At the StratAir warehouse at the Miami International Airport.

THE WITNESS: They would send a manager in order to be able to escalate, but not a supervisor.

BY MR. LAROU:

**Q. Okay. And so the -- if I'm understanding correctly, then the supervision, that was done -- the direct supervision of those SNI workers, that was done by StratAir supervisors?**

A. The supervisor for StratAir would also have performance reviews of the workers from SNI, and it would be escalated to them, but StratAir would not deal directly with their employees.

MS. MIRANDA: If I may, I'm sorry.

THE INTERPRETER: Yes.

MS. MIRANDA: I think she said, would review their SNS productivity, not a performance review.

THE INTERPRETER: The productivity. Thank you, Counselor.

BY MR. LAROU:

**Q. The StratAir supervisors would review the SNI employees -- or SNI individual's productivity?**

A. Of course. That was part of their duties --

**Q. Got it. Okay.**

A. -- functions.

**Q. During the time you worked at StratAir, did you ever receive training on FMLA leave?**

A. No. Because the policies were clear and they were in the handbook, and I always relied on the

handbook and on human resources.
**Q. Okay. Did you ever receive a copy of the handbook in Spanish?**
A. Yes. And on the UKG, you could download it, and each employee would receive the manual in the language they selected.
**Q. Okay. And did you -- during the time that you've worked at StratAir, have you ever received training on ADA compliance, Americans with Disability Act compliance?**
A. No. Never.
**Q. I think we kind of touched on this earlier, but when -- during the time that you worked at StratAir, did you ever receive training regarding discrimination in the workplace?**
A. Yes. And as a matter of fact, there were tests that you have to take online yearly, and one of these was dealing with that subject in particular, and additionally, myself, I always made sure to highlight the importance of following these policies and not having any discrimination in the workplace. I always considered it to be important while I was there.
**Q. Okay. Good. And so you mentioned that you had to take yearly tests. Where would you take those tests?**

**Was it on a specific website?**

A. Yes. It was an online portal. I can't remember the name of the website, but that's where we would take classes, and these classes would involve safety, discrimination, harassment, things of that nature, but again, cannot recall the name of the website.

**Q. Okay. Do you remember when was the first time you had to go through that training?**

A. I don't recall, but it was a few months later because it was 2025. Those are done once a year. 2024.

**Q. Okay. If you had to estimate to the best of your recollection about -- do you remember about what month you had that first training session in 2024?**

MS. MIRANDA: Object to form.

THE WITNESS: No. We would basically get the links randomly to our email, and we would do the classes, do the courses, but no, I don't remember when.

BY MR. LAROU:

**Q. Okay. Do you remember who would send you those links?**

A. Directly from Saltchuk, the mother company.

MR. LAROU: And just for the record, I believe the spelling is S-A-L-T-C-H-U-K.

THE INTERPRETER: Thank you. Saltchuk.
BY MR. LAROU:
**Q. During the time that you've worked at StratAir, have you ever received training on reduction in force procedures?**
THE INTERPRETER: Reduction in force, Counsel?
MR. LAROU: Yes.
THE INTERPRETER: One moment, Counsel.
Just to verify, reduction in force refers to reduction in workforce?
MR. LAROU: Correct.
THE WITNESS: I don't understand the question.
BY MR. LAROU:
**Q. Sure. Did you ever receive any training through StratAir on how individuals should be selected for a reduction in headcount?**
A. There was always an instruction, and the instruction would be based on the volume, and the headcount reduction would be based on performance and productivity.
**Q. Where would those instructions come from?**
A. It's because of the business. Amazon pays to get cargo processed.
**Q. Okay. But was there a specific individual that told you that the individual selection -- selected**

**for the reduction in force, those selections should be made based on the volume of cargo, work performance, and productivity?**

A. Of course. When I get hired, I get hired in order for me to make sure that the operation is working in terms of safety and productivity. And in the meetings with my boss, Jorge, we would -- we would select personnel for -- based on -- it would be based on the volume of work that had to be handled, and the reduction of it would be based on the employee's performance and productivity.

THE INTERPRETER: And I believe the Interpreter needs a break at some point.

MR. LAROU: Yeah, that's fine. We can go ahead and take a break now if you want.

THE INTERPRETER: Yes, please. How long do we -- is 10 minutes okay?

MR. LAROU: Yeah, that's fine.

THE INTERPRETER: Okay. Thank you. How about we come back at 5:30?

MR. LAROU: Yeah. That's perfect.

THE INTERPRETER: Is that okay for everyone? Okay. Thank you. I'll be on standby.

(Thereupon, a brief break was had off the record.)

(Deposition resumed.)

THE COURT REPORTER: We're back on the record. The time is 5:39 P.M.

MR. LAROU: Okay. Folks, as we just discussed off the record, the parties have agreed to adjourn and suspend the deposition for the day, and we will continue the deposition next week on August 6th, beginning at 1:00 P.M. Plaintiffs will re-notice that deposition shortly.

THE COURT REPORTER: All right. Would everyone like to come off the record?

MR. LAROU: Yes, ma'am.

(Deposition concluded at 5:42 P.M.)

(Reading and signing of the deposition by the witness has been reserved.)

CERTIFICATE OF REPORTER

STATE OF FLORIDA
COUNTY OF ST. LUCIE

I, CHYNNA BARBOSA-PANCHANA, Court Reporter and Notary Public for the State of Florida, do hereby certify that I was authorized to and did digitally report and transcribe the foregoing proceedings, and that the transcript is a true and complete record of my notes.

I further certify that I am not a relative, employee, attorney or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.

Witness my hand this 11th day of September, 2026.

____________________________________
CHYNNA BARBOSA-PANCHANA, CER,
NOTARY PUBLIC, STATE OF FLORIDA

CERTIFICATE OF OATH

STATE OF FLORIDA
COUNTY OF ST. LUCIE

I, CHYNNA BARBOSA-PANCHANA, the undersigned authority, certify that GISELA BARRERA MUNOZ AND EDUARDO ARENAS, INTERPRETER, appeared before me remotely pursuant to Florida Supreme Court Order AOSC20-23 and were duly sworn on the 30th day of July, 2026.

Witness my hand this 11th day of September, 2026.

CHYNNA BARBOSA-PANCHANA, CER,
CERTIFIED COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA
Notary Commission No: HH 627616
Notary Commission Exp: 01/28/2029

DATE: 9/11/2026
TO: Gisela Barrera Munoz
C/O
Beatriz Miranda
Gunster, Yoakley & Stewart, P.A.
777 S Flagler Drive Suite 500
West Palm Beach, Florida 33401

IN RE: Ivan Grant et al vs. StratAir Aviation Service
CASE NO: 1:25-CV-24505-MOORE/ELFENBEIN

Dear Ms. Munoz,

Please take notice that on July 30, 2026, you gave your deposition in the above-referenced matter. At that time, you did not waive signature. It is now necessary that you sign your deposition. You may do so by contacting your own attorney or the attorney who took your deposition and make an appointment to do so at their office. You may also contact our office at the below number, Monday - Friday, 9:00 AM - 5:00 PM, for further information and assistance.

If you do not read and sign your deposition within thirty (30) days, the original, which has already been forwarded to the ordering attorney, may be filed with the Clerk of the Court.

If you wish to waive your signature, sign your name in the blank at the bottom of this letter and promptly return it to us.

Very truly yours,

Chynna Barbosa, CER
UNIVERSAL COURT REPORTING, INC.
(954)712-2600

I do hereby waive my signature.

___________________________________________
Gisela Barrera Munoz
Cc: via transcript:
Brooks Larou, Esquire
Beatriz Miranda, Esquire

Errata Sheet

NAME OF CASE: IVAN GRANT vs STRATAIR AVIATION SERVICES
DATE OF DEPOSITION: 07/30/2026
NAME OF WITNESS: Gisela Munoz
Reason Codes:
1. To clarify the record.
2. To conform to the facts.
3. To correct transcription errors.
Page _____ Line ______ Reason ______
From ______________________ to ______________________
Page _____ Line ______ Reason ______
From ______________________ to ______________________
Page _____ Line ______ Reason ______
From ______________________ to ______________________
Page _____ Line ______ Reason ______
From ______________________ to ______________________
Page _____ Line ______ Reason ______
From ______________________ to ______________________
Page _____ Line ______ Reason ______
From ______________________ to ______________________

_________________________

**1**

**1** 12:17
**10** 56:17
**10-00132** 5:21
**100** 24:15
**11105** 10:5
**13th** 11:12
**15** 30:21 47:18
**174th** 10:5,7,10
**1:00** 57:8
**1:25-CV-24505-MOORE/ELFENBEIN1** 5:10

**2**

**2020** 11:19 12:11 13:10,16
**2021** 12:13
**2022** 12:14
**2023** 12:6,15,17,24 13:13,15 17:1,16 27:5,7 30:15 36:19,24 43:17 50:14,17 51:4
**2024** 35:8 39:2,23 43:17 44:6 45:19 54:11,14
**2025** 18:2 54:11
**2026** 5:2,4
**21** 17:1
**26** 11:19
**2:34** 5:5

**3**

**30** 5:2,4
**300** 25:24 26:4,19
**33157** 10:6

**4**

**40** 26:11
**4:00** 30:22
**4:02** 31:5

**5**

**5:30** 56:20
**5:39** 57:3
**5:42** 57:13

**6**

**6:00** 23:5,6,8
**6th** 57:7

**8**

**800** 41:22
**813 385-1502** 17:7
**87** 11:14

**9**

**9:00** 23:4

**A**

**abilities** 5:25
**ability** 8:22 9:1 16:22
**able** 18:9 27:11 33:1 34:20,24 36:2 42:18 48:20 49:5 51:25
**about** 17:25 18:24 19:1 22:19,23 24:7 25:24 26:4,19 27:8 29:3 32:14 35:13 37:3 38:7 40:11,16 41:2 43:21,22 44:1 45:15 47:14 54:13 56:19
**accommodations** 45:20
**accompanied** 22:13
**accompany** 25:23,25
**accompanying** 29:11
**according** 32:17 36:4 47:24
**account** 48:6
**accurately** 28:21
**acquaintance** 18:16,18 19:4
**acronym** 33:6
**Act** 53:10
**actually** 10:4 20:3 28:8 30:17
**ADA** 53:9
**additional** 15:25 19:1,23 21:11
**additionally** 53:19
**address** 10:3,5,14 17:19

**addresses**
17:15

**adjourn**
57:5

**admin**
21:10 23:22

**administration**
15:6 33:23

**advance**
35:10

**affect**
8:22 30:7

**affirm**
5:24 6:11

**after**
6:16 13:16 34:24 47:14 51:3

**afternoon**
5:12,14 6:23

**afterwards**
22:16

**again**
44:4,18 45:17 54:6

**against**
7:2 41:21

**agency**
7:13 26:22

**ago**
16:25 21:23

**agreed**
57:5

**ahead**
30:21 56:15

**airport**
14:2 42:18 51:23

**Alex**
5:7 6:25

**all**
7:18 11:2 25:3 30:20 43:6 46:12 57:10

**allotted**
25:11,16 48:2

**Alonso**
21:19

**already**
22:14 35:9,12 49:17 50:14

**also**
19:17 21:7,18 22:3 25:16 32:25 33:10 39:23 41:19 42:6, 24 49:25 52:6

**although**
31:19

**Alverio**
21:18 22:11 23:17 39:19

**always**
17:5 23:10,14 26:15 27:18,19 37:6,7 44:16 52:25 53:19,21 55:17

**am**
12:25 13:14 15:5

**Amazon**
32:3,5,9,13,19 33:8,23 34:5,9,22 47:10 55:22

**Americans**
53:9

**amount**
32:10 33:15 47:16, 23 48:18

**Ana**
15:9

**Andrez**
19:10 20:4

**annual**
51:3,14

**another**
23:23 44:18 47:16

**answer**
8:12,17 9:12 23:13

**answers**
28:19 33:18

**anti-**
43:17

**any**
7:22 8:4,21,25 9:14,17 14:9 15:24 16:2,5,8,11,14 17:11 19:1 20:22 21:11 23:17 25:17 26:10,20 28:4 30:15 31:12,15 36:20,24 37:1,22 39:11 40:11 41:20 43:2,21,25 45:10, 19,22 46:18 49:21 50:5,7,23 53:21 55:14

**anymore**
38:3

**anyone**
9:23 19:7 20:14 21:19 34:1 35:2

**anything**
26:1

**apologies**
7:6 20:18 28:11 37:15 40:6

**appearances**
5:11

**approve**
36:12

**approved**
45:11

**approximately**
5:5 23:9 25:24

**April**
35:15

**area**
42:19

**Arenas**
5:21 6:4

**Ari**
22:3

**Ariel**
22:5

**Armando**
20:16,19 21:15,16 22:7,10 33:24 38:15,20,23 39:4, 9,15,24

**around**
23:8 39:24

**arrive**
23:5

**arrived**
13:16 28:23 44:16 50:12,13,22,23

**arrives**
47:14

**arriving**
22:18

**Arts**
15:18

**ask**
7:5 29:21

**asked**
8:12 9:11

**assessed**
47:3

**assign**
25:2,6 32:10,13,25

**assigned**
32:19,25

**assignments**
25:18 49:4

**assist**
25:9

**assistant**
14:19,23 18:1 20:11,17,23 21:5, 12,24 23:21 24:10 25:4,20 28:3 31:8, 11,14 35:24 36:6, 11,25 41:1 42:1 45:2 50:6

**assume**
8:13

**Atna**
22:3

**attendance**
28:7 34:1,14 49:24

**attended**
35:7,8,14,21 49:2, 3

**audio**
14:22 34:17

**August**
12:6 18:2 57:7

**authority**
24:24 35:25 36:7, 12

**authorization**
24:21

**aviation**
5:9 7:3 33:9

**aware**
26:12,20 43:25 45:22 46:18

## B

**back**
12:14 30:22 31:4 46:3 56:20 57:2

**backwards**
12:21

**Barrera**
5:1,6 6:15,23 7:18, 20 8:7 10:2 31:7

**based**
43:23 46:22 55:18, 19 56:2,8,10

**basically**
24:11,16 25:8 42:3 46:23 48:12 54:16

**Beatriz**
5:14

**because**
11:4 12:12 13:4 18:11,25 22:8,14, 17 24:15 25:23 28:23 29:2,8 33:7, 11 34:5 35:8 36:1 42:7 43:14 47:12 49:10,24 51:17 52:24 54:11 55:22

**before**
8:8,10 9:4,12,18 12:22 13:6 14:12 18:14 19:8 23:3 31:7 44:19 50:22

**began**
20:10

**begin**
8:10

**beginning**
57:8

**behalf**
5:13,15

**behavioral**
41:17,18

**believe**
7:12 22:4 39:7 45:4 54:24 56:12

**best**
5:24 54:12

**between**
12:10 27:5 33:12 43:16 44:5 45:17

**birth**
11:11

**bit**
47:4

**Bogota**
15:19

**boss**
18:4,7,17,18,21 19:4,5 20:6 56:7

**both**
21:20

**break**
9:6,12 29:17,20 30:21 31:1,7 46:14 56:13,15,24

**breaks**
9:10

**brief**
31:1 46:14 56:24

**bring**
47:10

**Brooks**
5:12 6:24 46:9

**business**
15:6 16:12 17:9,13 55:22

## C

**call**
18:9 41:22

**called**
6:16 34:10

**came**
12:7 14:13 46:21 48:5

**can**
7:10 10:9 11:2,5,7 15:20 22:2 23:13 24:9 28:20 29:17 33:19 34:14 40:5 46:9 47:5,15 56:14

**can't**
21:17 38:19 39:23 54:2

**cannot**
8:4 30:18 54:6

**cargo**
13:25 32:10,16 33:2 47:8,9,15,25 55:23 56:2

**Carlos**
10:20,21 21:7

**carried**
24:13 25:7 36:4

**carry**
25:3

**case**
5:10 6:12 11:2 25:25 30:16

**catch**
11:20

**caveat**
9:10

**cell**
17:2,8

**certain**
47:13 48:19,25

**certificates**
16:15

**certification**
16:6

**certifications**
16:5,9,11

**certified**
5:21

**certifies**
43:14

**Ceruto**
5:8 7:1

**Challenger**
42:14

**change**
49:10

**changed**
17:5

**charge**
22:8 25:14 33:23 36:9 42:15 44:13

**charged**
17:21

**class**
41:10,11 42:12

**classes**
54:4,18

**clear**
43:20 52:24

**client**
31:24 32:2

**clients**
32:20

**co-worker**
47:16

**code**
10:6

**Colombia**
11:16 12:2 14:12 15:5,11,15,24 16:5

**come**
11:17 26:1 30:22 44:10 47:23 49:11 55:21 56:20 57:11

**comes**
47:9

**commonly**
11:23

**communicated**
32:18 37:24

**communication**
15:12,13,23 16:7

**communications**
9:21,24 15:11

**communicator**
15:3

**company**
13:4,7 14:4 18:5 27:20 31:17 37:22 41:3,16,19 43:20 51:2 54:23

**complaining**
44:1

**complaint**
41:2,24

**complaints**
36:25 37:4 41:5 42:2

**complete**
8:5 23:6

**completely**
8:22 24:13

**compliance**
53:9,10

**complied**
30:6

**concerns**
29:3

**concluded**
57:13

**conditions**
9:1

**conduct**
42:24 43:7

**conducted**
9:20 34:12

**conducts**
51:13

**conference**
34:13

**Congratulations**
10:12 14:24

**considered**
53:22

**contact**
17:11 18:15 22:16 41:22

**container**
47:16,19,23 48:2 49:4,5

**containers**
47:9,10,17,19,21 49:11

**continue**
31:9 57:7

**control**
45:1

**cool**
18:12

**copies**
35:2

**copy**
43:11 48:12 53:2

**corporate**
17:17

**Corral**
18:7 20:13

**Corrales**
20:16

**correct**
6:18 8:3,16,18,20 9:13 12:20 16:24 19:6 21:22 25:2 35:23 38:22 55:11

**corrected**
20:19

**correctly**
22:2 32:4 48:23 52:3

**could**
7:18 30:7 37:8,9 41:21 46:2 50:2 53:4

**couldn't**
34:15

**Counsel**
6:19 7:4 37:14 45:25 51:20 55:6,8

**Counselor**
52:15

**country**
13:17

**course**
7:7,16 9:10 24:11 27:18 28:1 37:21 42:4,6 52:19 56:4

**courses**
54:18

**court**
5:3,16,23 6:8,19 7:25 31:4 46:2,5,

12,17 57:2,10

**cover**
8:10

**crime**
17:21

**current**
10:2,14,16 18:7

**currently**
15:5,7,25 16:2,5,14 17:4 19:18,23

**D**

**daily**
48:13 49:3,10,18

**date**
5:4 11:11 12:25

**David**
21:8,9

**day**
9:7 22:10 23:1,6,11 24:7 38:15,21 45:15 48:17 57:6

**days**
13:16 22:14

**de**
16:6

**deal**
37:25 42:23 48:20 52:8

**dealing**
53:18

**dealt**
30:12 37:21

**December**
27:7

**decided**
18:12 38:2

**decides**
46:19

**deciding**
26:17 45:23

**decision-**
31:19

**decisions**
31:12,15 44:13

**Defendant**
5:15

**definitely**
11:24

**degree**
15:4,10,14,23 16:4

**degrees**
15:25 16:12,15

**delays**
26:14

**delicate**
42:7

**demanding**
33:8

**deny**
36:12

**departments**
23:20

**departure**
32:22

**depend**
33:15

**depending**
32:10,15,24 33:11

**depo**
7:9

**Deponent**
28:19 33:17

**deposition**
5:1,5 8:7 9:5,15,18 31:3 34:13 46:16 57:1,6,7,9,13,14

**describe**
24:9

**details**
30:6

**Deval**
42:14

**didn't**
18:10,11 31:19 36:1 38:2 43:1 44:9 45:13 51:16

**different**
14:4 26:6 49:11

**differentiate**
27:11

**digital**
15:6,8

**Dios**
16:7

**direct**
6:21 18:4 27:12,23 28:6 36:9 37:12,18 52:4

**directed**
23:14

**direction**
38:5

**directive**
28:24

**directly**
20:15 26:7 27:17 36:1 37:2,21,25 41:22 51:17 52:9 54:23

**directors**
28:9,10

**disabilities**
45:20

**Disability**
53:9

**disastrous**
28:25 29:9 30:1,3

**discipline**
25:17 28:4,5,8

**discriminated**
41:21

**discrimination**
41:3,11,25 43:18,23 44:1 53:14,21 54:5

**discuss**
41:11

**discussed**
33:7 57:4

**discussing**
31:8 49:21

**document**
34:18 41:12 48:10,11,14

**documentation**
44:12 50:7 51:3

**documents**
9:17,21,24 34:21,23,24 35:3 43:3 49:15,20 50:16,20

**don't**
7:12 8:13 9:19 11:23 17:11 18:4,24,25 21:19 25:24 27:10 30:11 33:6 35:10 38:18 39:17 43:13 45:15 50:19,23 54:10,18 55:12

**done**
25:16,19 34:6 50:24 51:5 52:3,4 54:11

**down**
33:14

**download**
53:4

**due**
36:20

**duly**
6:5,17

**Duran**
5:8 7:1

**during**
9:6 20:23 21:12 22:9,13,17,20 24:6,7 25:20 28:3 31:12,17 32:20 33:7,12 35:3 36:6 38:21 41:11 42:11 43:19 44:1,7 45:9, 13,17 48:8 50:5 51:1 52:22 53:7,13 55:3

**duties**
13:23 24:9 31:8 52:19

## E

**each**
22:19 34:15,19,20 35:22 47:21 49:4, 6,12 51:6 53:5

**earlier**
11:5 38:7 45:4 53:12

**early**
23:8

**easy**
49:18

**Eduardo**
5:20 6:4

**education**
14:14,15 15:2

**effect**
43:18 44:15

**either**
35:16

**Elbory**
23:19

**else**
18:22,24 20:14 21:19 34:1

**email**
17:15,17,19 54:17

**employed**
27:17

**employee**
13:21,24 24:18 25:22 30:16 41:2, 25 44:11 46:23,25 47:15,24 48:1,3 53:5

**employee's**
56:10

**employees**
25:25 26:4,5,8,20 27:12,23 29:2,10 30:14 32:11,14,17 33:1 37:6,8,9,12, 18 41:20 42:25 43:3,14 44:25 47:21 48:6,7,19, 20,25 49:6,13,25 50:2 52:9,18

**employer**
44:20

**end**
27:5,6 42:22 43:17 44:6 45:18 50:13

**ended**
13:22

**English**
5:25 6:1 16:19,23

**environments**
43:21

**escalate**
51:25

**escalated**
36:15 45:8 52:8

**established**
44:17

**estimate**
54:12

**evaluation**
42:23 50:12

**evaluations**
51:16

**event**
26:2

**eventually**
44:10

**every**
31:16 32:8,14 42:21 48:25

**everyone**
34:14 56:22 57:11

**everything**
28:20 34:6

**everywhere**
41:19

**exactly**
14:3 44:23

**EXAMINATION**
6:21

**except**
14:3

**Eyonny**
5:8 7:1

## F

**fact**
53:16

**far**
20:19 26:12 30:5 32:21

**February**
11:12 13:10,15

**federal**
42:18

**feedback**
28:15

**feel**
9:7

**felt**
41:20

**few**
8:11 13:16 54:10

**Fidel**
21:19,20

**file**
30:10,15 51:6

**filed**
7:2 29:1 30:8

**finally**
18:9

**find**
18:6

**fine**
29:19,23 56:14,18

**fired**
39:6,9,16 40:2,4,9, 12,22

**first**
6:5,17 8:11 12:16 14:21 16:19 22:13, 14 27:6 28:23 29:8

30:2,4,18 35:6,14, 16 42:12 43:16 44:5,14 45:18 54:8,14

**five**
22:21,24

**flight**
13:3 14:8,18 32:22 33:10 38:24 39:20 40:17 47:14,19

**flights**
47:7

**Florida**
5:22 10:6 12:4

**fluent**
16:22

**FMLA**
36:16 45:1,6,11 52:23

**FMLA-COVERED**
44:20

**focus**
27:4 43:15 44:4

**Folks**
57:4

**follow-up**
48:3,21

**following**
53:20

**follows**
6:6,17

**force**
8:1 55:5,6,9 56:1

**forgetting**
22:4

**form**
11:18 23:12 39:12 40:13 41:6 44:21 45:12 50:21 54:15

**free**
9:7

**from**
5:25 7:12 9:23 11:15 12:2,7 15:5 16:1,6 17:2,15,25 18:19 19:5,7 22:25 23:4 35:2 36:21 37:1,4,23,24 38:1, 2,4 39:4 40:3 41:2, 25 42:4 52:7 54:23 55:21

**fulfilled**
30:6 31:25

**full**
7:19

**fully**
9:11 24:13

**functions**
52:21

**G**

**gave**
18:3

**gbarreramunoz@ stratair.net.**
17:18

**general**
14:20 18:1 19:13, 17 21:1

**generate**
24:17 34:17

**get**
9:4 18:8 54:16 55:23 56:4

**Gisela**
5:1,6 6:15 7:20

**give**
6:12 8:4 9:7 28:19 29:9 32:8,21 33:18 41:13 46:6

**given**
8:18 42:20 49:21

**go**
12:21 15:14 23:4 25:9 30:20 33:14 42:8 46:9 54:9 56:14

**goes**
30:5

**going**
7:4 28:18 47:4

**Gonzalez**
19:10 20:4

**Gonzalo**
5:9 7:2

**good**
5:12,14 6:23 30:23 53:23

**Grant**
5:7 6:25

**Graphic**
15:12

**Graphics**
15:12,23

**great**
7:11

**ground**
8:11

**growth**
13:20 24:17

**guys**
30:20

**H**

**had**
8:7 11:4 18:7 21:6 22:2,10 24:12,21 25:8 29:3 31:1 35:9,12 36:4 41:3 42:8,25 43:20 46:14 48:7 49:2,17 50:14 53:24 54:9, 12,14 56:9,24

**hand**
5:18 6:9 48:14

**handbook**
41:15,16,18 43:9, 11,20 44:17,23 50:11 52:25 53:1,3

**handle**
41:4 42:2 45:21 49:23

**handled**
36:17 43:5 51:7,17 56:9

**handler**
13:25

**handling**
29:4

**handwritten**
49:8

**happen**
38:6 44:9 45:14

**happened**
35:12 50:14

**happy**
8:15 9:7

**harassment**
44:1 54:5

**hard**
26:13

**has**
17:5 20:19 35:2 42:6 44:16 51:6 57:15

**have**
5:11 7:21 8:1,7,21 9:19,20,23 10:21, 23 14:9,18 16:6 17:2,4,8,11,12,15, 19,21,23 18:4,11, 25 22:5,16 24:23 26:25 29:17 31:20 32:7 33:11,14 35:21,24 36:7,12 38:3 39:10 40:12 42:3,8 43:1,11 44:7 45:10,19 47:10,21 48:5,7, 20,21 49:24 50:23 51:18 52:6 53:8,17 55:4 57:5

**having**
6:5,16 14:22 43:21 53:21

**he**
10:23 18:7,9,14, 16,18 19:13,16,17, 22,23 20:6 22:10, 13,14,15,17 23:5, 19 38:14,15,18,20 39:1,5,6,22 40:4, 16,19,23 42:14 48:4

**he's**
18:17 19:18

**headcount**
31:18,19,23 45:24 46:20,21 48:5 55:16,19

**hear**
11:2,5,7 34:14,20 39:11 40:11 44:25

**heard**
45:10

**held**
12:22 14:9,18 34:4,7

**help**
48:21

**Henry**
5:7 6:25

**here**
6:1 7:24 14:10 34:13

**Hey**
46:9

**high**
33:11

**higher**
33:13

**highest**
15:2

**highlight**
53:19

**him**
18:17 22:16,23 48:4

**hire**
37:12

**hired**
7:13 19:12 41:9 42:12 56:4

**hires**
37:19

**hiring**
31:12

**his**
22:10,18 23:6 30:17,18 38:17 39:4

**hold**
13:18 14:5 15:4,24 16:2,5,8,11,14 18:8 26:5

**home**
10:2,14 20:3

**honest**
45:15

**hostile**
43:21

**hour**
29:18

**hours**
26:11

**human**
16:8 36:17 39:17 42:6 45:7 51:8 53:1

**I**

**I'LL**
7:7 8:10,12 9:5 46:12 56:23

**I'M**
7:4 8:14 9:7 10:7 11:1,20 13:3 14:21,22 15:3 19:13 22:3 24:8 29:19 32:4 35:15 38:18 39:2,7 47:4 52:2,10

**I'VE**
9:11

**idea**
50:23

**identified**
49:17

**identify**
49:18

**imagine**
39:17

**impact**
9:1

**importance**
53:20

**important**
53:22

**improve**
28:24 29:10,12 37:8,10 48:21

**improvement**
24:17 46:24

**in**
5:6 6:12 7:2 9:14 11:2 12:7,10,11, 13,14,15,21,24 13:3,15,16 14:10, 12 15:7,11,14,24 16:4,7,22,23 17:1, 23 18:9,11,21 20:11 22:8 23:5,6, 8 25:10,14,16,25 26:2,11 27:9 28:20,22 29:11,18, 20 30:2,15 31:12, 15,18,19 32:16 33:1,8,18,23 34:1, 6,14 35:8,10 36:9, 19,24 37:5 39:2,23 41:4,25 42:5,15,18 43:16,18,20 44:7, 12,13,17,22 45:19, 22,24 46:18,20 47:9,23 48:10 49:1,11 50:19,20 51:24 52:25 53:3, 5,15,18,21 54:14 55:5,6,9,10,16 56:1,4,6

**inaccurate**
8:18

**included**
21:1

**incomplete**
8:18

**increase**
31:18 32:16

**indicate**
31:17 36:3 47:20 48:3

**indicators**
50:1

**indirectly**
37:3

**individual**
38:2 42:21 48:25 55:24,25

**individual's**
49:16 52:18

**individuals**
20:22 26:10,17,21 27:8,11,15,17,21 28:4,16 32:6 35:25 36:8,13,21 37:1, 13,19 38:4 43:3,25 45:11,23 46:19,22 51:10,14 55:15

**individuals'**
47:2 50:7 51:3

**industry**
18:20

**information**
9:19 32:18,21 39:10 45:21 48:13

**initially**
18:10 19:9 20:9 35:9 36:14 44:9

**instructed**
9:23

**instruction**
24:22 44:22 55:17, 18

**instructions**
55:21

**interest**
18:11

**internally**
43:5

**International**
14:2 51:23

**interpret**
5:24

**interpreted**
28:21

**interpreter**
5:17,20,21 6:4,7 7:4,11,15 10:8,9 11:5,6,7,9,23 13:2 15:16,20 18:22,23 19:15,20 20:18 24:25 26:23,24 28:11,12,18 29:5 30:23,24 31:21 32:23 33:16 35:17 37:14,15 38:10,12 40:5 43:8,9 45:25 46:1,4 50:9,10 51:20 52:11,14 55:1,6,8 56:12,13, 16,19,22

**interpreting**
7:13

**interrupt**
11:1

**interview**
19:7

**interviewed**
20:5

**into**
9:4 44:15 48:6

**intricate**
36:16

**introduced**
22:15

**investigation**
42:5

**investigations**
16:16

**involve**
54:4

**involved**
17:23 36:18 42:4,6

**involving**
45:6

**issued**
29:7

**issues**
11:4 37:23

**it's**
17:10 20:19 26:13 32:9,15 34:9,10 40:7 47:17 51:7 55:22

**its**
32:7 43:20 51:18

**Ivan**
5:7 6:25

## J

**January**
11:19 33:12 43:17 44:6 45:19

**Javier**
21:6 24:6

**job**
12:12,22 13:23 18:6 19:11 20:8 24:9 31:8 32:9 38:17

**jobs**
14:9

**Jorge**
18:7,14,21 19:3,9 20:1,9,13,14,15 21:8 33:24 56:7

**Jorge's**
19:11 20:6

**Jose**
21:18,20 22:11,19 23:1,3,7,17 39:19 40:2,9,11

**Juan**
20:2

**July**
5:2,4

**just**
6:23 8:10,14 10:4, 23 11:1,3,21 14:22 16:25 21:23 27:4 29:20,21 33:17 34:3 46:5,6,12 49:7,20 54:24 55:9 57:4

## K

**keep**
9:5 46:25 48:24 49:5,8,12

**kept**
47:22

**kind**
25:6 32:5,6 53:12

**knew**
22:14

**know**
9:7 17:25 18:14,24 23:17 24:1,8 25:24 27:8 33:5 35:2,11 38:17,18 39:1,4,9, 15,17,22 40:2,9, 16,19,22 41:3 43:2 44:4,14,19,23 45:9,15 49:14,25 50:2,4,6,16,19 51:9,13

**knowledge** 19:1
**known** 7:21 23:19

L

**L-I-D-I-E-R** 38:11
**labor** 27:1
**Laffita** 5:7 6:25
**language** 16:19 53:6
**languages** 16:18
**large** 47:18 48:18
**Larou** 5:12 6:22,24 7:7, 14,16,17 10:11 11:10 12:1 13:5 15:22 19:2,25 20:21 23:13,16 25:5 27:3 28:14 29:14,19,24,25 30:20 31:6 32:1 33:3,20 35:20 37:16,17 38:11,13, 16 39:14 40:7,8,15 41:8,14 43:10 44:24 45:16 46:2, 8,11 47:1 50:15,25 51:22 52:1,16 54:20,24 55:2,7, 11,13 56:14,18,21 57:4,12
**last** 10:21 12:22 22:4 30:17
**later** 12:11 14:20 40:1 54:10
**lawsuit** 7:2 9:18,21,25 17:23
**leader** 30:17 38:18
**leaders** 21:2,24 22:1
**leadership** 26:8
**leads** 27:23
**learning** 16:20,23
**leave** 44:7 45:1,5,11 47:13 52:23
**leaving** 22:17,22,24 23:3
**left** 22:5,21
**Leone** 38:9,10,12 40:16
**let's** 12:21
**Letters** 15:18
**level** 15:2
**licenses** 16:2,11,15
**Lider** 40:22
**Lidier** 38:9,10,11 40:16
**limited** 47:16
**line** 31:9
**links** 54:17,22
**little** 29:17 47:4
**live** 12:7,10
**lived** 18:21
**lives** 10:14
**living** 18:21
**LLC** 5:10 7:3
**loads** 24:14
**local** 27:20
**Logistic** 13:11,15,19 14:9
**Logistics** 13:8,24 14:6 19:5
**long** 9:8 14:5 22:19 47:4 56:16
**longer** 28:19 33:18
**look** 28:6
**low** 37:5
**lower** 48:8
**lows** 33:14
**Luis** 5:8 7:1,2

M

**ma'am** 6:8,10 57:12
**Madam** 46:2
**made** 18:9,17 49:4 53:19 56:2
**maintain** 50:20 51:2
**maintained** 43:2 48:9 50:4,7, 16
**maintains** 51:9
**make** 11:2,3,21 25:8,17, 18 28:7 31:20,23 56:5
**making** 25:14 31:20 44:13
**management** 16:12 28:17 34:3,5
**manager** 13:22 14:6,19,20, 22,23 18:1 19:13, 17,19,24 20:11,17, 24 21:5,13,24 23:21,23 24:10 25:21 28:3 31:8, 11,14 35:24 36:6, 11,25 41:1 42:1,15 45:2 50:6 51:24
**managers** 25:4 38:1
**manages**

34:9

**mandated**
50:12

**mandatory**
42:22

**manual**
41:17 53:5

**many**
27:8 30:10,12

**March**
13:13 35:15

**marked**
47:20

**marketing**
15:6,8

**matter**
5:6 48:1 53:16

**matters**
28:6,7,22 29:12,13 36:16,17

**maximum**
47:17

**may**
5:11 6:20 8:21 41:7 52:10

**maybe**
30:21 35:11

**me**
7:9,13 8:14,18 9:7 10:8 11:2,5 18:8, 10 22:9,13,15 24:9 26:7 36:15 46:6 48:16 56:5

**mean**
37:12,18

**meaning**
26:11

**means**
17:10,11

**meat**
9:5

**medical**
8:25 36:21,23 44:6 45:5

**medication**
8:21

**meeting**
35:6,9,11,12,14 41:10

**meetings**
32:20 33:4,5,7,22 34:2,4,7,12 35:4, 10,22 56:7

**memory**
9:1

**Mendez**
15:9 21:8 30:18

**Mendez's**
21:9

**mention**
37:11

**mentioned**
6:24 16:25 19:3 20:4 21:23 26:3,19 29:15 30:1,8 33:4 42:11 45:4 53:23

**merger**
13:4 18:5

**metrics**
50:8

**Miami**
10:5 12:5,8,15,18 14:2 18:11,21 20:7 34:6 51:19,23

**Michelle**
22:3

**microphone**
11:4

**mid-level**
16:20

**might**
9:1 40:12

**mind**
11:22 29:21

**Ministry**
14:14,15

**minutes**
22:21,24 30:21 47:18 56:17

**Minuto**
16:6

**Miranda**
5:14 11:1,6,8,18, 20,25 23:12 29:17, 23 30:25 39:12 40:13 41:6 44:21 45:12 46:9 50:21 52:10,12 54:15

**mistaken**
28:12 39:2,7

**moment**
15:17,20 16:25 19:15,21 21:23 26:23 33:17 40:5 41:20 43:8 46:5 50:9 55:8

**monitoring**
25:22

**month**
35:13 54:14

**months**
18:8 31:16 32:8,14 35:11 48:8 54:10

**MOP**
32:20 33:4,5,21 34:2 35:4,6,14,22

**more**
9:4 26:11 29:18,21 34:17 36:16 37:4

**Morfa**
21:7

**morning**
22:18 23:5,6,8

**mother**
54:23

**move**
10:12 12:3,5 44:19

**moved**
10:4 12:2,8,11,12, 14,15,18 18:13

**moving**
18:11

**much**
9:19 18:24 40:1

**Munoz**
5:1,6 6:15 7:20

**must**
9:11

**mute**
6:10

**my**
6:24 7:5 8:12,14 10:16 11:20 12:12 16:19 17:5,10 18:7,16,21 20:3,25 21:14 22:25 23:14 24:6,11,16 28:11, 24 31:10 37:7,15 38:5 40:6 45:13 46:6 56:7

**myself**
33:25 53:19

## N

**name**
5:19 6:24 7:19 10:19,21 15:10

20:19 22:4 30:17, 18 54:3,6

**named**
38:9

**names**
7:22 23:18

**Nashville**
12:13

**nature**
44:11 54:6

**necessary**
26:15

**need**
7:4 9:6,8 46:6 47:13

**needed**
37:9 50:2

**needs**
56:13

**never**
8:9 17:4,22,24 18:16 42:10 53:11

**new**
10:4 21:17 32:8 42:21

**next**
31:10 57:7

**night**
22:8,9,11,14 23:2, 4,5,10

**no**
7:23 9:3,16,22 10:1,8,25 11:9,24 12:9 13:16 14:11 16:1,3,10,13,17 20:15 21:1,14 23:14 24:20 27:14 31:13 34:3,11,15 35:1,5 36:1,23 37:2 38:5,14,25 39:13,21 40:1,10, 14,18,21,24 43:5, 22 44:3,22 45:3,21 46:24 48:13 49:2, 17,23 50:3,18,19, 20 51:12,16 52:24 53:11 54:16,18

**None**
8:6,24

**not**
7:12 17:20 19:13, 16 24:8 29:1 34:5, 19 35:15 36:2,18 38:5,18 39:2,3,7, 10 43:21 44:13,23 45:21 46:25 48:25 50:20 51:25 52:8, 13 53:20

**note**
46:7

**notes**
49:8 50:3

**nothing**
6:13

**notice**
7:9

**notified**
18:5

**November**
33:12

**now**
5:3 12:25 13:3 14:8 27:4 30:21 43:15 56:15

**number**
5:10,21 17:4,5,6, 10,12 27:10 30:8 31:24 32:6,8,11, 13,17,19,25 33:10 41:22

**numbers**
17:2 32:22

## O

**oath**
7:24

**object**
11:18,22 23:12 39:12 40:13 41:6 44:21 45:12 50:21 54:15

**objection**
11:3,21

**obtained**
15:11,24 16:4

**obviously**
42:5,22,24 47:25 49:23 51:5

**off**
8:11 31:1 36:12, 16,20 46:9,14 56:24 57:5,11

**offer**
18:10,12

**offered**
20:8 26:15

**oh**
44:18

**okay**
6:23 7:14 8:10,15, 21,25 9:4,20 10:2, 12,19,23 11:8,11, 21 12:10,21 13:18 14:17 15:4 16:2, 14,21,25 17:6,12, 15 19:3 20:10 21:4,23 23:7 24:4 25:6,12 26:3,16 27:4,21 28:22 29:15,24 30:19 31:7 32:4 34:12 35:13,21 36:24 38:17,20,23 40:7 41:15,17,24 43:2, 15 44:18,25 45:4,9 46:8,17 47:2,4 48:9,23 49:7,14,20 50:4 51:9 52:2,20 53:2,7,23 54:8,12, 21 55:24 56:17,19, 22,23 57:4

**on**
5:3,12,15 6:10 10:12 14:24 24:15 25:9,15 27:5 31:4 32:10,15,24 33:11, 15 34:22 38:14 40:1 42:13 43:15, 23 44:4,19 46:22 47:9,21 48:12,17 50:1,11 51:20 52:23,25 53:1,4,9, 12 54:1 55:4,15, 18,19 56:2,8,10,23 57:2,7

**on-site**
51:18

**once**
54:11

**one**
8:12,14 9:4 10:23 14:19 15:17,20 16:1 18:17 19:15 26:23 28:2 35:11 38:1 40:5 43:8 50:9 53:17 55:8

**ones**
26:6

**online**
34:5,6 51:5 53:17 54:2

**only**
9:10 17:10 20:14

22:16 34:20 43:5 48:24

**open**
41:19

**operation**
24:15 30:7 34:18 56:5

**operations**
14:6 19:18 23:20 24:13 30:13 42:24 48:17 49:10

**opportunities**
24:17

**opportunity**
29:10

**Ops**
13:22

**option**
46:24

**order**
29:11 33:1 42:18 44:12 51:25 56:5

**orientation**
43:24

**Ortiz**
5:7 6:25

**other**
7:22 14:8,9 15:23 16:4 17:11 19:18 20:1,16,17 22:7 23:17 34:16,20

**our**
23:25 28:2 32:9 33:24 37:6 54:17

**out**
18:15 24:13,15 25:3,7,9,10,15 36:4

**outside**
7:25

**over**
12:13 34:7 48:14

**oversaw**
23:23 26:10,19 28:16 37:1

**oversee**
23:10,11,20 24:5

**overseeing**
19:17 24:2 26:5

**overtime**
26:11,13,17

**own**
22:10 51:18

**P**

**P.M.**
5:5 31:5 57:3,8,13

**packages**
25:8,10,15 33:10 47:10

**part**
32:7 52:19

**participate**
31:12,14,19

**particular**
53:18

**parties**
7:5 57:5

**partner**
10:16

**party**
26:25

**pause**
46:13

**pay**
32:11

**pays**
32:9 55:22

**people**
27:25 37:21 47:18 49:3,17

**Per**
47:17

**percent**
24:15

**perfect**
11:8 56:21

**performance**
25:22 27:18 28:15 36:2,4 37:5 46:23 47:2,15 48:1,6,8, 22 49:12,16 50:1,8 52:7,13 55:19 56:2,11

**performed**
30:13

**performing**
27:16 37:23 46:24

**period**
43:15 44:5 45:17 47:11 48:2

**person**
42:4,15 51:6

**personal**
17:8,19

**personnel**
22:15 23:24 24:2,5 51:10 56:8

**phone**
17:2,8 18:9

**phonetic**
23:19

**physical**
48:11

**Pinto**
5:7 6:25

**place**
11:3 41:4 43:22 44:7 45:19,23 46:19

**Plaintiffs**
5:13 6:25 57:8

**plan**
47:19

**planned**
35:9,10

**platform**
34:22

**please**
5:11,17,19 6:9 7:18 8:14 11:25 15:17,20 19:15 24:9 37:14 40:5 45:25 46:3,11 56:16

**point**
29:13 34:19 36:18 56:13

**policies**
43:18,21 44:7 45:19,22 46:18 52:24 53:20

**policy**
41:4 44:14 50:11

**portal**
54:2

**Portales**
20:20 22:7 38:20, 23

**position**
13:18 14:5,18,20 20:12

**positions**
14:18 26:5,6

**possible**
9:6 28:21

**posted**
41:23

**posters**
41:18

**power**
38:3

**Prado**
5:8 7:1

**pre-expression**
43:22

**prepare**
9:14

**prepared**
29:9

**preparing**
24:18

**present**
17:3,16 33:21

**preserve**
9:24

**president**
20:7

**previous**
18:16,18 19:4,5 48:8

**Prime**
13:3 14:8,17 38:24 39:20 40:17

**primordial**
33:9

**prior**
35:11

**private**
18:25 34:23

**problem**
11:9,24

**procedures**
45:22 46:18 55:5

**proceed**
6:20 15:21 33:19 40:6 41:7

**process**
31:16 33:1 41:4 42:8

**processed**
47:11 55:23

**productivity**
24:16 29:12,13 30:9 52:13,14,18 55:20 56:3,6,11

**promoted**
12:12 17:25

**promotion**
12:14 14:16,25 18:3

**promotions**
13:21

**proper**
44:12

**protocols**
29:4 30:9

**provide**
25:17 26:1 28:15 32:5 37:8

**provided**
27:1 28:8 31:24 42:17

**Puerto**
20:2

**purposes**
17:20

**put**
7:7 42:13

**Q**

**quarter**
35:16,18,19,22

**question**
8:13 9:11,12 31:10 37:15 44:18 46:1, 17 55:12

**questioning**
31:10

**questions**
8:12,14 29:22

**quick**
9:6 44:18

**quit**
40:2,23

**quota**
32:5

**quote**
35:16

**quotes**
32:15

**R**

**race**
43:23

**raise**
5:17 6:9

**ramp**
21:7 23:22

**randomly**
54:17

**range**
47:17

**rather**
18:25 28:25 41:12

**re-notice**
57:8

**reaching**
18:14

**read**
7:10 16:23 46:3,6

**reading**
14:16 16:21 57:14

**realize**
8:17

**reason**
8:4 12:18

**reasons**
36:21,23

**recall**
21:17,19 26:13 27:10 30:11,16,17, 18 33:6 38:14,19 39:3,23 43:13 54:6,10

**receive**
7:12 34:21 36:20, 24 52:23 53:2,5,14 55:14

**received**
24:22 40:25 41:2, 24 43:4,6 47:7 53:8 55:4

**receiving**
42:11

**recollection**
54:13

**recommend**
28:5 35:25

**recommendation s**
28:8

**record**
5:4,11,19,20 7:19

31:2,5 34:18 46:10,13,15 48:7, 9,13 49:24 54:24 56:25 57:2,5,11

**recording**
49:16

**records**
43:13 48:24 51:10

**reduction**
31:18 32:16 45:24 46:20,22 48:5 55:4,6,9,10,16,19 56:1,10

**referral**
18:17

**referred**
45:6

**referring**
32:2

**refers**
55:9

**regard**
33:8 37:5

**regarding**
28:16 30:9 41:25 45:20 53:14

**regional**
19:18,24

**regular**
13:21,23

**reinforcement**
50:3

**related**
9:17,21,24 16:12, 15 17:9,13 50:17

**relied**
52:25

**remember**
21:18 22:2 34:8,10 35:6,13 42:13 43:12 54:3,8,13, 18,21

**remind**
33:17

**remove**
38:3

**repeat**
37:14 45:25

**repetition**
7:5 29:6

**rephrase**
8:15

**report**
20:11 22:9 48:16

**reported**
20:15,23 21:2,4,8, 16,24 22:1,6,7 36:14 38:20

**Reporter**
5:3,16,23 6:8,19 31:4 46:2,5,12,17 57:2,10

**reporting**
26:7

**reports**
29:1,7,9 30:9,10, 15 37:4

**represent**
6:24

**request**
15:16 28:19 29:6 32:17

**requesting**
45:20

**requests**
36:20 45:5

**required**
25:18,19 26:13 44:11 49:15

**requirements**
36:5

**reserved**
57:15

**reside**
34:6

**resigned**
39:4

**resources**
36:17 39:18 42:6 45:7 51:8 53:1

**resources-related**
16:8

**respond**
8:11 9:12

**response**
37:7

**responses**
28:20

**responsibilities**
25:12

**responsibility**
24:12

**responsible**
24:1,18 25:21 26:4,16

**rest**
21:14 22:5 25:3 26:8 30:7 51:21

**resumed**
31:3 46:16 57:1

**review**
9:17 33:9 34:19 48:15 50:13 52:12, 13,17

**reviews**
50:17,24 51:3,5,6, 7,14,16 52:7

**Richmond**
20:2,3

**Rico**
20:2

**right**
5:17 6:9 7:18 23:2 27:4 30:20 31:7 42:25 43:1 45:7 46:12 57:10

**ROC**
42:15,16,20

**Rodriguez**
5:8 7:1 21:6 24:6

**Rojas**
10:22

**roster**
49:2

**rosters**
24:19 49:23

**rules**
8:11 24:12

**rumors**
39:11 40:11

**S**

**S-A-L-T-C-H-U-K**
54:25

**safety**
24:12 28:23 29:3, 4,12 30:2,5,9 33:7, 9 42:14 54:5 56:6

**said**
13:14 52:12

**sales**
33:15

**Saltchuk**
54:23 55:1

**same**
5:9 7:2 8:1 14:3 16:21 27:16,19,22 39:24

**San**
20:2

**save**
34:24 49:15

**say**
10:7 37:11,18 42:16

**scanned**
47:11

**schedule**
24:24 47:12

**schedules**
24:19

**school**
15:7,14,18 16:1

**search**
9:20

**season**
33:12

**seasons**
33:11

**second**
10:24 29:20 35:19 46:6,10

**security**
23:24 24:2,5

**see**
22:19,23 23:7 28:6 34:14,15,20

**segments**
28:20 33:18

**select**
36:7 56:8

**selected**
45:24 46:20,22 53:6 55:15,25

**selection**
55:25

**selections**
56:1

**send**
51:24 54:21

**sent**
24:15 25:10,15

**September**
12:17,24 17:1,16 27:5 43:17

**service**
32:9

**Services**
5:9 7:3 13:8,12,15, 19,24 14:6,9 19:5

**session**
54:14

**several**
18:8 26:6

**sex**
43:23

**sexual**
43:23

**share**
7:9

**shared**
35:3

**she**
52:12

**sheet**
43:7

**shift**
20:17 22:8,9,10, 11,15,17,18,19,20, 25 23:1,2,4,6,11 24:6,7 38:15,21 45:13,15

**shifts**
23:10,15

**shortly**
57:9

**should**
31:18 41:4 55:15 56:1

**showing**
43:3

**shown**
34:25

**sign**
43:11

**signing**
57:14

**Similar**
14:1

**simply**
18:4 41:22

**since**
22:5 35:22 44:16 48:18 50:23

**single**
48:25

**site**
51:20

**slowly**
48:4

**small**
30:6 47:17

**SNI**
27:2,9,12,16,22,25 28:1 37:13,20,23, 24 38:2 51:11,15, 16,17,18 52:4,7, 17,18

**SNS**
52:13

**solemnly**
5:23 6:11

**some**
11:4 22:6 29:2,3 32:5,6 38:7 56:13

**something**
18:22 24:20 26:2, 14 51:7

**sorry**
10:7 11:1,20 13:14 14:21 52:10

**sort**
25:17

**Sosa**
22:3

**Sou**
10:8

**Sounds**
30:23

**Southwest**
10:5,10

**Spanish**
5:25 16:19,22 53:3

**speak**
16:18

**specific**
30:16 48:17,19 54:1 55:24

**spelling**
54:25

**spent**
12:13 38:7

**split**
47:5

**spreadsheet**
41:13

**staff**
28:2 37:23

**staffing**
26:21 27:1

**standard**
47:25

**standards**
27:19

**standby**
56:23

**stands**
33:5,6

**start**
12:16 13:9 22:18 42:5

**started**
12:24 13:14,21 14:19 17:1 18:14 19:8 22:13 27:6 30:2,4 43:16 44:5 45:18

**state**
5:19,22 7:19

**statements**
42:4

**States**
14:13

**station**
33:24 47:13

**stations**
19:23 20:1

**still**
38:23 39:19 40:17

**stop**
13:11

**stopped**
39:1,22,25 40:19

**Stratair**
5:9 7:2 9:24 12:16, 19,23,24 13:6 14:1,8,17 17:1,9, 13 18:1,6,15 19:7, 12 20:7,8,10,22 21:12 23:21 24:10 25:21 26:16,21 27:6,9,13,15,17, 20,22 28:4,16 30:3,10 31:9,11 32:5,7 35:2,24 36:7,19 37:12,19 38:2,4,8,24 39:5, 15,19 40:3,17,20 41:1,10 42:9,12,21 43:2,16,18 44:2,6, 7,19 45:2,10,18, 19,23 46:19 50:4, 6,16,20,22,23 51:2,9,13,22 52:5, 6,8,17,22 53:8,13 55:4,15

**strike**
13:20 20:25 22:21 37:6 40:25 50:5

**studying**
15:5

**subject**
33:8 42:7 53:18

**submit**
44:12

**suffer**
8:25

**Sumoza**
5:7 7:1

**supervise**
20:1 24:21 25:1 36:1

**supervised**
26:9

**supervising**
19:22 24:12

**supervision**
21:14 23:25 28:1,2 52:3,4

**supervisor**
21:2,10 36:14 37:24 38:9,19 47:20 48:7,14 51:25 52:6

**supervisors**
21:1,4,11,21 22:6, 7 24:1,5,14,20,23 25:9,13,23,25 26:18 27:23 28:13 29:11 36:3,9 37:5 38:1,8 48:10,24 49:8,14,22 50:1 51:18 52:5,17

**support**
24:16 26:1 37:6,7, 9

**supposed**
42:2

**sure**
11:2,3,21 19:13,16 24:8 25:8,14,17,18 30:25 31:20,23 35:15 38:18 46:2 47:6 53:19 55:14 56:5

**surgeries**
44:10

**surname**
10:23,24

**suspend**
57:6

**swear**
5:23 6:11

**sworn**
6:5,17

**system**
34:9

**T**

**take**
18:9,10,12 30:21 33:17 42:3 47:24 48:5 49:6 53:17,24 54:4 56:15

**taken**
5:6 6:1 8:8,21 25:19

**taking**
9:10,12 45:1

**talk**
47:14

**talking**
38:7

**Tampa**
12:4,7,11,14,15 18:21

**tasks**
25:2,3,6

**team**
20:25 21:2,24 22:1,10 24:16,21 25:1 26:8 27:23 28:2 36:10

**telephone**
17:5,10

**tell**
8:14

**telling**
48:16

**terminated**
39:5

**termination**
31:15 35:25 36:8 39:8

**terms**
30:2 56:6

**Terrace**
10:5,7,10

**testified**
6:5,17

**testify**
8:22 9:2

**testifying**
8:2

**testimony**
6:1,11 8:1,5

**tests**
53:17,24,25

**than**
14:8 15:23 16:4 26:11 29:18 37:4

**Thank**
5:16 6:8,10,19 7:15,21 9:9 10:13 11:8,25 14:24 15:1 46:4 52:14 55:1 56:19,23

**that**
6:12 7:13,24,25 8:4,13,17,21 9:1, 11,12 10:17 11:2,5 12:8,12,18,22 13:20 14:1,4 15:4, 10,14,24 16:21,22, 25 17:3,6,12 18:3, 25 19:3,5,11,16,23 20:4,6,11,25 21:23 22:1,6,21 23:23 24:5,14,20,22,23 25:8,10,14,15,16, 18,20 26:2,4,6,7,8, 10,14 27:1,15,25 28:16,19,20,24 29:1,2,4,7,13,15, 16 30:1,12,13 31:9,12,20,23 32:6,13,17,18,19, 24 33:1,23,24 34:1,9 35:3,7,9,10, 12,14,16 36:3,9, 18,21 37:1,7,8,9, 21,25 38:5,8,14 39:10,24 40:25 41:11,13,15,22 42:4,8,13 43:4,5,6, 11,12,19 44:2,7, 11,13,14,16,22 45:5,8,9,17,21 46:3,19,25 47:5, 13,22,24 48:4,7,9, 10,13,14,17 49:2, 3,6,8,20 50:2,5 51:1,17,21 52:3,4, 19 53:7,13,17,18, 23 54:5,9,14 55:3, 25 56:5,9,22 57:9

**that'd**
7:11

**that's**
6:1 7:14 8:12 18:25 29:23 32:11 34:22 43:14 46:8 51:7 54:3 56:14, 18,21

**their**
10:19 25:1 36:2 48:21 49:18 51:6 52:9,13,19

**them**
7:10 21:3,14 22:5, 15 26:2 30:12 36:1 45:8 48:16,21 49:19 52:8

**themselves**
49:9

**then**
12:14 19:9 21:2,7 22:15 25:12 26:8 29:10 33:13 35:22 36:15 37:22 42:5 44:10 46:25 47:20 48:19 49:5 52:3

**there**
7:10 8:4 12:25 13:4,9,20 18:22 19:8 20:22 21:11 23:23 24:22 25:24 26:3,7,14 28:23,25 29:3,8 31:16,17 33:24 34:15 35:8, 18 37:4 38:3 39:1, 22,25 41:10,12,18 42:23 43:13 44:9 46:24 47:12 48:2, 13 50:1,2,3 53:16, 22 55:17,24

**there's**
32:16 47:19

**therefore**
48:4

**thereupon**
6:3,14 31:1 46:14 56:24

**these**
29:9 33:7 35:9 36:17 47:9 53:18, 20 54:4

**they**
18:5 21:20 22:9 23:25 24:23 25:14, 16 26:9 27:16,22 28:1 29:4 30:7,12 32:7,10,11,16,21, 25 34:17,25 37:8, 9,25 38:2,3 41:13, 20,21 42:25 47:10, 22,23 48:12,24 49:2,3,5,11,15,17, 21 51:24 52:24 53:6

**They're**
10:18 34:22 42:17

**thing**
9:4 14:3 43:6

**things**
9:5 28:24 29:8,15 30:1,3 44:11 54:5

**think**
6:10 52:12 53:12

**third**
26:25

**this**
5:5 6:12 7:7 9:17, 21,25 10:4 12:25 33:8,12 42:7 47:4, 9 49:12 53:12

**those**
24:4 25:13 26:5,20 27:21 30:15 33:21 34:2,4,7,12,21,24 35:3,21 38:4 41:5 42:2,20 44:13 45:5,6 48:20,24 49:7,15,20 50:20 51:5 52:4 53:24 54:11,22 55:21 56:1

**though**
7:25

**thought**
23:1

**three**
22:14 31:16 32:8, 14 47:18

**through**
18:20 26:21 27:9, 12,16,22,25 28:13 34:9 37:13,20 42:8 43:12 45:8,18 49:18 51:11,15 54:9 55:15

**time**
5:4 12:7,8,21 17:3 19:11,14,16,23

20:6,23 21:12,18 24:15 25:9,10,15, 16,20 27:1 28:3 30:13 31:5,12 33:12,24 35:12 36:6,12,16,20 38:7 39:24 43:15,19 44:2,8 45:9 47:12, 13,17,22,24 48:2 49:6 50:5 51:1 52:22 53:7,13 54:8 55:3 57:3

**timelines**
30:5

**times**
33:10

**title**
14:21 19:11 21:9 38:17

**today**
6:2 7:25 8:1,5,23 9:2,18 34:13

**today's**
5:4 9:14

**told**
55:25

**topic**
34:19

**touched**
53:12

**track**
47:22,23 49:5,12

**training**
42:11,13,15 43:4, 12 52:23 53:9,14 54:9,14 55:4,14

**trainings**
42:16,17,20

**translating**
11:22

**trial**
8:2

**trouble**
14:22

**trucks**
32:22 47:13

**truth**
6:12,13

**truthful**
8:5

**truthfully**
8:22

**try**
9:5

**trying**
18:8

**turn**
22:17,20

**two**
14:7 19:17,22 29:21 35:11 47:18

**type**
45:5

**typically**
23:8 45:6

## U

**UKG**
53:4

**under**
7:24 21:14 23:25 24:11 25:13 27:22, 25 28:1 36:21 38:5 44:25

**understand**
7:24 8:14 47:5 48:23 55:12

**understanding**
32:4 52:2

**understood**
8:13,15

**Ung**
22:3

**University**
15:9 16:7

**unload**
47:15,25

**unloaded**
47:11

**unloading**
48:1

**unpaid**
36:16

**until**
12:8,15 17:3,16 23:5

**up**
7:8 13:22 26:1 33:14 47:5

**upper**
28:17

**us**
11:17 12:2,8 14:10 32:11,21 41:13,22 43:6,14

**use**
17:20 49:12

**used**
17:2,8,12,15

## V

**Velasquez**
22:5

**verbally**
30:12

**verify**
10:9 13:2 18:23 19:21 24:25 31:22 32:23 35:17 44:12 55:9

**versus**
5:9 27:12

**vice**
20:6

**video**
5:3 31:4 34:13,15

**VIDEOTAPED**
5:1

**Virginia**
20:2

**volume**
32:21,24 33:2,13 47:7 55:18 56:2,9

## W

**want**
11:2,3,21 18:10 27:4 30:20 31:9 38:2 43:15 44:4 56:15

**wanted**
32:6

**warehouse**
21:7 23:22 24:3,4 27:9 49:1 51:19,22

**warnings**
29:1

**wasn't**
29:12 30:11 46:23 48:1,16,18

**way**
9:14

**we**
5:3 8:10 9:4 11:4

15:20 21:6 22:2,16 26:25 29:17 31:4,7 32:3 33:7,9,11,13, 19 34:15,18,19 37:21 38:7 40:5 41:11 46:9,25 47:7,14 48:19 50:2 51:16 53:12 54:3, 16,17 56:7,14,17, 20 57:4,6

**we're**
7:25 29:18 57:2

**website**
54:1,3,7

**week**
26:12 57:7

**weekend**
10:4

**went**
43:12 44:14 48:17

**were**
8:1 13:20,23 17:25 19:12 20:22 21:11, 20 22:1,23,24 23:25 24:1,4,18 25:12,18,19,21,24 26:4,7,14 27:11, 15,16,17,19,25 28:1,25 29:1,2,4,8, 15 30:1,3,12,13 31:8,11 33:23 34:7,12,19,24,25 35:3 36:9,11,19, 21,25 37:4,22 41:1,18,21 42:2, 12,20 43:18 44:13 45:1,6 47:2 48:17 49:7,14,15,20,21, 25 50:1,3 52:24,25 53:16

**weren't**
30:5

**what**
10:2 11:11,13 12:21 13:6,18,23 14:12,15,18,21 15:2,10 16:18 17:2,6,15 19:11 20:1 21:9 23:20 24:1 25:6,12 26:5 32:11 33:4,5,6 34:10 35:13 36:2 37:3 38:17 42:25 43:14,17 44:6 50:2 51:20 54:13

**What's**
10:19

**when**
11:17,22 12:2,5,16 13:9,11 17:25 18:5 20:10 22:13 24:22 25:17 27:5 28:22, 23,25 29:7 30:2,3 35:6,8 37:11,18 39:1,22 40:19 41:9 42:12 43:12,16 44:5,10,14 45:17 46:21 47:14,22 48:4 49:3 50:12 53:13 54:8,19 56:4

**whenever**
26:14,15 41:9

**where**
11:15 12:2 15:7,14 18:19 22:24 34:4, 14 47:19 49:15 51:19 53:24 54:3 55:21

**Where'd**
12:10

**whether**
26:20 31:17 32:15 39:4,5 40:2,22,23 44:19 47:15 51:9, 13

**which**
18:9 20:25 21:4 26:17 31:17 32:2 34:18 42:5 43:3 45:23 46:19 47:20 49:25

**while**
14:17 22:21,22,23, 24 31:10 36:11,19, 25 40:25 42:1 44:9 45:1 53:22

**who**
10:14,17 18:3,17 20:4,8,11,16,22 21:2,6,7,8,16 22:1 24:4 26:16,25 27:17 28:10 33:21 36:7 37:19 39:15 42:13 54:21

**who's**
30:17 34:14

**whole**
6:13

**why**
22:6 39:9,15 40:9, 11

**will**
5:24 6:12 8:18 11:24 13:2 15:16 24:25 29:5 32:23 35:17 57:6,8

**willing**
41:20

**with**
8:11 10:14 11:4 13:19 14:3,4,6,14, 22 17:21 19:7,9 20:5,16 21:15 22:12,16 24:14 29:11,19,20 30:6, 10,12,13,16 31:9 32:5,20 35:3

37:21,22,23,25 38:8,9,15 39:5 42:23,24 45:18 47:7,16 48:3,20,21 49:25 51:6 52:9 53:9,18 56:7

**within**
42:18 47:11,16 48:2

**witness**
5:15 6:16,18 10:10 11:19 13:3 15:18 18:24 19:16,22 23:14 25:1 26:25 28:13,22 29:7 31:23 32:24 35:18 36:2 38:14 39:13 40:14 41:7,9 44:22 45:13 46:21 50:11, 22 51:24 54:16 55:12 57:15

**work**
12:19 13:7 14:1,12 17:20 18:15 20:25 22:10,11 23:1,2 24:14 26:11 27:16 32:3 38:9,23 39:5, 19 41:3,12 42:18 47:21 49:18 56:2,9

**worked**
13:6 20:16 21:15 25:20 26:17,21 27:8,22,25 38:8,15 44:2 45:10 48:12 50:5 51:19 52:22 53:8,13 55:3

**workers**
52:4,7

**workforce**
32:7 55:10

**working**
10:18 12:16,22,25 13:3,9,11,14

14:14,17 17:1 19:8 20:10,23 21:11,12 25:13 27:6,12,15, 21 28:3 29:2 31:11 36:6,11,19,21,25 37:13,19,22 38:3,4 39:1,22,25 40:19 41:1 42:1,21 43:16 44:5 45:1 48:4 49:1,25 51:2,10,14 56:5

**workplace**
16:15 42:1 53:15, 21

**works**
40:17

**worksheet**
41:13

**would**
5:17 6:9 8:1 18:23 19:20 22:9,16,17, 19,23 23:1,2,4,5,7 24:5,14,21,23 25:6,9,10,14,15, 16,23,25 26:1 28:6,7 31:16,17,21 32:5,8,13,16,21,25 33:9,11,13,14,16, 21 34:1,4,17,19,21 36:15,17,18 37:24, 25 38:5 39:15,17 41:13 42:23 45:8, 23 46:20,22,25 47:20,21,23,24 48:3,5,7,14,20,24 49:5,6,8,10,11,24 51:24 52:6,8,12,17 53:5,24 54:4,16, 17,21 55:18,19,21 56:7,8,10 57:10

**wouldn't**
23:2

**write**
16:23

**writing**
16:22 48:11

**written**
48:24 50:7 51:2

## Y

**Yeah**
7:7 29:19,23 37:16 46:5 51:22 56:14, 18,21

**year**
11:13 12:11,13 14:20 33:13 35:16 50:13 54:11

**yearly**
50:12,24 53:17,24

**years**
14:7

**yes**
7:11 10:8,10 11:6 15:9 17:14,20 19:9 23:9 24:11 28:23 32:15 38:13 41:8, 17,18 42:14,17 45:8 46:11,21 49:10 52:11 53:4, 16 54:2 55:7 56:16 57:12

**you**
5:16,17,23,24 6:8, 9,10,11,19 7:9,15, 18,21,24 8:1,4,7, 11,13,17,18,21,25 9:6,8,9,11,14,17, 20,23 10:7,13,15 11:2,7,8,15,17,20, 22,25 12:2,3,5,7,8, 10,16,18,22 13:6, 7,9,11,14,18 14:5, 9,12,13,15,18,24 15:1,4,10,14,24 16:2,4,5,8,11,14, 18,25 17:1,2,8,12, 15,19,21,23,25 18:3,6,14,15 19:3, 7,8,12 20:4,8,10, 11,23 21:4,23,24 22:1,7,12,19,23,24 23:2,3,7,10,11,13, 17,20 24:1,9,18 25:6,13,20,21 26:3,4,10,19,20 27:6,8,11 28:4,15, 16 29:15,21 30:1, 2,4,8,10,15,20 31:10,11,14 32:2, 8,18 33:4,5 34:7, 10,14,21,24,25 35:2,3,6,7,13,14, 21,24 36:11,12,19, 20,22,24,25 37:1, 11,12,18 38:8,17 39:1,4,9,11,22 40:2,9,11,16,19, 22,25 41:1,2,3,4, 24 42:2,8,11,12,16 43:2,11,12,16,25 44:4,5,14,19,25 45:1,4,9,10,17,22 46:3,4,18 47:5 48:15 49:14,20,21 50:4,5,6,16,19 51:9,13,19 52:15, 22,23 53:2,4,7,8, 13,14,17,23,24 54:8,9,12,13,14,21 55:1,4,14,25 56:15,19,23

**you'll**
6:12

**you're**
6:10 7:24 15:7 16:22 26:12 42:1

**you've**
8:17 44:2 45:10 51:1 53:8 55:3

**your**
5:17,19,24 6:9 7:19,25 8:7,22 9:1 10:2,14 11:11 13:23 15:2,23 16:21 17:8 18:18 19:4,5 20:23 21:12 24:9 28:3 31:8 36:6 45:1 54:13

## Z

**zip**
10:6

**Zoom**
34:7