UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-CV-24505-MOORE/ELFENBEIN

ORIGINAL

IVAN GRANT,
ALEX LAFFITA ORTIZ,
HENRY PINTO SUMOZA,
EYONNY PRADO DURAN,
LUIS RODRIGUEZ CERUTO, AND
LUIS SAME GONZALO,

Plaintiffs,

vs.

STRATAIR AVIATION
SERVICES, LLC,

Defendant.
_____________________________/

DEPOSITION OF GISELA BARRERA MUNOZ

TAKEN ON BEHALF OF THE PLAINTIFF

AUGUST 6, 2026
01:05 P.M. TO 05:12 P.M.

ALL PARTIES APPEARED REMOTELY

REPORTED BY:
KATHLEEN MUNHOS, CER
NOTARY PUBLIC, STATE OF FLORIDA

APPEARANCES OF COUNSEL

ON BEHALF OF THE PLAINTIFF:

PATRICK B. LAROU, ESQUIRE
FAIRLAW FIRM
135 SAN LORENZO AVENUE, SUITE 770
CORAL GABLES, FLORIDA 33146
(305) 230-4884
BROOKS@FAIRLAWATTORNEY.COM
(REMOTELY VIA ZOOM)

ON BEHALF OF THE DEFENDANT:

BEATRIZ M. MIRANDA, ESQUIRE
GUNSTER, YOAKLEY & STEWART, P.A.
777 SOUTH FLAGLER DRIVE, SUITE 500
WEST PALM BEACH, FLORIDA 33401
(800) 749-1980
BMIRANDA@GUNSTER.COM
(REMOTELY VIA ZOOM)

ALSO PRESENT:

EDUARDO ARENAS, INTEPRETER
(REMOTELY VIA ZOOM)

INDEX OF EXAMINATION

WITNESS: GISELA BARRERA MUNOZ


| | PAGE |
| --- | --- |
| DIRECT EXAMINATION BY PATRICK B. LAROU, ESQUIRE | 6 |
| CROSS EXAMINATION BY BEATRIZ M. MIRANDA, ESQUIRE | 71 |
| RE-DIRECT EXAMINATION BY PATRICK B. LAROU, ESQUIRE | 72 |

INDEX OF EXHIBITS


| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| EXHIBIT 1 | AMENDED COMPLAINT | 27 |
| EXHIBIT 2 | DOCUMENT | 65 |

VIDEOTAPED DEPOSITION OF GISELA BARRERA MUNOZ

AUGUST 6, 2026

THE COURT REPORTER: All right. We are on the record. I'm going to swear the Interpreter first. Sir, can you please state your first and last name for the record?

THE INTERPRETER: Yes. For the record, certified Interpreter Number 10-0132, Eduardo Arenas. That's A-R-E-N-A-S.

THE COURT REPORTER: Thank you. Can you please raise your right hand? Do you swear or affirm that the interpretation you'll give from English to Spanish and from Spanish to English would be to the best of your ability?

THE INTERPRETER: I do.

THE COURT REPORTER: Thank you. Now, Ms. Munoz, can you please state your first and last name for the record?

THE WITNESS: Gisela Barrera Munoz. Barrera, B-A-R-R-E-R-A, Munoz, M-U-N-O-Z.

THE COURT REPORTER: Thank you. Can you please raise your right hand? Do you swear or affirm that the interpret -- I'm sorry. Do you swear or affirm that the testimony you'll be giving today is the truth, the whole truth, and nothing

but the truth?
THE WITNESS: Yes, I do.
THE COURT REPORTER: Thank you. You may put your hand down. Counsels, please introduce yourselves for the record.
MR. LAROU: Good afternoon, Brooks LaRou on behalf of the Plaintiffs, Ivan Grant, Alex Laffita Ortiz, Henry Pinto Sumoza, Eyonny Prado Duran, Luis Rodriguez Ceruto, and Luis Same Gonzalo.
MS. MIRANDA: Beatriz Miranda on behalf of the Defendant and the Witness.
THE COURT REPORTER: Thank you. You may now proceed.
MR. LAROU: Okay. And just for the record, today's deposition is a continuation of Ms. Barrera's deposition that began last week on July 30th.
Thereupon:
EDUARDO ARENAS,
interpreter, having been first duly sworn, testified as follows:
GISELA BARRERA MUNOZ,
was called as a witness, and after having been first duly sworn, testified as follows:
DIRECT EXAMINATION

BY MR. LAROU:
**Q. Happy to see you again, Ms. Barrera, how are you today?**
A. Thank you. Likewise.
**Q. Okay. During the first part of your deposition last week, I believe we left off discussing training that was provided to you during your employment at Stratair. So, I'd like to pick up where we left off.**
A. Correct.
**Q. We discussed training that you had received from Stratair during your onboarding. You also mentioned that you were required to receive some yearly training.**
A. Yes. Correct.
**Q. And I believe you mentioned that your first training session related to employment discrimination, you received that sometime in 2024. Is that correct?**
A. Yes, I can't recall the exact date. I know that it was after my hiring date, which was in October 2023. So, it must have been after 2000 -- I'm sorry, after August of 2024.
And one of the trainings that was clearly emphasized, the subject matter was employee discrimination.
**Q. Okay. Thank you for that. And did you ever**

**receive training specifically on how to avoid age discrimination in relation to a reduction in force by Stratair?**

A. No. Management is prohibited from terminating anyone based on sex, race, or age. The employee reduction was carried out in reference to performance or according to performance.

**Q. And Ms. Barrera, did you prepare in any way for today's continued deposition?**

A. No. Actually, I had forgotten until I got the notification, and I had to leave work in order to be able to come and be present from home because I couldn't take it from work.

**Q. While working with Stratair, did you ever receive training on documenting employees' performance issues prior to a termination?**

A. No. When I got hired, I was hired by human resources. Of course, I was a new hire, and all of the training referred back to the handbook. So, everything that I did was based on the handbook.

**Q. And while working for Stratair, did you ever receive training on documenting the criteria that should be applied in choosing individuals for a reduction in force?**

A. It was more than anything of verbal

instruction during the meetings that we had. The instruction was clear.

It was that employee reductions would occur based on the volume of work and that terminations needed to be based on performance because we wanted to keep the most productive employees.

**Q. And you mentioned you received those verbal instructions during meetings. Who was present during those meetings?**

A. It was mostly the operative team. I recall that Jorge was there with human resources to provide support, but he did not participate in the termination decision making process.

And also, Andres, who was his boss, he participated as well. And the instruction was always clear to please base employee reductions based upon performance and to terminate people that were not performing well.

**Q. And who did that instruction?**

MS. MIRANDA: I'm sorry. If we can clarify with the Witness, I believe she testified that HR was not part of the decision making. Not part --

THE INTERPRETER: Not what?

MS. MIRANDA: I'm sorry. I thought you translated that Jorge was not part of the decision

making, but I thought I understood that she said HR was not part of the decision making.

THE INTERPRETER: Right. And that's what I interpreted that Jorge was present as HR for support, but that they did not participate in the employee reduction process.

BY MR. LAROU:

**Q. Okay. So, maybe let me ask a couple follow ups just to clarify that. So, just to be clear, was Jorge Corral -- first off, you mentioned Jorge. Is that Jorge Corral?**

A. Yes.

**Q. Okay.**

A. We've speaking about since the first time around.

**Q. Okay. And just to clarify your last response. Was Jorge involved, or did Jorge participate in the decision making process for Stratair's reductions in force?**

THE WITNESS: No, (foreign language) sorry.

A. He was informed of the decision. However, the decision was made by the supervisors.

BY MR. LAROU:

**Q. Okay. And who from HR was present at those meetings?**

A. Normally, it was the director who was in charge of any MOP changes. Currently, it's still Dora, Dora Acosta -- Dora Costa.

**Q. Would anyone else from HR be present at those meetings?**

A. I don't recall if perhaps Wilson. They were a small group. It was Wilson, Cynthia, and Dora. I remember Dora being there, but I don't recall if Cynthia or Wil -- Wilson were present.

**Q. And was Stratair's HR involved in the decision making process for those reductions in force?**

A. Not in the decision making process. We always required someone from HR for support. But they -- but it was --

THE INTERPRETER: The Interpreter will inquire.

A. This was just part of the operations.

Obviously, since they were from human resources, they had to be present so that everything would clear.

BY MR. LAROU:

**Q. Would any representatives from Amazon be present during those meetings?**

A. It has nothing to do with it. They're the clients.

**Q. Okay. And just a moment ago, you stated that the instruction was clear that the reductions were based on volume of work and employee performance. Who gave that instruction?**

A. The supervisors. The supervisors who were the ones who worked directly with the employees.

**Q. So, just to make sure that I'm understanding.**

**The supervisors gave you some kind of instruction that reductions were based on volume of work and employee performance.**

A. No. I had explained this during the previous interview. When there is a reduction in the MOP and Amazon, and we'll call them the client, and there's a reduction of the number of employees, the headcount.

The people that are present during this call, which is completely only management, Jorge, myself, the other manager who was there speaking about that specific moment, and the other directing parties at Amazon -- from Amazon.

Once we got that number, we would then analyze from shift to shift and balance it out and indicate to the supervisors to inform us of the employees that were having the lower -- lowest performance.

**Q. Okay. So, I want to take a step back. So, just a few questions. A while ago, I asked whether you**

**ever received training on documenting the criteria for selecting individuals for the reduction.**

**And then in response, you stated that there were verbal instructions during meetings and that those instructions were clear that the reductions were to be based on volume of work and employee performance.**

**And so, my question is who gave those instructions?**

A. The general --

THE INTERPRETER: I'm sorry. The Interpreter is going to request for repetition.

A. The instruction that we received -- the instruction that we received was directly from the client, and it was a general instruction. It wasn't just to me.

BY MR. LAROU:

**Q. Okay. So, someone from Amazon instructed you and the other individuals from Stratair at these meetings that these reductions should be based on volume and also that the reduction should be based on employee performance?**

A. No. The client doesn't care who it is that might be subject to the employee reduction or terminated as an employee. It could be Pepito or Juan if we're using names, but the client doesn't care who it may be.

They just indicate that it should be based on employee performance, and that is why it's important for us to have a tracking of each employee's performance, but the client doesn't see faces, they see numbers.

MS. MIRANDA: Sorry. I think she said employee productivity.

THE INTERPRETER: Employee pro --

MS. MIRANDA: Productivity, not employees' performance.

THE INTERPRETER: Thank you. Employee productivity instead of employee performance.

And, again, the Interpreter is going to request that lengthy answers like this be given in segments so that precise terminology can be as clearly interpreted as possible.

BY MR. LAROU:

**Q. Did anyone from Stratair ever tell you that the individual selected for the January 2024 reduction should be chosen based on performance?**

A. During the meetings with my boss, the instruction was clear. Employee reduction based upon -- based on performance. That was all.

**Q. And when you say your boss, you mean Jorge Corral, right?**

A. Correct.

**Q. So, just to make sure I'm understanding your testimony correctly, Jorge Corral told you that these individuals selected for the January 2024 reduction should be chosen based on performance?**

MS. MIRANDA: Object to form.

A. It wasn't him directly. We're a team, and we make those decisions collectively. Obviously, we're clearly the final word -- or strike that. Clearly, he has the final say.

BY MR. LAROU:

**Q. So, Jorge Corral never told you that the individuals chosen for the January 2024 reduction should be based on performance study?**

A. The instruction was a general instruction that the employee reduction should be based on performance. For example, could we base it on attendance? No, we -- could we base it on anything else? No, it would be based solely on performance.

**Q. Okay. Who gave that direction? Who gave that instruction?**

A. I will confirm that Jorge has the final say.

**Q. Okay. So, you confirm that Jorge has the final say, but you're not confirming that Jorge gave that specific instruction, are you?**

A. The decision was made in -- as a team. Who

was the team? Jorge, Armando, and myself. It's the three of us.

**Q. Sure. But I'm not asking about the decision making process. I'm asking specifically about the instruction that individuals selected for the 2024 January reduction should be based on volume of work and employee performance.**

**So, as we sit here today, you can't name anyone from Stratair who gave that instruction, can you?**

MS. MIRANDA: Object to form.

A. Once the analysis is done and a decision is made, it's Jorge that has the final word. The -- he says, okay, based upon performance, proceed.

BY MR. LAROU:

**Q. Did you ever receive any kind of written communication from Jorge or anyone else at Stratair that the individual selected for the January 2024 reduction should be chosen based on employee performance?**

A. No, because that was coordinated there at the same meeting after the MOP meeting.

**Q. And just a moment ago, you mentioned the importance of tracking employee performance. How did Stratair track the performance of its employees leading up to the January 2024 reduction?**

A. Like I explained during the previous -- our

previous meeting, the process is carried out in which the supervisor would assign the employees to the containers once they had the flight plan, and that way they knew how long it would be needed for the employees to unload the cargo.

And that way, there is a tracking of the employees that are taking the longest or longer time, and we would have a talk with them to let them know that it was taking too long and that we needed them to speed up the process.

**Q. And did any Stratair supervisor ever provide you with documentation of employee performance during your time with Stratair leading up to the January 2024 reduction?**

A. No, not physically.

**Q. Have you ever heard of UKG?**

A. Yes. It's the application used to track attendance.

**Q. During your time working with Stratair, did you ever have to use UKG?**

A. Of course. I was in charge of revising payroll -- checking payroll, provide payroll, revise payroll, approve it, and fill in the missing clock in or clock outs, punch in, punch out so that employees could be properly paid.

**Q. And did you hold that responsibility both as your time as assistant manager and general manager?**

A. Part of my activities -- part of my activities did include payroll. I had to check it.

**Q. For both positions, correct?**

A. Yes. Currently, I have the responsibility for the entire operation. At that time, I only had the responsibility for my shift.

**Q. Okay. So, during your time as assistant manager, you were only responsible for checking, revising, and approving payroll for the night shift workers. Is that right?**

A. Yes.

**Q. Okay. And who held that responsibility for the day shift employees?**

A. The other manager who was Armando.

**Q. Other than checking, revising, and approving payroll, did you ever use UKG for anything else during your time as assistant manager?**

A. I didn't have access to anything else other than the payroll. If I needed any other information -- or strike that. If I needed access to anything else like employee information, that would be through human resources.

**Q. The employee information that you just**

**referenced, was that saved in UKG or was that separately maintained by human resources?**

A. Personal information, I believe was kept by UKG. IDs or copies of IDs were kept by human resources.

**Q. Do you know how Stratair's human resources would keep that information?**

A. Human resources, like I explained last week, human resources have -- has a file for each of the employees that contains all of their documentation.

**Q. Do you know whether those are digital files or paper files?**

A. I do not handle that information. I do not know.

**Q. During your time as assistant manager with Stratair, did warehouse handlers ever work overtime?**

THE INTERPRETER: The Interpreter will inquire about the term.

A. Of course. And not just them, also ramp and admin thing whenever the flights came and left late -- strike that -- whenever the flights would come in late because I would need support in handling all of that.

BY MR. LAROU:

**Q. And those types of instances where flights would come in late, would there ever be day shift employees that would stay late and continue to work**

**during the night shift?**

A. I can't recall. It would vary. We could leave, we could have people stay, or --

THE INTERPRETER: The Interpreter will inquire.

A. We would bring people in early or we would have them stay later into the following shift. I couldn't tell you. I couldn't give you an exact response.

BY MR. LAROU:

**Q. So, the individuals that did work overtime while you were working as an assistant manager, how did Stratair decide which particular individuals were going to work overtime?**

A. It was an open call. We didn't have any limitation. We obviously had limitation on the time that they would be able to work, but would basically be open to anyone that wanted to provide support.

**Q. And if you needed individuals to work overtime during your shift, how would you communicate that to the warehouse workers?**

A. There's always been a communication via WhatsApp. Each group has their own WhatsApp thread.

Whenever it wasn't done over the messaging, it was done in person.

There would be a meeting or gathering call. The open call would be given, and they would be told that - - strike that. They would be asked who wants to participate and whoever didn't want to could go home.

**Q. Did Stratair supervisors have any discretion over which individuals were selected to work overtime?**

A. No. Like I said previously, it was an open decision, and the supervisors would then just make a make a record of the names of the people that were going to be staying.

And also, the number was reported to Amazon because, obviously, it's the client that would be paying for that, but no names were reported to them. Just amounts.

**Q. How would those amounts be reported to Amazon?**

A. There was --

THE INTERPRETER: And the Interpreter needs to inquire.

A. There's a system called Contrails that is used to report the number of employees and the number of hours worked.

THE INTERPRETER: And the Interpreter will request repetition for the second part.

A. And that there was a person who was in charge of communicating with Amazon in order to generate these

reports.
BY MR. LAROU:
**Q. Who was in charge of that?**
A. David Mendez. He was an employee that no longer works at the company.
**Q. What was David Mendez's position?**
A. I'm not sure if he was the admin supervisor.
**Q. Do you know when -- about when David Mendez stopped working for Stratair?**
A. I'm not sure.
**Q. Okay. That wasn't after January 2024.**
A. Yes.
**Q. Just a moment ago, you mentioned multiple WhatsApp group chats between different classes of Stratair employees. How many different WhatsApp groups were there during your time as assistant manager?**
A. At that time, there was one group per department. So, meaning three; one for the drivers, one general for both shifts, leadership, and one to report damaged equipment -- equipment damages.
**Q. Okay. So, in the general WhatsApp group that you just referenced, just to make sure I'm understanding correctly, so all of the warehouse handlers at that time would have been in that general group chat for both shifts?**

A. Yes, the general group was managers, supervisors, and leaders. And then -- and each employee had, like I mentioned before, their own group by department.

**Q. So, for warehouse handlers, for example, there would be one dedicated group chat for all of the warehouse handlers who worked either night shift or day shift?**

A. Yes, Armando had his group, I had my groups.

**Q. During your time working as assistant manager for Stratair, did Stratair ever have employees from the Miami location go to work in Richmond, Virginia?**

A. Yes. Being that Miami was the largest -- is the largest station, Jorge did send support to the other two stations that he is in charge of as well.

**Q. Is that Richmond and Puerto Rico?**

A. Correct.

**Q. Okay. The individuals that were selected to work in Richmond or Puerto Rico, how were those individuals selected?**

A. There's an open call and/or there's still ongoing. So, there will -- there is an open call and we check employee performance.

That initial evaluation is done by the supervisor, and then collectively, the super manager and

-- the supervisor and the manager make the decision on whether that person is capable or has the capacity to travel.

**Q. Are you aware of any kind of written documentation of that initial evaluation that's done by the supervisor?**

A. No, it's informal.

**Q. And you mentioned also that the decision as to whether an individual was fit to travel to either Richmond or Puerto Rico and work for Stratair, that decision was made by the supervisors alongside the managers.**

**What criteria would you assess in determining whether those individuals were fit to work in Richmond or Puerto Rico?**

A. Depending on where it was needed. If the station, for example, Richmond was requesting ramp crew, ramp crew, then we would do everything possible to make sure that the people that we were sending were -- we were sending were from the ramp crew so they knew how to operate the equipment.

If they were admin, obviously, making sure that they knew how to resolve the system problems because that was the support that was requested.

And if they're from the warehouse and there

were limitations or contingencies, then we obviously needed the fastest employees.

**Q. What type of limitations or contingencies?**

THE INTERPRERTER: Strike -- so, Counsel, the Interpreter would indicate that there was no limitations. It's contingencies.

BY MR. LAROU:

**Q. Okay. So, what type of contingencies would those be?**

A. For example, Richmond is a place where that has a deficit because labor over there is terrible. So, we had to -- we had to send people over there.

If it was people to work the ramps, we wouldn't have to send people with experience that knew how to work the equipment so that we could unload the air -- unload the airplanes.

**Q. The warehouse handlers that were selected to work in Richmond, would they typically receive more hours than the Stratair warehouse handlers working here in Miami?**

A. It would depend. If there was overtime and Amazon would approve it, then, of course, they would work extra time. If not, they would just work the eight -- their eight-hour shift.

**Q. Okay. And same question for the individuals**

**selected to go and work in Puerto Rico that were warehouse handlers.**

**If a warehouse handler went down to Puerto Rico to work, would they receive typically more hours than the warehouse handlers working here in Miami?**

A. Same answer as previously given.

**Q. Do you know who from Amazon was responsible for approving Stratair over time for the warehouse handlers?**

A. Amazon has their structure. They have their VPs, their GMs, their RGMs, and they would calculate the number of hours based upon their contingencies, and we would have to work based upon that.

**Q. Okay. For those three positions that you just mentioned, the VPs, GMs, RGMs from Amazon, who specifically from Amazon were you dealing with before January 2024?**

A. I was not re -- I was not receiving instructions because I don't manage or I'm not involved with any of those stations, so I don't have that information.

**Q. And Ms. Barrera, I'm going to share my screen with you now. Can you just let me know if you can view that?**

A. Um-hum.

Q. Okay. And have you seen this document before -- and strike that. For the record, what I'm displaying on my screen right now, I'll mark it as Exhibit 1. This is Plaintiff's amended complaint.

(Thereupon, Plaintiff's Exhibit 1 was entered into the record.)

BY MR. LAROU:

Q. And I'll scroll through quickly just to verify the document that we're looking at. This is a 32-page document filed at ECF Number 12. And I don't expect you to have seen this before, but have you ever seen this document before?

A. Never.

Q. Okay. And I'd like to direct your attention to the top left corner of the first page. And these are the names of the Plaintiffs named in this lawsuit, Ivan Grant, Alex Laffita Ortiz, Henry Pinto Sumoza, Eyonny Prado Duran, Luis Rodriguez Ceruto, and Luis Same Gonzalo. Do you recognize any of those names?

A. Yes, because they are odd names and due to situations, I do recall Ivan. I think Ivan was on my shift. The other ones, I don't.

Q. Okay. So, only Ivan Grant do you recognize here?

A. Yes.

**Q. And did you personally supervise Ivan Grant?**

A. No. But I was in the op -- in the operation, and I was aware of an escalation that had been submitted by a supervisor because of his terrible performance.

**Q. Which supervisor are you referring to?**

A. Javier Rodriguez.

**Q. How was that report given to you? Was that in writing or verbally?**

A. During the leadership meetings, there was always a review, and I recall his name because of multiple instances where he had to be talked to because he was too slow.

**Q. And only Javier raised that concern with you, no other supervisor?**

A. It was the only supervisor --

THE INTERPRETER: The Interpreter will request clarification.

A. The only supervisor that the warehouse operation had.

BY MR. LAROU:

**Q. There was Jose Alverio also, wasn't there?**

A. Let's remember that Jose Alverio was on the other shift. I had nothing to do with him.

**Q. Okay. And so, that concern raised by Javier about Ivan Grant's work performance that was**

**communicated to you verbally during a meeting, it was never communicated to you in writing, was it?**

THE INTERPRETER: Counsel, please repeat the name of the supervisor.

MR. LAROU: Javier Rodriguez.

THE INTERPRETER: Counsel, I'm sorry. Can you please repeat the question for the Interpreter or Madam Court Reporter, can we get a read back?

MR. LAROU: Yeah. A read back would be helpful.

THE INTERPRETER: Thank you.

THE COURT REPORTER: Give me one second, please?

(Thereupon, a question was played back into the record.)

THE COURT REPORTER: There we go.

(Thereupon, a question was played back into the record.)

THE INTERPRETER: Thank you.

A. The supervisor would keep the tracking of the performance, and my instruction was always the same, to provide the employee with support, to talk to them, to indicate to them that they needed to improve their performance.

With this employee, there was a -- there were

a lot of issues because whenever they called his attention, there was always a complaint. And he always had to -- strike that. They always had to let them -- let him move on.

THE INTERPRETER: And the Interpreter will request for clarification.

A. We would call his attention and he would never listen. All we did was giving -- give him opportunity, after opportunity, after opportunity.

THE INTERPRETER: Counsel, would it be possible to take a brief recess, five minutes perhaps?

MR. LAROU: Yeah. That's fine.

THE INTERPRETER: Thank you.

THE COURT REPORTER: Okay. We are going off the record.

(Thereupon, a short discussion was held off record.)

(Deposition resumed.)

THE COURT REPORTER: We are back on.

BY MR. LAROU:

**Q. Ms. Barrera, just before the break, mentioned that Ivan Grant, he was given feedback from Stratair supervisors or management. Who in particular gave him that feedback?**

THE INTERPRETER: One more moment for the Interpreter.

A. You would see it because he would be working on the floor with the other employees and obviously, also with his leadership team.

BY MR. LAROU:

**Q. Okay. But specifically, I'm referring to the concern that you just mentioned that Ivan Grant was working too slow. Did any supervisor or manager from Stratair provide Ivan Grant with feedback that he was working too slow?**

A. Of course, it was supervisor Javier who had that direct communication with him. It was his job to give employees feedback and have that conversation with them.

**Q. Do you know how many times Javier told Ivan Grant that he was working too slow?**

A. I believe it was more than three times. I don't know the exact number. And I didn't spend time with Ivan, I spent time with his supervisor, talk to him -- talking to him about how to help him improve his performance.

**Q. Do you know if Ivan Grant was ever given any kind of written documentation regarding that concern, the alleged concern that his work was too slow?**

A. No. Whenever I was with them, the feedback was given in person verbally, not written.

**Q. Did you ever personally observe Ivan Grant performing his job?**

A. Yes, I did get to see his performance. The supervisor indicated that he was slow. And yes, when I observed him, he was clearly very slow, and we were trying to figure out a way that we could help him do his job -- do a better job.

**Q. Did you or Javier ever give him recommendations on how he could improve his work?**

A. Yes. That was part of my job, and we always had to make sure that we would provide anything that the employee might need.

For example, during summer times, have the appropriate hydration breaks and anything else that the employee might need to do their job as long as they would deliver the cargo on time or deliver the car -- strike that -- would be able to unload the cargo in the given time.

**Q. And what specific advice was given to Ivan Grant to try and help him perform his job duties more effectively?**

A. To come to work with enthusiasm because obviously, it's an eight-hour job where you're dealing

with packages, and you can't come to work tired.

There were rumors that he had another job, and that was the reason he was coming to work tired. But again, those were just rumors.

And reminded him that he -- that the cargo had to be processed within the time that was provided and that he had to comply with this because that was part of his duties.

**Q. Would you or any other Stratair supervisor ever provide similar feedback to warehouse workers that were contracted through SNI?**

A. If there was an employee that wasn't performing, we had to or rather the supervisor had to give that instruction because we were the ones that were speaking to them.

**Q. So, those warehouse workers that were working through SNI, you consider them employees?**

A. They are support, basically.

**Q. Did you ever issue a written warning notice to Ivan Grant?**

A. No.

**Q. Did you ever issue a termination notice for Ivan Grant?**

A. No, I did not do it.

**Q. Okay. And you've never authored a termination**

**notice for Ivan Grant?**

THE INTERPRETER: Authored, Counsel?

MR. LAROU: Yeah. Yes. Or written.

A. I prepared a warning that I ended up not giving in November because Mr. Ivan Grant --

THE INTERPRETER: The Interpreter will request clarification.

A. -- he took days off -- he took time off without authorization.

BY MR. LAROU:

**Q. And what was the -- during that time in November, I believe it would have been 2023, what was the proper method for obtaining authorization for time off for warehouse handlers such as Ivan Grant?**

A. There's the peak -- this is going to be long, so I'm going to give it in segments. Now, we had -- there is or there exists the peak season which is the high-volume season for Amazon.

And there's a change of MOP, so that is the start a new season -- start of a new season with a new headcount, new volume which goes from November to January.

Before I got that -- there to that station, and I think for every station because it works exactly the same for all third-party stations that provide

Amazon with that service.

No employee is allowed to file a request for time off or PTO for vacation during that season. The only exceptions were if there was some sort of surgery or some other emergency. And it had to be documented so that it could be approved ahead of time.

The employees had this information at the beginning of the year, in the middle of the year.

Every time that we could, we would provide a reminder, give them reminders.

As starting August, the reminder is given that they can take vacation time sometime between -- sometime -- strike that -- they can take vacation any time before September 30th or 31st. I don't know if September has 30 or 31 days.

That nobody can take vacation. Only up until that day can vacations be scheduled. It's -- there's always been clarity about this information -- or strike that.

This information has always been clear and all the employees know it, including the employees that have been there the longest.

This form is a part of our operation and all the employees are aware of this. Mr. Grant filed a request. He actually filed it before I arrived there, a

request where he was intending to take days off that went into November.

THE INTERPRETER: Strike that. Hold on.

A. I can't recall how many days, but it went into November. When I joined the operation in August, I think it was in September that the supervisor told me that Mr. Grant had filed a request for time off at the end of October and into the beginning of November. And I said, right away, no, it is denied, because I think he was trying to go to his home country. I can't recall.

Mr. Grant know the person in charge of the shift had -- did not make the request. He went to my supervisor, who was Armando. Armando clearly says the same thing because we don't do favors and we clearly keep or handle the same information.

MS. MIRANDA: I'm sorry. I think she said her colleague Armando, not supervisor Armando.

THE INTERPRETER: Okay. Probably correct.

The Interpreter stands corrected. The Interpreter will inquire.

THE WITNESS: My coworker Armando, the other manager.

THE INTERPRETER: Thank you for the clarification, Counsel.

A. Armando rejects it -- refute -- denies it and

he goes -- Mr. Grant goes over the chain of command and goes to HR with Cynthia.

Cynthia sends an e-mail saying that the employee is requesting the days off so that we can -- so that we can please approve those.

I receive it and I say no, because during high season, nothing -- no time off is approved unless it is an extreme urgency. No time for vacation.

The employee kept insisting, and he kept going, and he went on to talk to Jorge. He kept going until he couldn't go any further to try to accomplish it. He told the --

THE INTERPRETER: The Interpreter will request repetition.

A. Jorge found out about everything that this man had done that he had jumped over the channels. And Jorge told him that this is something -- had something -- Jorge told him that this was something that had been established for quite some time and that he had to make his arrangements accordingly and that if he were to miss this time, it would be his own responsibility.

It was left at that. And then on my desk, a document appeared, which was the document utilized to request PTO that had been signed by Mr. Grant and the supervisor.

However, I'm the one that makes that determination, and I denied it. When I denied it, I made the note that it had been denied and that he had gone through all the channels to try to get it approved.

He regardless took the time off under his own responsibility and we could have terminated him at that point simply based on company policy, but we didn't. We gave him -- we still gave him another opportunity.

BY MR. LAROU:

**Q. Did Ivan tell you the reason that he was requesting that time off in October through November of 2023?**

A. I was told by a supervisor because he never told me directly. But his supervisor told me that he was going on vacation to go visit his family.

**Q. Did anyone tell you that the reason he was requesting that time off was for his daughter's wedding?**

A. No. But like -- but regardless, that's something that's similarly informal and would be taken such as a vacation and wouldn't be approved under our normal policy.

It would only be things of extreme urgency, such as a surgery or something of that nature which we did have at the end of the year that were approved.

**Q. Was any other warehouse handler granted time**

**off during peak season in 2023?**

A. I don't recall in 2023, but I did approve time off for an employee that had an immigration appointment.

And she submitted the request with time and it's something that we obviously approved because she -- it's something that she needed to get done, and it was the only appointment that was available.

**Q. Are there any other instances of warehouse handlers being granted time off during peak season that you can remember?**

A. Not precisely. However, they would be approved or were approved as long as the doc -- the proper documentation was submitted. We always like to provide support. We just need for the proper documentation to be submitted.

**Q. Earlier, you mentioned that you prepared a warning notice for Ivan Grant in November of 2023, but you ended up not giving him that warning notice. Why not?**

THE INTERPRETER: I'm sorry. The Interpreter is just trying to get answers in segments so that everything could be interpreted as accurately as possible.

A. We didn't give it to him because this employee had -- we had to call his attention repeatedly already.

He was an employee that would come and work properly for one week, and then the next week, he would decline again.

I don't recall if he was one of the older employees, so we always try to, you know, give them an opportunity.

And the decision was to give him the opportunity, but no -- none further than this. So, we told him, please, this could never happen again, that we needed was for him to commit to the job and to just do things correctly, period.

BY MR. LAROU:

**Q. So, you ended up just giving Mr. Grant verbal feedback instead of actually issuing that warning notice that you drafted?**

A. Correct.

**Q. And did you personally give him that feedback?**

A. No, it was given directly by the supervisor.

**Q. That's Javier, right?**

A. Correct.

**Q. Earlier, you mentioned that a notice was issued to Stratair employees in August that the employees could only take time off before high season. How was that notice issued?**

A. They did it before I even arrived there,

actually.

**Q. Do you know how that notice was given?**

A. It was done verbally during meetings that were held at that time, in which Jorge was participating because it was a smaller group.

**Q. Do you know who else would be present at those meetings?**

A. The entire operation.

**Q. Supervisors and managers as well?**

A. Supervisors, managers, drivers, cleaning personnel, the complete team, the entire team.

**Q. Are you aware of any written notice that was provided to Stratair employees stating that they could not take time off during peak season?**

A. I'm going to speak about after I joined. I redacted a message that I would send to my team -- to my leadership team reminding them to send the information -- pass the information along within their own groups and they would be in charge of passing that information on.

**Q. And who would you send that message to?**

A. To the supervisors and the leaders so that they could then communicate it to their own teams.

**Q. Was Ivan Grant ever told before January 2024 that his job was at risk that he could be fired?**

A. That was not a secret. That was not a secret. All of the employees knew about this because it wasn't just him.

**Q. But apart from the time off during high season issue, did you ever tell Ivan Grant that there was a potential that he could be fired if he continued to have performance deficiencies?**

A. No. I generally don't speak to them directly, but there was a general reminder because that reduction wasn't three or four or five people. It was a significant amount of people.

So, a reminder was sent to everybody that their performance was being tracked.

**Q. Who sent that?**

THE INTERPRETER: Counsel, who said or sent that?

MR. LAROU: Sent.

A. That was provided at the meeting. It was always talked about. There was no need to send out written communication because it would be sending out 300 letters. It was general information.

BY MR. LAROU:

**Q. Were Stratair employees notified before January 2024 that there was going to be a reduction in headcount?**

THE INTERPRETER: I'm sorry. I'm going to --
A. The communication is provided during the briefings or the meetings. We don't provide information that we're going to give -- have a reduction because that's not established.
However, the employees that have been working there for a while, they know that there's a block and that after peak season, work decreases.
And the information that employees are given is that the -- their work is being constantly evaluated and that this determines their permanence.
BY MR. LAROU:
**Q. And so, who tells the employees that?**
A. The supervisors.
**Q. Are you aware of any complaints that Ivan Grant ever made regarding discrimination while working at Stratair?**
A. No.
**Q. How often would you see Mr. Grant while you were working with him?**
A. I saw him twice, physically.
**Q. And you two worked the same shift together, but you only saw him two times in total?**
A. If you're asking when I watched the work, it was only twice. However, obviously, I did see him come

in and leave every day.

It was a large operation and I had to supervise the entire thing. So, I couldn't dedicate my time to just watching one person.

**Q. Did you ever hear any other employee of Stratair make comments about Mr. Grant's hair?**

A. No.

**Q. And have you ever overheard another employee of Stratair comment on Mr. Grant's skin color?**

A. No.

**Q. Have you ever heard any other employee of Stratair comment on where Mr. Grant's from?**

A. No. My operation is multicultural. I have people there that come from many different places, different sexes, different races. It's multicultural and multiracial.

**Q. Between the time that you started at Stratair and the end of January 2024, how many black people worked on your shift?**

A. Several. But I still have people with darker skin working with me nowadays.

**Q. Okay. And so -- for right now, I just want to focus on the time period between your hire date and the date that Mr. Grant was fired. Do you know how many black people worked on your shift during that time?**

A. I believe more than 10 people. As a matter of fact, there's a supervisor now that's dark skinned like Mr. Grant is.

**Q. Okay. And so, let's focus on warehouse handlers during that time. How many black warehouse handlers worked on the night shift between your start date and the date that Mr. Grant was fired?**

A. I don't know, but the greatest volume was in warehouse that I also have a driver who's still there and also a ramp operator who's still there. And so, warehouse, probably eight of the 10 people.

**Q. And again, focusing on those eight -- about eight warehouse handlers, do you know their names?**

A. No. I know the name of the supervisor because he works with me, and the driver, but internally, I don't recall the -- their exact names.

**Q. Do you know if any of them were fired in January 2024 as well?**

A. I can't recall.

**Q. And again, focusing on that time period between your start date and the date that Mr. Grant was fired. Are you aware of any warehouse handlers working for Stratair that were from the Virgin Islands?**

A. No idea. I don't know.

THE INTERPRETER: Counsel --

BY MR. LAROU:

**Q. How about now --**

THE INTERPRETER: I'm sorry. Go ahead.

BY MR. LAROU:

**Q. Yeah. How about now? Are you aware of any warehouse handlers that are from the Virgin Islands?**

A. Exactly from the Virgin Islands, no, but I do have workers from Central and South America.

MR. LAROU: Okay. Eduardo, did you have a question?

THE INTERPRETER: Briefly, I just need to get my charger for the computer, but I was wondering if I might be another -- good moment just to take five. We've been going for another hour.

MR. LAROU: Yeah. No problem.

THE INTERPRETER: Okay. Thank you.

(Thereupon, a short discussion was held off record.)

(Deposition resumed.)

THE COURT REPORTER: We are back on.

BY MR. LAROU:

**Q. Does Stratair use warehouse handlers from SNI outside of peak season?**

A. If during the reduction, for example, in January, there were good employees, we of course, kept

them. It wasn't only during high season -- peak season.

**Q. So, Stratair uses warehouse handlers from SNI year-round?**

A. Correct. Used to utilize.

**Q. Before the transition to PrimeFlight?**

A. Correct.

**Q. And now PrimeFlight no longer uses workers through SNI?**

A. No. And during the operation, we had employees from SNI that were very good. So, we made the decision to keep them on as direct employees of PrimeFlight.

**Q. Did warehouse workers working through SNI ever go on to become direct employees of Stratair?**

MS. MIRANDA: Object to form.

A. Yes. Once an SNI employee completed, I believe it's 520 hours, if payroll would allow for it, we would transition the employees into Stratair.

BY MR. LAROU:

**Q. Where did that policy come from?**

A. That had been in place since before I arrived.

**Q. Who told you about that policy?**

A. I can't recall if it was Jorge or if it was discussed during one of our meetings. Clearly, it was someone above me, but I don't recall who it might have

been.

But clearly, it was something that had been happening since before I arrived because that station had already been functioning for five years.

**Q. And during your time working with Stratair, was that typically the case if an SNI warehouse handler completed at least 520 hours, they would become a direct hire of Stratair?**

A. They didn't become an employee of Stratair.

There was the possibility that they could become as employee of Stratair as long as they fulfill the requirements, as far as time and if they worked well, and obviously, if the position was available, but it wasn't a requirement. It wasn't mandatory.

**Q. About how many individuals have you seen transition from an SNI warehouse handler to a direct hire of Stratair?**

A. I don't know the exact number, but it has been many. As a matter of fact, part of my leadership team are former employees from SNI.

**Q. And if you had to estimate during your time at Stratair, have you seen more than 50 individuals transition from an SNI warehouse worker to a direct hire?**

A. Yes.

**Q. More than a 100?**
A. No.
**Q. Okay. So, somewhere in that range, 50 to a 100 if you have to estimate.**
A. 60, 70, during the entire time.
**Q. Was Ivan Grant ever terminated before January 2024 from Stratair?**
A. If he had been terminated, he wouldn't have kept working there.
**Q. Last week when we began your deposition, you mentioned that when you first started with Stratair, you filed a number of reports against employees regarding safety protocols or performance issues.**
**Can you tell me the names of each individual that you filed those reports for?**
MS. MIRANDA: Object to form.
A. I have one in mind. I can't recall the rest, but the one I'm think -- I can remember is someone by the last name Mendez. I can't remember their name. Felix Mendez.
BY MR. LAROU:
**Q. What was that report about?**
A. We're in subordination. He was resisting. I was new there and was trying to set to place an order and fulfill the standard protocols. He did not want to

comply.
I did not have a conversation with the employees.
Instead, I presented the report to my supervisor and to human resources or to my boss.
THE INTERPRETER: The Interpreter will verify.
A. To my boss. To my boss, to Jorge and to human resources, obviously.
BY MR. LAROU:
**Q. Do you remember who from human resources you made that report to?**
A. Dora Costa.
**Q. Was Felix ever fired?**
A. He quit. He turned his badge in.
**Q. How long did Felix continue to work for Stratair after you made that report?**
A. Months, perhaps. I don't recall exactly when it was that he quit.
**Q. Do you remember maybe an approximate month when Felix quit?**
A. No.
**Q. And do you remember about when you made that report?**
A. When I arrived, September, perhaps, I started preparing several reports because it was very consistent.

**Q. And how many other employees did you prepare those reports for?**

A. I prepared the reports for my first line, which was basically my supervisors and my leaders.

Felix was a warehouse supervisor, so that's why I prepared the report for him.

I did not prepare the reports for the employees.

It was the leaders who would have to prepare those. He must have left around November because that's when Javier started to work by himself. So, it must have been around November 2023.

**Q. Okay. And I know we spent some time talking about the team leaders the last time we met. You mentioned Michelle Ong, O-N-G, Michelle Sosa, Ari, A-R-I, Atna, A-T-N-A., Arielle Velasquez.**

MR. LAROU: You can translate that part, and I have a follow-up question.

THE INTERPRETER: Michelle Ong, Michelle Sosa, Ari what's the last name again?

MR. LAROU: Atna.

THE WITNESS: Ari Atna.

THE INTERPRETER: Atna. And the last one, Ariel?

MR. LAROU: Arielle Velasquez.

BY MR. LAROU:

**Q. And so, my question for you is between the time that you started as an assistant manager and the end of January 2024, were there any other team leaders other than the ones I just named?**

THE INTERPRETER: From the time you started as assistant manager until when, Counsel? Until - -

MR. LAROU: Until the end of January 2024.

THE INTERPRETER: Was there anyone else? Was that the question?

MR. LAROU: Yeah. Were there any other team leaders during that time?

A. On my shift, it was only them at that time.

BY MR. LAROU:

**Q. Okay. So, all four of those team leaders that I just named, they only worked the night shift?**

A. It wasn't only them. There were also ramp, but they're the only ones that have remained there. The rest of them are no longer there.

**Q. Okay. Can you tell me the names of all of the team leaders responsible for leading the warehouse handlers between your start with -- start date with Stratair and the end of January 2024?**

A. There was Carlos Morfa, Givelli. There was Givelli. I can't recall the last name. Andrea Mora. I can't recall anymore.

**Q. And those three team leaders that you just mentioned, did they only work the night shift, or did they work the day shift as well?**

A. I'm only speaking about my part, what is within my competency, which is the night shift.

**Q. Okay. So, you don't know the names of any of the team leaders that led the day shift warehouse handlers?**

A. No.

**Q. When did you first learn that Stratair was considering a reduction in force in January 2024?**

A. Stratair doesn't plan for reduction. The -- like I answered last week, this is a business that's managed in quarters and depending on that we have either an increase or a reduction.

**Q. Okay. So, when did you first learn that there was going to be a reduction in January 2024?**

A. I'm not sure when that moment was.

**Q. How did you find out?**

A. Because of the MOP meeting that we have talked about before, but I'm not able to recall the exact date of that meeting right now.

**Q. Okay. And at that MOP meeting, you were told a specific number of individuals that Stratair would need to employ as warehouse handlers?**

A. If for example, we have -- strike that.
Those numbers are handled as follows. If we have a current headcount of 404 and for the new season, there's a drop and they indicate that the new head count is going to be 350.
We have to make decisions based on that and distribute so that we can properly manage the request.
It is a decision of -- strike that. It is an operational management decision.
**Q. Do you remember the specific number of individuals that needed to be let go in January 2024?**
A. I can't recall. I can't recall the exact numbers, but it was more than 24 people. I can't recall the exact number, but it was more than 24 people.
**Q. Is that more than 24 warehouse handlers or other positions as well?**
MS. MIRANDA: Object to form.
A. The entire operation.
BY MR. LAROU:
**Q. Who decided which job classifications would be reduced?**
A. I -- it would -- I would make that decision based on the volume, and I would have to make a distribution according to what Amazon -- strike that.
THE INTERPRETER: I'm sorry. The Interpreter

is going to request repetition.

A. I would take the decision. I would make that decision as assistant manager. I had to distribute the personnel that I was going to be left with according to the needs of the operation.

BY MR. LAROU:

**Q. Okay. So, just to make sure that I'm understanding correctly. So, Amazon would give you a total headcount number for all individuals working at the Miami operation whether that number will be comprised of warehouse handlers, ramp workers, security, any position, and then you would decide which individuals from which positions would be limited -- eliminated?**

A. I believe I've discussed this before, but it was based on that number we would make a distribution among the two shifts.

So, for example, it could be five warehouse, three ramp, one admin, but we would make the distribution so that it was equitable across both shifts.

**Q. Okay. So, Amazon would not provide you with a specific number for each position. They would just provide you with one total headcount number.**

THE INTERPRETER: I'm sorry.

A. Amazon gives us the number. We know in the analysis how many people we're going to need according to the volume. Based on that, we explained to Amazon, the number that you have given us we distributed it in this manner in order to provide coverage.

BY MR. LAROU:

**Q. Earlier, I think you mentioned the names of two individuals from Amazon that you would interact with, I believe you said Pepito and Juan. Or I may have misheard you.**

A. Okay. Pepito and Juan were just given examples of names, but I do not recall the actual names of people -- of these people.

**Q. Okay. So, those names are -- they're not actual individuals that you interacted with from Amazon?**

A. No.

**Q. Okay. Do you remember the names of anyone that you interacted with from Amazon?**

A. At that time, no, because I was very new there, so no.

MR. LAROU: Guys, I think I'm getting pretty close to the end here. Would you mind if I just take about 10 minutes and review my notes? Beatriz?

MS. MIRANDA: Yeah. Sorry. I said, yeah,

have no problem.

MR. LAROU: Oh, okay. Sorry. I didn't hear you.

(Thereupon, a short discussion was held off record.)

(Deposition resumed.)

THE COURT REPORTER: We are back on.

BY MR. LAROU:

**Q. All right. Ms. Barrera, before the break you mentioned that after Amazon would give Stratair a total headcount number for the quarter, you would then decide the number of warehouse handlers, drivers, et cetera, who would be eliminated, but you would not select the actual individuals that would be terminated. Is that correct?**

A. Correct.

**Q. Did you have any other involvement in the January 2024 reduction by Stratair other than that?**

A. Not that I can recall.

**Q. And then based on the number of individuals that you decided who needed to be eliminated from each position for the January 2024 reduction, the supervisors would then actually select the individuals being terminated. Is that correct?**

A. Correct.

**Q. Would the team leaders play any role in that selection process?**

A. Initially, obviously, since they worked with the supervisors, they gave feedback -- the leaders gave feedback to the supervisors, and then they would work with those employees.

**Q. But the team leaders, they would not select the individuals being terminated in the January 2024 reduction, do they?**

A. No. Under our protocols, the supervisor was the one that had that authority. The leaders were there to provide support to the supervisor, but they did not participate in that decision.

**Q. What was Armando Portales' role in the January 2024 reduction?**

MS. MIRANDA: Object to form.

A. I do not know. He was on another shift, on a different shift.

BY MR. LAROU:

**Q. But when you were choosing the number of individuals that needed to be eliminated from each particular position, you were only making that decision for the night shift, correct?**

A. Correct.

**Q. What was Jorge Corral's role in the January**

**2024 reduction?**

A. Obviously, he's the boss and he formed a part of -- he formed a part of the group that the -- of the group with that. We would report once the alignment had been made with the MOP and we had proceeded.

He leads the group, but he is not a part of those decisions. We simply report to him once it has been done.

**Q. Did you need Jorge's approval before an individual could be terminated in January 2024?**

A. He supervised our work, but obviously, he trusted in our criteria or judgment. And he simply assured that we moved the -- that we moved on -- that we moved along, but no.

**Q. Okay. So, no, you did not need Jorge's approval for an individual to be terminated in January 2024?**

A. No. He was informed once the decision was made and he would simply assure that the job would be done -- would get done based on the criteria, and that was all.

**Q. Okay. And did you need the approval of HR for an individual to be terminated in January 2024?**

THE INTERPRETER: I'm sorry. It's -- Counsel, if you can please repeat the question?

MR. LAROU: Sure. Did you need the approval of HR for an individual to be terminated in January 2024?

A. No. In that specific case, there was already an instruction. When we submitted the terminations, the number required, it was already understood that it was based upon performance.

It wasn't as if there was a termination and that was it. Everything was reported through the required channels.

BY MR. LAROU:

**Q. What was HR's role in the January 2024 reduction, if any?**

A. Human resources deals with hiring. We submit the terminations to them so that everything is entered into the system, and they obviously verify that everything was done correctly.

**Q. And who from HR did you submit that termination decision to?**

A. We would send that out and generally, we would copy everybody. And whenever terminations were made, we would request for human resources to follow-up with the terminations so that everything would be done clearly.

**Q. And for the January 2024 reduction, who notified employees that they were being terminated?**

MS. MIRANDA: Object to form.
A. At that time, I was on vacation. I had requested time off, and I was not present. I believe that was done by Jose Alverio along with Javier and Armando, and then a representative from HR. I don't know who that representative might have been.
BY MR. LAROU:
**Q. Did Jorge reject any of the termination recommendations that you submitted?**
A. That I recall on my -- from my end? No.
**Q. And do you know whether HR rejected any of the individuals recommended for termination in January 2024?**
A. I have no idea. From my shift, no.
**Q. And I know you've mentioned several times that employees were selected for termination based on performance. Was any written scoring rubric used to measure the work performance of employees?**
THE INTERPRETER: Written score rubric?
MR. LAROU: Yeah. Scoring rubric.
THE INTERPRETER: Rubric. One moment for the Interpreter.
A. They did the performance tracking daily, but no record was kept of that. There weren't that many people, so it was easy to be able to track it -- track them.

BY MR. LAROU:
**Q. And were there any selection criteria in writing that were used to determine which individuals were being selected for termination?**
MS. MIRANDA: Object to form.
THE INTERPRETER: I'm sorry. I missed the start.
A. The employee had their attendance, the roster, and according to the work that he was performing that the roster -- prepared.
THE INTERPRETER: Can you hear me?
MR. LAROU: It was breaking up just a little.
THE INTERPRETER: Hopefully, this will be better. Counsel, I'm not sure where we left off.
MR. LAROU: Yeah. I missed the whole response.
THE INTERPRETER: The Interpreter is going to request for repetition for the response. My apologies.
A. The tracking was done daily. Every employee had their roster and their attendance, and according to that, according to their attendance and their performance, the decisions were based upon that.
BY MR. LAROU:
**Q. I thought earlier you said that attendance was**

**not a factor considered in the decision to terminate individuals in the January 2024 reduction.**
**Is that right?**

THE INTERPRETER: So, the Interpreter will indicate that (foreign language) can have multiple meetings. One of them is attendance. The other one is assistance. So, the Interpreter would like to verify.

A. When I talk about it -- When I talk about it -- when I talk about attendance, I have the roster of who was and wasn't present for the operation through -- for the operation or at the operation.

THE INTERPRETER: Did -- I'm sorry. Did that -- does not clarify the response for the Interpreter to be able to understand.

A. It's a schedule that the supervisor has of the people that are working on the team.

BY MR. LAROU:

**Q. Are you aware of any document that listed the employees at Stratair from most likely to be terminated to last likely to be terminated?**

A. The supervisor had a roster and he would mark what employees had a good performance, what employees didn't have good performance, what -- and what employees didn't have a good performance.

And in my shift, it wasn't that many of them. It was about 30.

**Q. So, during your shift leading up to the Jan -- just to make sure I'm understanding correctly. So, during your shift leading up to the January 2024 reduction, there were about 30 individuals that had performance issues?**

A. It's not an exact number. It's an approximation. I was new at the time and I was seeing what I could identify, but it's not an exact number.

**Q. Okay. And were all of those individuals with performance issues terminated in January 2024?**

A. No. When the supervisors started reporting to me that these were the employees that were having issues with their performance, we started to work with those employees.

Some of these employees changed and there was an evolution. Some others did not change. And the result was seen in January.

**Q. And I think I probably know the answer to this, but are you aware of any list of employees ranking Stratair -- individuals working at Stratair from best performance to worst performance?**

MS. MIRANDA: Objection, asked and answered.

A. I believe I answered that during the last

[redacted]



question. Basically, there was a schedule. The schedule was provided by me to the supervisors and the supervisors would do a tracking of their performance.

BY MR. LAROU:

**Q. So, other than those rosters that the supervisors would mark up, there were no written evaluations created for the January 2024 reduction, were there?**

MS. MIRANDA: Object to form, asked and answered.

A. No, the feedback was always verbal with the employee.

BY MR. LAROU:

[redacted]

[redacted]

[redacted]

[redacted]

Q. Okay.

MS. MIRANDA: Sorry, Counsel. How many -- how long -- I -- about almost an hour ago, you said

you're almost done, so I just want to get some idea of how much longer you think you have.

MR. LAROU: Should be done in the next 20 minutes, if that.

BY MR. LAROU:

[redacted]

Q. Okay. Did you ever hear Jose Alverio ever

**make comments about the ages of individuals working at the Stratair warehouse?**

A. I have no idea. I did not work with him.

**Q. Okay. And did you ever hear Armando make those kind of comments?**

A. Not him either.

**Q. After that January 2024 reduction, when was the next time that Stratair hired a new individual to work as a warehouse handler?**

A. I don't know exactly, but if an employee left, I had to replace him. It could happen the very next day. It could happen the following week. But if an employee ever left, I had to replace him because I had to keep the same number.

**Q. Did Stratair ever increase its headcount for warehouse handlers after January 2024?**

A. After January, it -- no, it was maintained or stayed. And eventually, it might have gone up or it might have gone down, but it's variable. That's something that's variable.

**Q. You mentioned head -- you mentioned earlier that headcounts would be decided on a quarterly basis.**

**So, for 2024, that would have been -- first quarter would have been January through March.**

A. Um-hum.

**Q. Did the -- is that a yes?**

A. Yes.

**Q. Okay. And so, during the second quarter, beginning after March in 2024, did the headcount increase?**

MS. MIRANDA: Object to form, asked and answered.

A. I can re -- I can recall. Like I said, it varies. It's variable. Amazon can increase flights or reduce flights. So, I don't know.

BY MR. LAROU:

**Q. And throughout your time with Stratair, did you play any role in hiring individuals for the Miami warehouse?**

A. No. I only would indicate what I was needing and human resources would be in charge of the recruitment.

MR. LAROU: Okay. All right. Ms. Barrera, I really appreciate your time today. I have no further questions for you.

CROSS EXAMINATION

BY MS. MIRANDA:

**Q. Ms. Barrera, I have just a very quick follow-up. You testify that Mr. Grant was given an opportunity after the November vacation incident because he was an**

**older employee, and you used the word (foreign language), correct?**

A. Correct, meaning that he had been with the company for some time.

**Q. And to be clear, you did not mean his age, but his length of service or the tenure with the company, correct?**

A. Yes, I believe the term is -- this is a --

THE INTERPRETER: One moment for the Interpreter.

MS. MIRANDA: I believe it's seniority.

THE INTERPRETER: Thank you, Counsel. I appreciate that.

A. Seniority in the company. It's not their age.

MS. MIRANDA: Thank you, Ms. Barrera. That's all I have.

THE WITNESS: Yes, ma'am.

RE-DIRECT EXAMINATION

BY MR. LAROU:

**Q. Just one more quick follow-up. So, was an individual's seniority with Stratair a factor that was considered when deciding who to terminate in January 2024?**

MS. MIRANDA: Object to form, misrepresenting the testimony.

A. Not at all. It was always based on performance, not on seniority.

MR. LAROU: Okay. That's it for me.

MS. MIRANDA: Done.

THE COURT REPORTER: Will she read or waive?

MS. MIRANDA: She'll read.

THE COURT REPORTER: Okay. Thank you. We're going off the record.

(Deposition concluded at 5:12 P.M.)

(Reading and signing of the deposition by the witness has been reserved.)

CERTIFICATE OF REPORTER

STATE OF FLORIDA

COUNTY OF BROWARD

I, KATHLEEN MUNHOS, Court Reporter and Notary Public for the State of Florida, do hereby certify that I was authorized to and did digitally report and transcribe the foregoing proceedings, and that the transcript is a true and complete record of my notes.

I further certify that I am not a relative, employee, attorney or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.

Witness my hand this 18th day of September, 2026.

____________________________________
KATHLEEN MUNHOS, CER
NOTARY PUBLIC, STATE OF FLORIDA

CERTIFICATE OF OATH

STATE OF FLORIDA

COUNTY OF BROWARD

I, KATHLEEN MUNHOS, the undersigned authority, certify that GISELA BARRERA MUNOZ, appeared before me remotely, and was duly sworn on the 6th day of August, 2026.

Witness my hand this 18th day of September, 2026.

____________________________________
KATHLEEN MUNHOS, CER
NOTARY PUBLIC, STATE OF FLORIDA
Commission No.: HH 317824
Commission Exp: 09/29/2026

CERTIFICATE OF OATH

STATE OF FLORIDA

COUNTY OF BROWARD

I, KATHLEEN MUNHOS, the undersigned authority, certify that EDUARDO ARENAS, appeared before me remotely, and was duly sworn on the 6th day of August, 2026.

Witness my hand this 18th day of September, 2026.

____________________________________
KATHLEEN MUNHOS, CER
NOTARY PUBLIC, STATE OF FLORIDA
Commission No.: HH 317824
Commission Exp: 09/29/2026

DATE: 09/18/2026
TO: Gisela Barrera Munoz
C/O
Beatriz M. Miranda, Esquire
Gunster, Yoakley & Stewart, P.A.
777 South Flagler Drive, Suite 500
West Palm Beach, Florida 33401

IN RE: Ivan Grant et al vs. Stratair Aviation Service
CASE NO: 1:25-CV-24505-MOORE/ELFENBEIN

Dear Ms. Munoz,

Please take notice that on August 6th, 2026, you gave your deposition in the above-referenced matter. At that time, you did not waive signature. It is now necessary that you sign your deposition. You may do so by contacting your own attorney or the attorney who took your deposition and make an appointment to do so at their office. You may also contact our office at the below number, Monday - Friday, 9:00 AM - 5:00 PM, for further information and assistance.

If you do not read and sign your deposition within thirty (30) days, the original, which has already been forwarded to the ordering attorney, may be filed with the Clerk of the Court.

If you wish to waive your signature, sign your name in the blank at the bottom of this letter and promptly return it to us.

Very truly yours,

Kathleen Munhos, CER
Universal Court Reporting
(954)712-2600

I do hereby waive my signature.

____________________________
Gisela Barrera Munoz
Cc: via transcript:
Patrick B. LaRou, Esquire

Errata Sheet

NAME OF CASE: Ivan Grant vs StratAir Aviation Services, LLC

DATE OF DEPOSITION: 08/06/2026

NAME OF WITNESS: Gisela Barrera Munoz

Reason Codes:

1. To clarify the record.
2. To conform to the facts.
3. To correct transcription errors.

Page _____ Line ______ Reason ______

From ______________________ to ______________________

Page _____ Line ______ Reason ______

From ______________________ to ______________________

Page _____ Line ______ Reason ______

From ______________________ to ______________________

Page _____ Line ______ Reason ______

From ______________________ to ______________________

Page _____ Line ______ Reason ______

From ______________________ to ______________________

Page _____ Line ______ Reason ______

From ______________________ to ______________________

Page _____ Line ______ Reason ______

From ______________________ to ______________________

_________________________

**1**

**1**
27:3,5
**10**
45:1,11 56:23
**10-0132**
5:8
**100**
49:1,4
**12**
27:10

**2**

**2**
65:16,18
**20**
69:3
**2000**
7:20
**2023**
7:20 34:12 38:12 39:1,2,17 51:11 66:5
**2024**
7:17,21 14:18 15:3,12 16:5,17,24 17:13 22:11 26:17 41:24 42:24 44:18 45:18 49:7 52:3,7, 22 53:11,17 54:11 57:18,22 58:8,15 59:1,10,17,23 60:3,12,24 61:12 63:2 64:5,12 65:7 68:16 70:7,16,23 71:4 72:23
**2026**
5:2
**24**
54:13,14,15

**3**

**3**
66:21 68:1,14,18
**30**
35:15 64:2,6
**300**
42:21
**30th**
6:17 35:14 66:5
**31**
35:15
**31st**
35:14
**32-page**
27:9
**350**
54:5

**4**

**4**
68:14
**404**
54:3

**5**

**50**
48:22 49:3
**520**
47:17 48:7
**5:12**
73:9

**6**

**6**
5:2 66:21 68:1,14
**60**
49:5

**7**

**70**
49:5

**A**

**A-R-**
51:14
**A-R-E-N-A-S**
5:9
**A-T-N-A**
51:15
**ability**
5:14
**able**
8:12 20:17 32:19 53:21 61:24 63:15
**about**
10:14 12:17 16:3,4 19:17 22:8 28:25 31:21 35:18 37:15 41:15 42:2,19 44:6 45:12 46:2,5 47:22 48:15 49:22 50:21 51:13 53:4,21 56:23 63:9,10 64:2,6 66:20 68:25 70:1
**above**
47:25
**access**
18:20,22
**accomplish**
37:11
**according**
8:7 54:24 55:4 56:2 62:9,21,22
**accordingly**
37:20
**accurately**
39:22
**Acosta**
11:3
**across**
55:20
**activities**
18:3
**actual**
56:12,15 57:14
**actually**
8:10 35:25 40:14 41:1 57:23
**admin**
19:19 22:7 24:22 55:19
**advice**
32:21
**affirm**
5:12,23,24
**after**
6:23 7:19,20,21 16:20 22:11 30:9 41:15 43:8 50:15 57:10 66:2 70:7, 16,17 71:4,25
**afternoon**
6:6
**again**
7:2 14:12 33:4 40:3,9 45:12,20 51:19

**against**
49:12
**age**
8:1,5 69:20 72:5, 14
**ages**
70:1
**ago**
12:1,25 16:21 22:13 68:25
**ahead**
35:6 46:3
**air**
25:16
**airplanes**
25:16
**Alex**
6:7 27:17
**alignment**
59:4 66:9
**all**
5:3 8:18 14:22 19:9,21 22:23 23:6 30:8 34:25 35:20, 23 38:4 42:2 52:14,19 55:9 57:9 59:21 64:11 67:4 68:6,15 71:18 72:16 73:1
**alleged**
31:25
**allow**
47:17
**allowed**
35:2
**almost**
68:25 69:1
**along**
41:18 59:14 61:4
**alongside**
24:11
**already**
39:25 48:4 60:4,6
**also**
7:11 9:14 13:20 19:18 21:11 24:8 28:21 31:5 45:9,10 52:16 69:9
**Alverio**
28:21,22 61:4 69:25
**always**
9:15 11:12 20:22 28:10 29:21 30:2,3 32:12 35:18,20 39:13 40:5 42:19 65:11 66:8 69:23 73:1
**Amazon**
11:22 12:13,18,19 13:17 21:11,15,25 25:22 26:7,10,15, 16 34:18 35:1 54:24 55:8,22 56:1,3,8,15,18 57:10 71:9
**amended**
27:4
**America**
46:8
**among**
55:17
**amount**
42:11
**amounts**
21:14,15
**analysis**
16:11 56:2
**analyze**
12:20
**and/or**
23:21
**Andrea**
52:24
**Andres**
9:14
**another**
33:2 38:8 44:8 46:13,14 58:17 69:9
**answer**
26:6 64:20
**answered**
53:13 64:24,25 65:10 68:4 71:7
**answers**
14:13 39:21
**any**
8:8 11:2,22 16:15 17:11 18:21 20:15 21:5 24:4 26:20 27:19 31:9,23 33:9 35:13 37:11 38:25 39:8 41:12 43:15 44:5,11 45:17,22 46:5 52:3,10 53:6 55:12 57:17 58:1 60:13 61:8,11,16 62:2 63:19 64:21 66:3,18 67:12 69:14,20 71:13
**anymore**
52:25
**anyone**
8:5 11:4 14:17 16:9,16 20:18 38:16 52:8 56:17
**anything**
8:25 15:17 18:18, 20,22 32:13,16
**apart**
42:4
**apologies**
62:19
**appeared**
37:23
**appears**
66:22 67:9
**application**
17:17
**applied**
8:23
**appointment**
39:3,7
**appreciate**
71:19 72:13
**appropriate**
32:16
**approval**
59:9,16,22 60:1
**approve**
17:23 25:22 37:5 39:2
**approved**
35:6 37:7 38:4,20, 24 39:5,12
**approving**
18:11,17 26:8
**approximate**
50:18
**approximation**
64:9
**Arenas**
5:9 6:19
**Ari**
51:14,19,21
**Ariel**
51:23

**Arielle**
51:15,24

**Armando**
16:1 18:16 23:9 36:13,17,21,25 58:14 61:5 70:4

**around**
10:15 51:9,11

**arrangements**
37:20

**arrive**
67:5

**arrived**
35:25 40:25 47:21 48:3 50:23

**ask**
10:8

**asked**
12:25 21:3 64:24 65:9 68:4 71:6

**asking**
16:3,4 43:24

**assess**
24:13

**assign**
17:2

**assistance**
63:7

**assistant**
18:2,9,19 19:14 20:12 22:16 23:10 52:2,6 55:3

**assure**
59:19

**assured**
59:13

**Atna**
51:15,20,21,22

**attached**
66:23

**attendance**
15:16 17:18 62:8,21,22,25 63:6,10 65:21

**attention**
27:14 30:2,7 39:25 66:17

**August**
5:2 7:21 35:11 36:5 40:22

**authored**
33:25 34:2

**authority**
58:11

**authorization**
34:9,13

**available**
39:7 48:13

**avoid**
8:1

**aware**
24:4 28:3 35:24 41:12 43:15 45:22 46:5 63:19 64:21

**away**
36:9

**Ayala**
69:11

**B**

**B-A-R-R-E-R-A**
5:20

**back**
8:19 12:24 29:8,9,14,17 30:20 46:20 57:7

**badge**
50:13

**balance**
12:21

**Barrera**
5:1,19 6:22 7:2 8:8 26:22 30:22 57:9 65:14 71:18,23 72:15

**Barrera's**
6:16

**base**
9:16 15:16,17

**based**
8:5,20 9:4,5,16 12:2,9 13:6,19,20 14:1,19,21,22 15:4,13,15,18 16:6,13,18 26:12,13 38:7 54:6,23 55:16 56:3 57:20 59:20 60:7 61:15 62:23 69:24 73:1

**basically**
20:17 33:18 51:4 65:1,21

**basis**
70:22

**Bates**
65:17

**Beatriz**
6:10 56:24

**because**
8:12 9:5 16:19 19:21 21:12 24:24 25:11 26:19 27:20 28:4,10,11 30:1 31:3 32:24 33:7,14 34:5,24 36:9,14 37:6 38:13 39:5,24 41:5 42:2,9,20 43:4 45:14 48:3 50:24 51:9 53:20 56:19 70:13 71:25

**become**
47:14 48:7,9,11

**before**
23:3 26:16 27:1,11,12 30:22 34:23 35:13,25 40:23,25 41:24 42:23 47:5,21 48:3 49:6 53:21 55:15 57:9 59:9 65:25 66:1 69:15,21

**began**
6:16 49:10

**beginning**
35:8 36:8 71:4

**behalf**
6:7,10

**believe**
7:6,15 9:21 19:3 31:18 34:12 45:1 47:17 55:15 56:9 61:3 64:25 72:8,11

**best**
5:14 64:22

**better**
32:9 62:14

**between**
22:14 35:12 44:17,23 45:6,21 52:1,21

**black**
44:18,25 45:5

**block**
43:7

**blue**
67:10,15

**body**
66:12

**boss**
9:14 14:20,23 50:4,6 59:2 67:24

**both**
18:1,5 22:19,24 55:20

**break**
30:22 57:9

**breaking**
62:12

**breaks**
32:16

**brief**
30:11

**briefings**
43:3

**Briefly**
46:11

**bring**
20:6

**Brooks**
6:6

**business**
53:13

C

**calculate**
26:11

**call**
12:13,15 20:15 21:1,2 23:21,22 30:7 39:25

**called**
6:23 21:19 30:1

**came**
19:19

**can**
5:5,10,17,21 9:20 14:14 16:9 26:23 29:6,8 35:12,13, 16,17 37:4,5 39:10 49:14,18 51:16 52:19 54:7 57:19 59:25 62:11 63:5 67:6 71:8,9

**can't**
7:18 16:8 20:2 33:1 36:4,10 45:19 47:23 49:17,19 52:24,25 54:12,13

**capable**
24:2

**capacity**
24:2

**car**
32:18

**care**
13:22,25

**cargo**
17:5 32:18,19 33:5

**Carlos**
52:23 68:20 69:6

**carried**
8:6 17:1

**case**
48:6 60:4

**Central**
46:8

**certified**
5:8

**Ceruto**
6:9 27:18

**cetera**
57:12

**chain**
37:1

**change**
34:19 64:18

**changed**
64:17

**changes**
11:2 69:14

**channels**
37:16 38:4 60:10

**charge**
11:2 17:21 21:24 22:3 23:15 36:11 41:19 71:16

**charger**
46:12

**chat**
22:24 23:6

**chats**
22:14

**check**
18:4 23:23 66:15

**checking**
17:22 18:10,17

**choosing**
8:23 58:20

**chosen**
14:19 15:4,12 16:18

**clarification**
28:17 30:6 34:7 36:24

**clarify**
9:20 10:9,16 63:14

**clarity**
35:18

**classes**
22:14

**classifications**
54:20

**cleaning**
41:10

**clear**
9:2,16 10:9 11:20 12:2 13:5 14:21 35:20 69:23 72:5

**clearly**
7:22 14:15 15:8 32:7 36:13,14 47:24 48:2 60:23

**client**
12:13 13:14,22,25 14:4 21:12

**clients**
11:25

**clock**
17:23,24

**close**
56:22

**colleague**
36:17

**collectively**
15:7 23:25

**color**
44:9

**column**
68:20

**come**
8:12 19:20,24 32:24 33:1 40:1 43:25 44:14 47:20

**coming**
33:3

**command**
37:1

**comment**
44:9,12

**comments**
44:6 70:1,5

**commit** 40:10
**communicate** 20:20 41:23
**communicated** 29:1,2
**communicating** 21:25
**communication** 16:16 20:22 31:13 42:20 43:2
**company** 22:5 38:7 72:4,6, 14
**competency** 53:5
**complaint** 27:4 30:2
**complaints** 43:15
**complete** 41:11
**completed** 47:16 48:7
**completely** 12:16
**comply** 33:7 50:1
**comprised** 55:11
**computer** 46:12
**concern** 28:13,24 31:8,24, 25
**concluded** 73:9
**confirm** 15:21,22
**confirming** 15:23
**consider** 33:17 69:20
**considered** 63:1 72:22
**considering** 53:11
**consistent** 50:25
**constantly** 43:10
**containers** 17:3
**contains** 19:9 66:15
**contingencies** 25:1,3,6,8 26:12
**continuation** 6:15
**continue** 19:25 50:14
**continued** 8:9 42:6
**contracted** 33:11
**Contrails** 21:19
**conversation** 31:14 50:2
**coordinated** 16:19
**copies** 19:4
**copy** 60:21
**corner** 27:15
**Corral** 10:10,11 14:24 15:2,11 66:5 69:16
**Corral's** 58:25
**correct** 7:9,14,17 14:25 18:5 23:17 36:18 40:16,20 47:4,6 57:15,16,24,25 58:23,24 66:5 67:2 68:12,17 69:8,13 72:2,3,7
**corrected** 36:19
**correctly** 15:2 22:23 40:11 55:8 60:17 64:4
**Costa** 11:3 50:11
**could** 13:24 15:16,17 17:24 20:2,3 21:4 25:15 32:8,11 35:6,9 38:6 39:22 40:9,23 41:13,23, 25 42:6 48:10 55:18 59:10 64:10 66:11 70:11,12
**couldn't** 8:12 20:8 37:11 44:3
**Counsel** 25:4 29:3,6 30:10 34:2 36:24 42:15 45:25 52:6 59:24 62:14 66:6 68:24 72:12
**Counsels** 6:4
**count** 54:4
**country** 36:10
**couple** 10:8
**course** 8:18 17:21 19:18 25:22 31:12 46:25 67:14
**Court** 5:3,10,16,21 6:3, 12 29:8,12,16 30:15,20 46:20 57:7 73:5,7
**coverage** 56:5
**coworker** 36:21
**created** 65:7 66:2
**crew** 24:17,18,20
**criteria** 8:22 13:1 24:13 59:12,20 62:2
**CROSS** 71:21
**current** 54:3
**currently** 11:2 18:6 68:2
**Cynthia** 11:7,8 37:2,3

## D

**daily**

61:22 62:20

**damaged**
22:20

**damages**
22:20

**dark**
45:2

**darker**
44:20

**date**
7:18,19 44:23,24 45:7,21 52:21 53:21 66:6

**daughter's**
38:17

**David**
22:4,6,8

**day**
18:15 19:24 23:7 35:17 44:1 53:3,7 68:3 70:12

**days**
34:8 35:15 36:1,4 37:4

**dealing**
26:16 32:25

**deals**
60:14

**December**
66:5

**decide**
20:13 55:12 57:11

**decided**
54:20 57:21 70:22

**deciding**
72:22

**decision**
9:13,22,25 10:2, 18,21,22 11:10,12 15:25 16:3,11 21:8 24:1,8,11 40:7 47:11 54:8,9,22 55:2,3 58:13,22 59:18 60:19 63:1

**decisions**
15:7 54:6 59:7 62:23

**decline**
40:2

**decreases**
43:8

**dedicate**
44:3

**dedicated**
23:6

**Defendant**
6:11

**deficiencies**
42:7

**deficit**
25:11

**deliver**
32:18

**denied**
36:9 38:2,3

**denies**
36:25

**department**
22:18 23:4

**departments**
68:6

**depend**
25:21

**depending**
24:16 53:14

**deposition**
5:1 6:15,16 7:6 8:9 30:19 46:19 49:10 57:6 73:9,10

**designation**
69:10

**desk**
37:22

**determination**
38:2

**determine**
62:3

**determines**
43:11

**determining**
24:13

**didn't**
18:20 20:15 21:4 31:19 38:7 39:24 48:9 57:2 63:24,25 66:3

**different**
22:14,15 44:14,15 58:18

**digital**
19:10

**direct**
6:25 27:14 31:13 47:11,14 48:7,16, 23

**directing**
12:18

**direction**
15:19

**directly**
12:6 13:13 15:6 38:14 40:18 42:8

**director**
11:1

**discretion**
21:5

**discrimination**
7:16,24 8:2 43:16

**discussed**
7:10 47:24 55:15

**discussing**
7:6

**discussion**
30:17 46:17 57:4

**displaying**
27:2

**distribute**
54:7 55:3

**distributed**
56:4

**distribution**
54:24 55:16,20

**doc**
39:12

**document**
27:1,9,10,12 37:23 63:19 65:14,16,25 66:22 67:11,15 68:1,8,14,18,21 69:22

**documentation**
17:12 19:9 24:5 31:24 39:13,15

**documented**
35:5

**documenting**
8:15,22 13:1

**doesn't**
13:22,25 14:4 53:12

**don't**
11:6,8 26:19,20 27:10,22 31:19 35:14 36:14 39:2 40:4 42:8 43:3

45:8,16,24 47:25 48:18 50:16 53:6 61:5 70:10 71:10

**done**
16:11 20:24,25 23:24 24:5 37:16 39:6 41:3 59:8,20 60:17,23 61:4 62:20 69:1,3 73:4

**Dora**
11:2,3,7,8 50:11

**down**
6:4 26:3 66:21 70:19

**drafted**
40:15

**driver**
45:9,15

**drivers**
22:18 41:10 57:12

**drop**
54:4

**due**
27:20

**duly**
6:20,24

**Duran**
6:8 27:18

**during**
7:5,7,11 9:1,8 11:23 12:11,15 13:4 14:20 16:25 17:12,19 18:9,18 19:14 20:1,20 22:16 23:10 28:9 29:1 32:15 34:11 35:3 37:6 39:1,9 41:3,14 42:4 43:2 44:25 45:5 46:24 47:1,9,24 48:5,21 49:5 52:11 64:3,5, 25 71:3

**duties**
32:22 33:8

**E**

**e-**
66:24

**e-mail**
37:3 66:1,4,13,14 67:16

**e-mails**
66:7

**each**
14:3 19:8 20:23 23:2 49:14 55:23 57:21 58:21 69:17

**earlier**
39:16 40:21 56:7 62:25 70:21

**early**
20:6

**easy**
61:24

**ECF**
27:10

**Eduardo**
5:8 6:19 46:9

**effectively**
32:23

**eight**
25:23 45:11,12,13

**eight-hour**
25:24 32:25

**either**
23:7 24:9 53:14 70:6

**eliminated**
55:14 57:13,21 58:21

**elite**
67:16

**else**
11:4 15:17 16:16 18:18,20,22 32:16 41:6 52:8

**emergency**
35:5

**emphasized**
7:23

**employ**
53:25

**employee**
7:23 8:5 9:3,16 10:6 12:3,10 13:6, 20,23,24 14:2,6,7, 10,11,21 15:15 16:7,18,22 17:12 18:23,25 22:4 23:2,23 29:22,25 32:14,17 33:12 35:2 37:4,9 39:3, 24 40:1 44:5,8,11 47:16 48:9,11 62:8,20 65:12 70:10,13 72:1

**employee's**
14:3

**employees**
9:6 12:6,14,22 16:23 17:2,4,7,24 18:15 19:9,25 21:20 22:15 23:11 25:2 31:4,14 33:17 35:7,21,24 40:5, 22,23 41:13 42:2, 23 43:6,9,13 46:25 47:10,11,14,18 48:20 49:12 50:2 51:1,7 58:6 60:25 61:15,17 63:20,23, 24 64:14,16,17,21 66:16 68:3,11

**employees'**
8:15 14:8

**employment**
7:7,16

**end**
36:8 38:24 44:18 52:3,7,22 56:22 61:10

**ended**
34:4 39:18 40:13

**English**
5:13

**entered**
27:5 60:15 65:18

**enthusiasm**
32:24

**entire**
18:7 41:8,11 44:3 49:5 54:18

**equipment**
22:20 24:21 25:15

**equitable**
55:20

**escalation**
28:3

**established**
37:19 43:5

**estimate**
48:21 49:4

**et**
57:12

**evaluated**
43:10

**evaluation**
23:24 24:5

**evaluations**

65:7
**eventually** 70:18
**every** 34:24 35:9 44:1 62:20
**everybody** 42:12 60:21
**everything** 8:19 11:19 24:18 37:15 39:22 60:9, 15,17,23 66:9,10
**evolution** 64:18
**exact** 7:18 20:8 31:19 45:16 48:18 53:21 54:12,14 64:8,10
**exactly** 34:24 46:7 50:16 70:10
**EXAMINATION** 6:25 71:21 72:18
**example** 15:16 23:5 24:17 25:10 32:15 46:24 54:1 55:18
**examples** 56:12
**Excel** 66:15,22,23 67:13 68:10,19 69:15
**exceptions** 35:4
**Exhibit** 27:3,5 65:16,18
**exists** 34:17
**expect** 27:10
**experience** 25:14
**explained** 12:11 16:25 19:7 56:3
**extra** 25:23
**extreme** 37:8 38:22
**Eyonny** 6:8 27:17

F

**faces** 14:4
**fact** 45:2 48:19
**factor** 63:1 72:21
**family** 38:15
**far** 48:12
**fastest** 25:2
**favors** 36:14
**feedback** 30:23,25 31:10,14 32:1 33:10 40:14, 17 58:4,5 65:11 67:22
**Felix** 49:20 50:12,14,19 51:5
**few** 12:25
**figure** 32:8
**file** 19:8 35:2
**filed** 27:10 35:24,25 36:7 49:12,15
**files** 19:10,11
**fill** 17:23
**final** 15:8,9,21,23 16:12
**finalized** 69:19
**find** 53:19
**fine** 30:13
**fired** 41:25 42:6 44:24 45:7,17,22 50:12
**first** 5:4,5,17 6:20,24 7:5,15 10:10,14 27:15 49:11 51:3 53:10,16 65:24 68:19 70:23
**fit** 24:9,14
**five** 30:11 42:10 46:14 48:4 55:18
**flight** 17:3
**flights** 19:19,20,23 71:9, 10
**floor** 31:4
**focus** 44:23 45:4
**focusing** 45:12,20
**follow** 10:8
**follow-** 71:23
**follow-up** 51:17 60:22 72:20
**following** 20:7 70:12
**follows** 6:21,24 54:2
**force** 8:2,24 10:19 11:11 53:11
**foreign** 10:20 63:5 72:2
**forgotten** 8:10
**form** 15:5 16:10 35:23 47:15 49:16 54:17 58:16 61:1 62:5 65:9 68:4 71:6 72:24
**formed** 59:2,3
**former** 48:20
**found** 37:15
**four** 42:10 52:14

**from**
5:12,13 7:11 8:4, 12,13 10:24 11:4, 13,18,22 12:19,21 13:13,17,18 14:17 16:9,16 23:11 24:20,25 26:7,15, 16 30:23 31:9 34:21 42:4 44:12, 14 45:23 46:6,7,8, 22 47:2,10,20 48:16,20,23 49:7 50:9 52:5 55:13 56:8,15,18 57:21 58:21 60:18 61:5, 10,13 63:20 64:22 67:22 68:16

**fulfill**
48:11 49:25

**functioning**
48:4

**further**
37:11 40:8 71:20

### G

**gathering**
21:1

**gave**
12:3,8 13:7 15:19, 23 16:9 30:24 38:8 58:4

**general**
13:9,14 15:14 18:2 22:19,21,24 23:1 42:9,21

**generally**
42:8 60:20

**generate**
21:25

**get**
29:8 32:5 38:4 39:6,21 46:11 59:20 69:1

**getting**
56:21

**Gisela**
5:1,19 6:22

**give**
5:12 20:8 29:12 30:8 31:14 32:10 33:14 34:16 35:10 39:24 40:5,7,17 43:4 55:8 57:10

**Givelli**
52:23,24

**given**
14:13 21:2 26:6 28:7 30:23 31:23 32:2,20,21 35:11 40:18 41:2 43:9 56:4,11 71:24

**gives**
56:1

**giving**
5:24 30:8 34:5 39:18 40:13

**GMS**
26:11,15

**go**
21:4 23:12 26:1 29:16 36:10 37:11 38:15 46:3 47:14 54:11

**goes**
34:21 37:1,2

**going**
5:4 13:11 14:12 20:13 21:9 26:22 30:15 34:15,16 37:10 38:15 41:15 42:24 43:1,4 46:14 53:17 54:5 55:1,4 56:2 62:17 73:8

**gone**
38:4 70:18,19

**Gonzalo**
6:9 27:19

**good**
6:6 46:13,25 47:10 63:23,24,25

**Grant**
6:7 27:17,23 28:1 30:23 31:8,10,17, 23 32:3,22 33:20, 23 34:1,5,14 35:24 36:7,11 37:1,24 39:17 40:13 41:24 42:5 43:16,19 44:24 45:3,7,21 49:6 71:24

**Grant's**
28:25 44:6,9,12

**granted**
38:25 39:9

**greatest**
45:8

**green**
67:10

**group**
11:7 20:23 22:14, 17,21,24 23:1,3,6, 9 41:5 59:3,4,6

**groups**
22:15 23:9 41:18

**Guys**
56:21

### H

**had**
7:10 8:10,11 9:1 11:19 12:11 17:3 18:4,7 20:16 23:3, 9 25:12 28:3,11, 19,23 30:3 31:12 32:13 33:2,5,7,13 34:16 35:5,7 36:7, 12 37:16,17,18,19, 24 38:3 39:3,25 44:2 47:9,21 48:2, 4,21 49:8 55:3 58:11 59:4,5 61:2 62:8,21 63:22,23 64:6 69:18 70:11, 13 72:3

**hair**
44:6

**hand**
5:11,22 6:4

**handbook**
8:19,20

**handle**
19:12 36:15

**handled**
54:2

**handler**
26:3 38:25 48:6,16 70:9

**handlers**
19:15 22:23 23:5,7 25:17,19 26:2,5,9 34:14 39:9 45:5,6, 13,22 46:6,22 47:2 52:21 53:8,25 54:15 55:11 57:12 70:16

**handling**
19:21

**happen**
40:9 70:11,12

**happening**
48:3

**Happy**
7:2

**has**
11:24 15:9,21,22 16:12 19:8 20:23 24:2 25:11 26:10 35:14,20 48:18 59:7 63:16 67:15 73:11

**have**
7:20 14:3 17:8,16, 20 18:6,20 19:8 20:3,7,15 21:5 22:24 23:11 25:14 26:10,13,20 27:1, 11 31:14 32:15 34:12 35:21 38:6, 24 42:6 43:4,6 44:8,11,13,20 45:9 46:8,9 47:25 48:15,22 49:4,8,17 50:2 51:8,9,11,17 52:17 53:14,20 54:1,3,6,23 56:4,9 57:1,17 61:6,13 63:5,10,24,25 65:25 66:18 69:2 70:3,18,19,23,24 71:19,23 72:16

**having**
6:20,23 12:23 64:14

**he**
9:12,14 10:21 15:8 16:12 22:4,7 23:15 28:11,12 30:2,7,23 31:3,10,17 32:6,7, 11 33:2,3,5,7 34:8 35:25 36:1,9,12 37:1,9,10,11,12, 16,19,20 38:3,5, 10,13,14,16 40:1, 2,4 41:25 42:6 45:15 49:8,23,25 50:13,17 51:9 58:17 59:2,3,6,11, 12,18,19 62:9 63:22 66:8,9 69:6, 11 71:25 72:3

**he's**
59:2

**head**
54:4 70:21

**headcount**
12:14 34:21 42:25 54:3 55:9,24 57:11 70:15 71:4

**headcounts**
70:22

**heading**
68:20

**hear**
44:5 57:2 62:11 69:25 70:4

**heard**
17:16 44:11

**held**
18:14 30:17 41:4 46:17 57:4

**help**
31:21 32:8,22

**helpful**
29:10

**Henry**
6:8 27:17

**her**
36:16

**here**
16:8 25:19 26:5 27:24 56:22 66:13, 20

**high**
37:6 40:23 42:4 47:1

**high-volume**
34:18

**highlighted**
66:13

**highlights**
67:10,11,12 68:14

**him**
15:6 28:23 30:4,8, 24 31:13,20,21 32:7,8,10,22 33:5 37:17,18 38:6,8 39:18,24 40:7,9, 10,17 42:3 43:20, 21,23,25 51:6 59:7 70:3,6,11,13

**himself**
51:10

**hire**
8:18 44:23 48:8, 17,24

**hired**
8:17 70:8

**hiring**
7:19 60:14 71:13

**his**
9:14 23:9 28:4,10 30:1,7 31:5,13,20, 21,25 32:4,5,8,11, 22 33:8 36:10 37:20,21 38:5,14, 15,17 39:25 41:25 50:13 72:5,6

**hold**
18:1 36:3 66:25

**home**
8:12 21:4 36:10

**Hopefully**
62:13

**hour**
46:14 68:25

**hours**
21:21 25:19 26:4, 12 47:17 48:7

**HR**
9:21 10:1,4,24 11:4,10,13 37:2 59:22 60:2,18 61:5,11

**HR's**
60:12

**human**
8:17 9:11 11:18 18:23 19:2,4,5,7,8 50:4,6,9 60:14,22 71:16

**hydration**
32:16

### I

**I'D**
7:8 27:14 65:15

**I'LL**
27:3,8 66:21

**I'M**
5:4,23 7:20 9:20, 24 12:7 13:10 15:1 16:3,4 22:7,10,22 26:19,22 27:2 29:6 31:7 34:16 36:16 38:1 39:20 41:15 43:1 46:3 49:18 53:4,18,21 54:25 55:7,25 56:21 59:24 62:6,14 63:13 64:4 66:2 67:14

**I'VE**
55:15 66:13

**idea**
45:24 61:13 69:1 70:3

**identify**
64:10

**IDS**
19:4

**immigration**
39:3

**importance**
16:22

**important**
14:2

**improve**
29:23 31:21 32:11

**in**
7:17,19 8:2,6,8,11, 23 9:12 10:5,17,18 11:1,10,11,12 12:12 13:3 14:13 15:25 17:1,21,23, 24 19:1,20,21,24 20:6,25 21:24,25 22:3,21,24 23:12, 15,19 24:13,14 25:18,20 26:1,5 27:16 28:2,7 29:2 30:24 32:2,19 34:5,11,16 35:8 36:5,6,11 38:11 39:1,2,17,21 40:22 41:4,19 42:24 43:23 44:1 45:8,17 46:24 47:21 49:3, 17,23 50:13 53:11, 14,17 54:11 56:1, 4,5 57:17 58:1,8, 13,14,25 59:10,12, 16,23 60:2,4,12 61:12 62:2 63:1,2 64:1,12,19 66:9,16 67:15,16,23,25 68:6,10,14,16 69:3,10,21 71:4, 13,16 72:14,22

**incident**
71:25

**include**
18:4

**included**
67:23

**including**
35:21

**increase**
53:15 70:15 71:5,9

**indicate**
12:21 14:1 25:5 29:23 54:4 63:5 71:15

**indicated**
32:6 67:17

**individual**
14:18 16:17 24:9 49:14 59:10,16,23 60:2 69:14 70:8

**individual's**
72:21

**individuals**
8:23 13:2,18 15:3, 12 16:5 20:11,13, 19 21:6 23:18,20 24:14 25:25 48:15, 22 53:24 54:11 55:9,13 56:8,15 57:14,20,23 58:8, 21 61:12 62:3 63:2 64:6,11,22 67:20, 25 68:9,10,15 69:21 70:1 71:13

**inform**
12:22

**informal**
24:7 38:19

**information**
18:21,23,25 19:3, 6,12 26:21 35:7, 18,20 36:15 41:17, 18,19 42:21 43:3,9

**informed**
10:21 59:18 66:8

**initial**
23:24 24:5

**Initially**
58:3

**inquire**
11:16 19:16 20:5 21:18 36:20

**insisting**
37:9

**instances**
19:23 28:11 39:8

**instead**
14:11 40:14 50:3

**instructed**
13:17

**instruction**
9:1,2,15,19 12:2,4, 9 13:12,13,14 14:21 15:14,20,24 16:5,9 29:21 33:14 60:5 69:23

**instructions**
9:8 13:4,5,8 26:19

**intending**
36:1

**interact**
56:8

**interacted**
56:15,18

**internally**
45:15

**INTERPRERTER**
25:4

**interpret**
5:23

**interpretation**
5:12

**interpreted**
10:4 14:15 39:22

**interpreter**
5:4,7,8,15 6:20 9:23 10:3 11:15 13:10 14:7,10,12 19:16 20:4 21:17, 22 25:5 28:16 29:3,6,7,11,19 30:5,10,14 31:1,2 34:2,6 36:3,18,19, 20,23 37:13 39:20 42:15 43:1 45:25 46:3,11,16 50:5 51:18,22 52:5,8 54:25 55:25 59:24 61:18,20,21 62:6, 11,13,17 63:4,7, 13,15 66:6,12,14, 25 72:9,10,12

**interview**
12:12

**into**
20:7 27:6 29:14,17 36:2,4,8 47:18 60:16 65:19

**introduce**
6:4

**involved**
10:17 11:10 26:19

**involvement**
57:17

**Islands**
45:23 46:6,7

**issue**
33:19,22 42:5

**issued**
40:22,24

**issues**
8:16 30:1 49:13 64:7,12,14

**issuing**
40:14

**it's**
11:2 14:2 16:1,12 17:17 21:12 24:7 25:6 32:25 35:17 39:5,6 44:15 47:17 59:24 63:16 64:8, 10 70:19 71:9 72:11,14

**its**
16:23 70:15

**Ivan**
6:7 27:16,21,23 28:1,25 30:23 31:8,10,16,20,23 32:3,21 33:20,23 34:1,5,14 38:10 39:17 41:24 42:5 43:15 49:6

J

**Jan**
64:3

**January**
14:18 15:3,12 16:6,17,24 17:13 22:11 26:17 34:22 41:24 42:24 44:18 45:18 46:25 49:6 52:3,7,22 53:11,17 54:11 57:18,22 58:8,14,25 59:10, 16,23 60:2,12,24 61:12 63:2 64:5, 12,19 65:7 68:16 70:7,16,17,24 72:22

**Javier**
28:6,13,24 29:5 31:12,16 32:10 40:19 51:10 61:4

**job**
31:13 32:4,9,12, 17,22,25 33:2 40:10 41:25 54:20 59:19

**joined**
36:5 41:15

**Jorge**
9:11,25 10:4,10, 11,17 12:16 14:23 15:2,11,21,22,23 16:1,12,16 23:14 37:10,15,17,18 41:4 47:23 50:6 58:25 61:8 66:5,8, 24 69:11,15,22

**Jorge's**
59:9,15

**Jose**
28:21,22 61:4 69:25

**Juan**
13:24 56:9,11

**judgment**
59:12

**July**
6:17

**jumped**
37:16

**just**
6:14 10:9,16 11:17 12:1,7,25 13:15 14:1 15:1 16:21 18:25 19:18 21:8, 14 22:13,22 25:23 26:14,23 27:8 30:22 31:8 33:4 39:14,21 40:10,13 42:3 44:4,22 46:11,13 52:4,15 53:1 55:7,23 56:11,22 62:12 64:4 65:14 66:11 69:1 71:23 72:20

K

**keep**
9:5 19:6 29:20 36:15 47:11 70:14

**kept**
19:3,4 37:9,10 46:25 49:9 61:23

**kind**
12:8 16:15 24:4 31:24 70:5

**knew**
17:4 24:20,23 25:14 42:2

**know**
7:18 17:8 19:5,10, 13 22:8 26:7,23 31:16,19,23 35:14, 21 36:11 40:5 41:2,6 43:7 44:24 45:8,13,14,17,24 48:18 51:12 53:6 56:1 58:17 61:6, 11,14 64:20 68:21 70:10 71:10

L

**labor**
25:11

**Laffita**
6:7 27:17

**language**
10:20 63:5 72:2

**large**
44:2

**largest**
23:13,14

**Larou**
6:6,14 7:1 10:7,23 11:21 13:16 14:16 15:10 16:14 19:22 20:10 22:2 25:7 27:7 28:20 29:5,9 30:13,21 31:6 34:3,10 38:9 40:12 42:17,22 43:12 46:1,4,9,15,21 47:19 49:21 50:8 51:16,20,24,25 52:7,10,13 54:19 55:6 56:6,21 57:2, 8 58:19 60:1,11 61:7,19 62:1,12, 15,24 63:18 65:4, 13,23 66:11,19 67:3 68:7 69:3,5 71:11,18 72:19 73:3

**last**
5:5,17 6:16 7:6 10:16 19:7 49:10, 19 51:13,19,22 52:24 53:13 63:21 64:25

**late**
19:19,20,24,25

**later**
20:7

**lawsuit**
27:16

**lead**
69:10,12
**leaders**
23:2 41:22 51:4,8,13 52:3,11,14,20 53:1,7 58:1,4,7,11
**leadership**
22:19 28:9 31:5 41:17 48:19 67:15
**leading**
16:23 17:13 52:20 64:3,5
**leads**
59:6
**learn**
53:10,16
**least**
48:7
**leave**
8:11 20:3 44:1
**led**
53:7
**left**
7:6,8 19:19 27:15 37:22 51:9 55:4 62:14 70:10,13
**length**
72:6
**lengthy**
14:13
**let's**
28:22 45:4
**letters**
42:21
**likely**
63:20,21
**Likewise**
7:4
**limitation**
20:16
**limitations**
25:1,3,6
**limited**
55:13
**line**
51:3
**list**
64:21
**listed**
63:19 67:25
**listen**
30:8
**little**
62:12
**location**
23:12
**long**
17:4,9 32:17 34:15 39:12 48:11 50:14 68:25
**longer**
17:7 22:5 47:7 52:18 66:3 69:2
**longest**
17:7 35:22
**looking**
27:9 68:2,9,13,18
**lot**
30:1
**low**
67:18,20
**lower**
12:23
**lowest**
12:23
**Luis**
6:8,9 27:18

**M**

**M-U-N-O-Z**
5:20
**ma'am**
72:17
**Madam**
29:8
**made**
10:22 15:25 16:12 24:11 38:3 43:16 47:10 50:10,15,21 59:5,19 60:21
**mail**
66:24
**maintained**
19:2 70:17
**make**
12:7 15:1,7 21:8,9 22:22 24:1,18 32:13 36:12 37:19 44:6 54:6,22,23 55:2,7,16,19 64:4 66:9 67:12 69:14 70:1,4
**makes**
38:1
**making**
9:13,22 10:1,2,18 11:11,12 16:4 24:22 58:22
**man**
37:15
**manage**
26:19 54:7
**managed**
53:14
**management**
8:4 12:16 30:24 54:9
**manager**
12:17 18:2,10,16,19 19:14 20:12 22:16 23:10,25 24:1 31:9 36:22 52:2,6 55:3
**managers**
23:1 24:12 41:9,10
**mandatory**
48:14
**manner**
56:5
**many**
22:15 31:16 36:4 44:14,18,24 45:5 48:15,19 51:1 56:2 61:23 64:1 68:24
**March**
70:24 71:4
**mark**
27:3 63:22 65:6,16
**marked**
66:16 69:21
**matter**
7:23 45:1 48:19
**may**
6:3,12 13:25 56:9
**maybe**
10:8 50:18
**me**
10:8 13:15 26:23 29:12 36:6 38:14 44:21 45:15 47:25 49:14 52:19 62:11 64:14 65:2 73:3
**mean**
14:23 72:5

**meaning**
22:18 72:3

**means**
68:21

**measure**
61:17

**meet**
67:6

**meeting**
16:20 17:1 21:1 29:1 42:18 53:20, 22,23

**meetings**
9:1,8,9 10:25 11:5, 23 13:4,19 14:20 28:9 41:3,7 43:3 47:24 63:6

**Mendez**
22:4,8 49:19,20

**Mendez's**
22:6

**mentioned**
7:12,15 9:7 10:10 16:21 22:13 23:3 24:8 26:15 30:22 31:8 39:16 40:21 49:11 51:14 53:2 56:7 57:10 61:14 70:21

**message**
41:16,21

**messaging**
20:24

**met**
51:13

**method**
34:13

**Miami**
23:12,13 25:20 26:5 55:10 71:13

**Michelle**
51:14,18

**middle**
35:8

**might**
13:23 32:14,17 46:13 47:25 61:6 70:18,19

**mind**
49:17 56:22

**minutes**
30:11 56:23 69:4

**Miranda**
6:10 9:20,24 14:5, 8 15:5 16:10 36:16 47:15 49:16 54:17 56:25 58:16 61:1 62:5 64:24 65:9 68:4,24 71:6,22 72:11,15,24 73:4,6

**misheard**
56:10

**misrepresenting**
72:24

**miss**
37:20

**missed**
62:6,15

**missing**
17:23

**moment**
12:1,18 16:21 22:13 31:1 46:13 53:18 61:20 72:9

**month**
50:18

**Months**
50:16

**MOP**
11:2 12:12 16:20 34:19 53:20,23 59:5

**Mora**
52:24

**more**
8:25 25:18 26:4 31:1,18 32:22 45:1 48:22 49:1 54:13, 14,15 65:14 72:20

**Morfa**
52:23 68:20 69:6

**most**
9:6 63:20

**mostly**
9:10

**move**
30:4

**moved**
59:13,14

**much**
69:2

**multicultural**
44:13,15

**multiple**
22:13 28:11 63:5

**multiracial**
44:16

**Munoz**
5:1,17,19,20 6:22

**must**
7:20 51:9,10

**my**
7:19 13:7 14:20 18:3,8 23:9 26:22 27:3,21 29:21 32:12 36:12,21 37:22 41:16 44:3, 13 46:12 48:19 50:3,4,6 51:3,4 52:1,12 53:4,5 56:23 61:10,13 62:18 64:1 65:24 67:6,24 68:5,8

**myself**
12:16 16:1

**N**

**name**
5:5,18 16:8 28:10 29:4 45:14 49:19 51:19 52:24 68:19 69:11

**named**
27:16 52:4,15 68:10

**names**
13:25 21:9,13 27:16,19,20 45:13, 16 49:14 52:19 53:6 56:7,12,14,17

**nature**
38:23

**need**
19:21 32:14,17 39:14 42:19 46:11 53:25 56:2 59:9, 15,22 60:1

**needed**
9:4 17:4,9 18:21, 22 20:19 24:16 25:2 29:23 39:6 40:10 54:11 57:21 58:21

**needing**
71:15

**needs**
21:17 55:5

**never**
15:11 27:13 29:2 30:7 33:25 38:13 40:9

**new**
8:18 34:20,21 49:24 54:3,4 56:19 64:9 70:8

**next**
40:2 68:19 69:3,10 70:8,11

**night**
18:11 20:1 23:7 45:6 52:15 53:2,5 58:23 68:2,5,11,16

**no**
8:4,10,17 10:20 12:11 13:22 15:16, 17 16:19 17:15 21:7,13 22:4 24:7 25:5 28:2,14 32:1 33:21,24 35:2 36:9 37:6,7,8 38:18 40:8,18 42:8,19 43:18 44:7,10,13 45:14,24 46:7,15 47:7,9 49:2 50:20 52:18 53:9 56:16, 19,20 57:1 58:10 59:14,15,18 60:4 61:10,13,23 64:13 65:6,11 69:17,23 70:3,17 71:15,19

**nobody**
35:16

**none**
40:8

**normal**
38:21

**Normally**
11:1

**not**
9:12,17,22,23,25 10:2,5 11:12 14:8 15:23 16:3 17:15 19:12,18 22:7,10 25:23 26:18,19 32:2 33:24 34:4 36:12,17 39:11,18, 19 41:14 42:1 43:5 49:25 50:2 51:7 53:18,21 55:22 56:12,14 57:13,19 58:7,12,17 59:6,15 61:3 62:14 63:1,14 64:8,10,18 70:3,6 72:5,14 73:1,2

**note**
38:3

**notes**
56:23

**nothing**
5:25 11:24 28:23 37:7

**notice**
33:19,22 34:1 39:17,18 40:14,21, 24 41:2,12

**notification**
8:11

**notified**
42:23 60:25

**November**
34:5,12,21 36:2,5, 8 38:11 39:17 51:9,11 71:25

**now**
5:16 6:12 26:23 27:3 34:16 44:22 45:2 46:2,5 47:7 53:22 68:9

**nowadays**
44:21

**number**
5:8 12:14,20 21:11,20 26:12 27:10 31:19 48:18 49:12 53:24 54:10, 14 55:9,10,16,23, 24 56:1,4 57:11, 12,20 58:20 60:6 64:8,10 70:14

**numbers**
14:4 54:2,13

## O

**O-N-G**
51:14

**Object**
15:5 16:10 47:15 49:16 54:17 58:16 61:1 62:5 65:9 71:6 72:24

**Objection**
64:24

**observe**
32:3

**observed**
32:7

**obtaining**
34:13

**obviously**
11:18 15:7 20:16 21:12 24:22 25:1 31:4 32:25 39:5 43:25 48:13 50:7 58:3 59:2,11 60:16 66:3

**occur**
9:3

**October**
7:19 36:8 38:11

**odd**
27:20

**off**
7:6,8 10:10 30:15, 17 34:8,14 35:3 36:1,7 37:4,7 38:5, 11,17 39:1,3,9 40:23 41:14 42:4 46:17 57:4 61:3 62:14 73:8

**often**
43:19

**Oh**
57:2

**okay**
6:14 7:5,25 10:8, 13,16,24 12:1,24 13:17 15:19,22 16:13 18:9,14 22:11,21 23:18 25:8,25 26:14 27:1,14,23 28:24 30:15 31:7 33:25 36:18 44:22 45:4 46:9,16 49:3 51:12 52:14,19 53:6,16, 23 55:7,22 56:11, 14,17 57:2 59:15, 22 64:11 65:14,15, 24 66:4,20 67:9, 19,25 68:13,18,23 69:9,14,20,25 70:4 71:3,18 73:3,7

**older**
40:4 72:1

**on**
5:3 6:6,10,16 8:1, 5,15,20,22 9:4,5 12:3,9 13:1,6,19, 20 14:1,19,22 15:4,13,15,16,17, 18 16:6,18 20:16 24:1,16 27:3,21

28:22 30:4,20 31:4 32:11,18 36:3 37:10,22 38:7,15 41:20 44:9,12,19, 23,25 45:4,6,12,20 46:20 47:11,14 52:12 53:14 54:6, 23 55:16 56:3 57:7,20 58:17 59:13,20 61:2,10, 15 63:17 66:5,21, 25 68:1,14 69:24 70:22 73:1,2

**onboarding**
7:11

**once**
12:20 16:11 17:3 47:16 59:4,7,18 69:18

**one**
7:22 22:17,18,19 23:6 29:12 31:1 38:1 40:2,4 44:4 47:24 49:17,18 51:22 55:19,24 58:11 61:20 63:6,7 65:14 66:2,25 67:14 69:18 72:9, 20

**ones**
12:6 27:22 33:14 52:4,17

**Ong**
51:14,18

**ongoing**
23:22

**only**
12:16 18:7,10 27:23 28:13,15,18 35:4,16 38:22 39:7 40:23 43:23,25 47:1 52:12,15,16, 17 53:2,4 58:22
68:2,5,11 71:15

**op**
28:2

**open**
20:15,18 21:2,7 23:21,22

**operate**
24:21

**operation**
18:7 28:2,19 35:23 36:5 41:8 44:2,13 47:9 54:18 55:5,10 63:11,12 67:6

**operational**
54:9

**operations**
11:17

**operative**
9:10

**operator**
45:10

**opportunity**
30:8,9 38:8 40:6,8 71:24

**order**
8:11 21:25 49:24 56:5

**Ortiz**
6:8 27:17

**other**
12:17,18 13:18 18:16,17,20,21 23:14 27:22 28:14, 23 31:4 33:9 35:5 36:21 38:25 39:8 44:5,11 51:1 52:3, 4,10 54:16 57:17, 18 63:6 65:5 67:20 69:14

**others**
64:18

**our**
16:25 35:23 38:20 47:24 58:10 59:11, 12

**out**
8:6 12:21 17:1,24 32:8 37:15 42:19, 20 53:19 60:20 67:14

**outs**
17:24

**outside**
46:23

**over**
20:24 21:6 25:11, 12 26:8 37:1,16

**overheard**
44:8

**overtime**
19:15 20:11,14,19 21:6 25:21

**own**
20:23 23:3 37:21 38:5 41:18,23

**P**

**P.M.**
73:9

**packages**
33:1

**page**
27:15 68:18

**Pages**
66:21 68:1,14

**paid**
17:25

**paper**
19:11

**part**
7:5 9:22,25 10:2 11:17 18:3 21:23 32:12 33:7 35:23 48:19 51:16 53:4 59:2,3,6

**participate**
9:12 10:5,17 21:4 58:13

**participated**
9:15

**participating**
41:4

**particular**
20:13 30:24 58:22

**parties**
12:18

**pass**
41:18

**passing**
41:19

**paying**
21:12

**payroll**
17:22,23 18:4,11, 18,21 47:17

**peak**
34:15,17 39:1,9 41:14 43:8 46:23 47:1

**people**
9:17 12:15 20:3,6 21:9 24:19 25:12, 13,14 42:10,11 44:14,18,20,25 45:1,11 54:13,14 56:2,13 61:24 63:17 67:17

**Pepito**
13:24 56:9,11

**per**
22:17

**perform**
32:22

**performance**
8:6,7,15 9:5,17 12:3,10,23 13:6,21 14:2,3,9,11,19,22 15:4,13,15,18 16:7,13,18,22,23 17:12 23:23 28:4, 25 29:21,24 31:22 32:5 42:7,13 49:13 60:7 61:16,17,22 62:23 63:23,24,25 64:7,12,15,23 65:3 67:18,20 69:24 73:2

**performing**
9:18 32:4 33:13 62:9

**perhaps**
11:6 30:12 50:16, 23

**period**
40:11 44:23 45:20

**permanence**
43:11

**person**
20:25 21:24 24:2 32:2 36:11 44:4

**Personal**
19:3

**personally**
28:1 32:3 40:17

**personnel**
41:11 55:4

**physically**
17:15 43:21

**pick**
7:8

**Pinto**
6:8 27:17

**place**
25:10 47:21 49:24

**places**
44:14

**Plaintiff's**
27:4,5 65:18

**Plaintiffs**
6:7 27:16

**plan**
17:3 53:12

**play**
58:1 71:13

**played**
29:14,17

**please**
5:5,11,17,22 6:4 9:16 29:3,7,13 37:5 40:9 59:25 66:12,15

**point**
38:7

**policy**
38:7,21 47:20,22

**Portales'**
58:14

**position**
22:6 48:13 55:12, 23 57:22 58:22 68:20 69:9

**positions**
18:5 26:14 54:16 55:13

**possibility**
48:10

**possible**
14:15 24:18 30:11 39:23

**potential**
42:6

**Prado**
6:8 27:18

**precise**
14:14

**precisely**
39:11

**prepare**
8:8 51:1,7,8

**prepared**
34:4 39:16 51:3,6 62:10 67:4

**preparing**
50:24

**present**
8:12 9:8 10:4,24 11:4,9,19,23 12:15 41:6 61:3 63:11

**presented**
50:3

**pretty**
56:21

**previous**
12:11 16:25 17:1

**previously**
21:7 26:6 66:8

**Primeflight**
47:5,7,12

**prior**
8:16

**pro**
14:7

**probably**
36:18 45:11 64:20

**problem**
46:15 57:1

**problems**
24:23

**proceed**
6:13 16:13

**proceeded**
59:5

**process**
9:13 10:6,18 11:11,12 16:4 17:1,10 58:2

**processed**
33:6

**productive**
9:6

**productivity**
14:6,8,11

**program**
67:6

**prohibited**
8:4

**proper**
34:13 39:13,14

**properly**
17:25 40:1 54:7

**protocols**
49:13,25 58:10

**provide**
9:11 17:11,22 20:18 29:22 31:10 32:13 33:10 34:25 35:9 39:14 43:3 55:22,24 56:5 58:12

**provided**
7:7 33:6 41:13 42:18 43:2 65:2

**PTO**
35:3 37:24
**Puerto**
23:16,19 24:10,15 26:1,3
**punch**
17:24
**put**
6:3

Q

**quarter**
57:11 70:24 71:3
**quarterly**
70:22
**quarters**
53:14
**question**
13:7 25:25 29:7, 14,17 46:10 51:17 52:1,9 59:25 65:1, 24 68:8
**questions**
12:25 66:18 71:20
**quick**
71:23 72:20
**quickly**
27:8
**quit**
50:13,17,19
**quite**
37:19

R

**race**
8:5
**races**
44:15
**raise**
5:11,22
**raised**
28:13,24
**ramp**
19:18 24:17,18,20 45:10 52:16 55:11, 19
**ramps**
25:13
**range**
49:3
**ranking**
64:21
**rather**
33:13
**re**
26:18 71:8
**RE-DIRECT**
72:18
**read**
29:8,9 73:5,6
**reading**
73:10
**reads**
66:14 68:21 69:10
**really**
71:19
**reason**
33:3 38:10,16
**recall**
7:18 9:10 11:6,8 20:2 27:21 28:10 36:4,10 39:2 40:4 45:16,19 47:23,25 49:17 50:16 52:24, 25 53:21 54:12,13 56:12 57:19 61:10 71:8
**receive**
7:12 8:1,15,22 16:15 25:18 26:4 37:6
**received**
7:10,17 9:7 13:1, 12,13 67:22
**receiving**
26:18
**recess**
30:11
**recognize**
27:19,23
**recommendations**
32:11 61:9
**recommended**
61:12
**record**
5:4,6,7,18 6:5,14 21:9 27:2,6 29:15, 18 30:16,18 46:18 57:5 61:23 65:19 66:11 73:8
**recruitment**
71:17
**red**
66:16,17 67:10 68:14 69:21
**redacted**
41:16
**reduce**
71:10
**reduced**
54:21
**reduction**
8:2,6,23 10:6 12:12,14 13:2,20, 23 14:18,21 15:3, 12,15 16:6,17,24 17:14 42:9,24 43:4 46:24 53:11,12,15, 17 57:18,22 58:9, 15 59:1 60:13,24 63:2 64:6 65:7 70:7
**reductions**
9:3,16 10:18 11:11 12:2,9 13:5,19
**reference**
8:6
**referenced**
19:1 22:22
**referred**
8:19
**referring**
28:5 31:7 65:21
**refute**
36:25
**regarding**
31:24 43:16 49:12
**regardless**
38:5,18
**reject**
61:8
**rejected**
61:11
**rejects**
36:25
**related**
7:16
**relation**
8:2
**remain**
66:17
**remained**
52:17

**remember**
11:8 28:22 39:10 49:18,19 50:9,18, 21 54:10 56:17

**reminded**
33:5

**reminder**
35:10,11 42:9,12

**reminders**
35:10

**reminding**
41:17

**repeat**
29:3,7 59:25

**repeatedly**
39:25

**repetition**
13:11 21:23 37:14 55:1 62:18

**replace**
70:11,13

**report**
21:20 22:19 28:7 49:22 50:3,10,15, 22 51:6 59:4,7

**reported**
21:11,13,15 60:9

**Reporter**
5:3,10,16,21 6:3, 12 29:8,12,16 30:15,20 46:20 57:7 73:5,7

**reporting**
64:13

**reports**
22:1 49:12,15 50:24 51:2,3,7

**representative**
61:5,6

**representatives**
11:22

**request**
13:11 14:13 21:23 28:16 30:6 34:6 35:2,25 36:1,7,12 37:13,24 39:4 54:7 55:1 60:22 62:18

**requested**
24:24 61:3

**requesting**
24:17 37:4 38:11, 17

**requests**
66:18

**required**
7:12 11:13 60:6,10

**requirement**
48:14

**requirements**
48:12

**reserved**
73:11

**resisting**
49:23

**resolve**
24:23

**resources**
8:18 9:11 11:19 18:24 19:2,4,5,7,8 50:4,7,9 60:14,22 71:16

**response**
10:16 13:3 20:9 62:16,18 63:14

**responsibility**
18:1,6,8,14 37:21 38:6 68:5

**responsible**
18:10 26:7 52:20

**rest**
49:17 52:18

**result**
64:19

**resumed**
30:19 46:19 57:6

**review**
28:10 56:23 65:15 66:3 69:18

**revise**
17:22

**revising**
17:21 18:11,17

**RGMS**
26:11,15

**Richmond**
23:12,16,19 24:10, 14,17 25:10,18

**Rico**
23:16,19 24:10,15 26:1,4

**right**
5:3,11,22 10:3 14:24 18:12 27:3 36:9 40:19 44:22 53:22 57:9 63:3 67:4 68:8,9 71:18

**risk**
41:25

**Rodriguez**
6:9 27:18 28:6 29:5

**role**
58:1,14,25 60:12 71:13

**roster**
62:8,10,21 63:10, 22 65:20 67:7,8, 10,23 68:1

**rosters**
65:5

**row**
68:19 69:10

**rubric**
61:16,18,19,20

**rumors**
33:2,4

## S

**safety**
49:13

**said**
10:1 14:5 21:7 36:9,16 42:15 56:9,25 62:25 66:8 67:19 68:25 71:8

**same**
6:9 16:20 25:25 26:6 27:18 29:21 34:25 36:14,15 43:22 70:14

**SAS3**
65:17

**SAS8**
65:17

**saved**
19:1

**saw**
43:21,23

**say**
14:23 15:9,21,23 37:6

**saying**
37:3

**says**
16:13 36:13

**schedule**
63:16 65:1,2 67:7

**scheduled**
35:17

**schedules**
67:7

**score**
61:18

**scoring**
61:16,19

**screen**
26:22 27:3

**scroll**
27:8 66:21

**season**
34:17,18,20 35:3 37:7 39:1,9 40:23 41:14 42:4 43:8 46:23 47:1 54:3

**second**
21:23 29:12 67:1 69:10 71:3

**secret**
42:1

**security**
55:11

**see**
7:2 14:4 31:3 32:5 43:19,25 67:10 69:9

**seeing**
64:9

**seen**
27:1,11 48:15,22 64:19 65:25

**segments**
14:14 34:16 39:21

**select**
57:13,23 58:7

**selected**
14:18 15:3 16:5,17 21:6 23:18,20 25:17 26:1 61:15 62:4 67:17,18,19 68:15

**selecting**
13:2

**selection**
58:2 62:2 69:24

**send**
23:14 25:12,14 41:16,17,21 42:19 60:20

**sending**
24:19,20 42:20

**sends**
37:3 67:14

**seniority**
72:11,14,21 73:2

**sent**
42:12,14,15,17 66:4,7,24 69:15

**separately**
19:1

**September**
35:14 36:6 50:23

**service**
35:1 72:6

**session**
7:16

**set**
49:24

**several**
44:20 50:24 61:14

**sex**
8:5

**sexes**
44:15

**share**
26:22

**she**
9:21 10:1 14:5 36:16 39:4,5,6 73:5

**She'll**
73:6

**shift**
12:21 18:8,11,15 19:24 20:1,7,20 23:7,8 25:24 27:22 28:23 36:12 43:22 44:19,25 45:6 52:12,15 53:2,3,5, 7 58:17,18,23 61:13 64:1,3,5 68:2,3,5,11,16

**shifts**
22:19,25 55:17,21

**short**
30:17 46:17 57:4

**should**
8:22 13:19,20 14:1,19 15:4,12,15 16:6,18 69:3

**signed**
37:24

**significant**
42:11

**signing**
73:10

**similar**
33:10

**similarly**
38:19

**simply**
38:7 59:7,12,19

**since**
10:14 11:18 47:21 48:3 58:3

**Sir**
5:5

**sit**
16:8 69:17

**situations**
27:21

**six-page**
65:16

**skin**
44:9,21

**skinned**
45:2

**slow**
28:12 31:9,11,17, 25 32:6,7

**small**
11:7

**smaller**
41:5

**SNI**
33:11,17 46:22 47:2,8,10,13,16 48:6,16,20,23

**solely**
15:18

**some**
7:12 12:8 35:4,5 37:19 51:12 64:17, 18 67:9 69:1 72:4

**someone**
11:13 13:17 47:25 49:18

**something**
37:17,18 38:19,23 39:5,6 48:2 70:20

**sometime**
7:17 35:12

**somewhere**
49:3

**sorry**
5:23 7:20 9:20,24 10:20 13:10 14:5 29:6 36:16 39:20 43:1 46:3 54:25 55:25 56:25 57:2 59:24 62:6 63:13 68:24

**sort**
35:4

**Sosa**
51:14,18

**South**
46:8

**Spanish**
5:13

**speak**
41:15 42:8

**speaking**
10:14 12:17 33:15 53:4

**specific**
12:17 15:24 32:21 53:24 54:10 55:23 60:4 67:16

**specifically**
8:1 16:4 26:16 31:7

**speed**
17:9

**spend**
31:19

**spent**
31:20 51:12

**spreadsheet**
66:22,23 67:4,13 68:10,19 69:15

**Stamped**
65:17

**standard**
49:25

**stands**
36:19

**start**
34:20 45:6,21 52:21 62:7

**started**
44:17 49:11 50:23 51:10 52:2,5 64:13,15

**starting**
35:11

**state**
5:5,17

**stated**
12:1 13:3

**stating**
41:13

**station**
23:14 24:17 34:23, 24 48:3

**stations**
23:15 26:20 34:25

**stay**
19:25 20:3,7

**stayed**
70:18

**staying**
21:10

**step**
12:24

**still**
11:2 23:21 38:8 44:20 45:9,10

**stopped**
22:9

**Stratair**
7:8,11 8:3,14,21 13:18 14:17 16:9, 16,23 17:11,13,19 19:15 20:13 21:5 22:9,15 23:11 24:10 25:19 26:8 30:23 31:10 33:9 40:22 41:13 42:23 43:17 44:6,9,12,17 45:23 46:22 47:2, 14,18 48:5,8,9,11, 17,22 49:7,11 50:15 52:22 53:10, 12,24 57:10,18 63:20 64:22 69:7 70:2,8,15 71:12 72:21

**Stratair's**
10:18 11:10 19:5

**strike**
15:8 18:22 19:20 21:3 25:4 27:2 30:3 32:19 35:13, 18 36:3 54:1,8,24 68:13

**structure**
26:10

**study**
15:13

**sub**
67:15

**subject**
7:23 13:23

**submit**
60:14,18 69:19

**submitted**
28:3 39:4,13,15 60:5 61:9 67:23 69:21

**subordination**
49:23

**summer**
32:15

**Sumoza**
6:8 27:17

**SUP**
68:21

**super**
23:25

**supervise**
28:1 44:3

**supervised**
59:11

**supervisor**
17:2,11 22:7 23:25 24:1,6 28:4,5,14, 15,18 29:4,20 31:9,12,20 32:6 33:9,13 36:6,13,17 37:25 38:13,14 40:18 45:2,14 50:4 51:5 58:10,12 63:16,22 67:23 68:22 69:6

**supervisors**
10:22 12:5,8,22 21:5,8 23:2 24:11 30:24 41:9,10,22 43:14 51:4 57:22 58:4,5 64:13 65:2, 3,6,22 69:17

**support**
9:12 10:5 11:13 19:21 20:18 23:14 24:24 29:22 33:18 39:14 58:12

**sure**
12:7 15:1 16:3 22:7,10,22 24:19, 22 32:13 53:18 55:7 60:1 62:14 64:4 66:9

**surgery**
35:4 38:23

**swear**
5:4,11,22,24

**sworn**
6:20,24

**system**
21:19 24:23 60:16

**T**

**take**
8:13 12:24 30:11 35:12,13,16 36:1 40:23 41:14 46:13 55:2 56:23

**taken**
38:19

**taking**
17:7,9

**talk**
17:8 29:22 31:20 37:10 63:9,10

**talked**
28:11 42:19 53:20

**talking**
31:21 51:12

**team**
9:10 15:6,25 16:1 31:5 41:11,16,17 48:19 51:13 52:3, 10,14,20 53:1,7 58:1,7 63:17

**teams**
41:23

**tell**
14:17 20:8 38:10, 16 42:5 49:14 52:19

**tells**
43:13

**tenure**
72:6

**term**
19:17 72:8

**terminate**
9:17 63:1 72:22

**terminated**
13:23 38:6 49:6,8 57:14,24 58:8 59:10,16,23 60:2, 25 63:20,21 64:12

**terminating**
8:4

**termination**
8:16 9:12 33:22,25 60:8,19 61:8,12,15 62:4 66:16 68:16

**terminations**
9:4 60:5,15,21,23

**terminology**
14:14

**terrible**
25:11 28:4

**testified**
6:21,24 9:21

**testify**
71:24

**testimony**
5:24 15:2 72:25

**than**
8:25 18:17,21 25:19 26:5 31:18 40:8 45:1 48:22 49:1 52:4 54:13, 14,15 57:18 65:5 67:20

**Thank**
5:10,16,21 6:3,12 7:4,25 14:10 29:11,19 30:14 36:23 46:16 72:12, 15 73:7

**that**
5:12,23,24 6:16 7:7,10,12,15,17, 19,22,25 8:20,22 9:1,3,4,11,17,19, 21,25 10:1,4,5,9, 10 11:19 12:1,2,4, 7,9,15,17,20,22 13:3,4,5,12,13,19, 20,22 14:1,2,13, 14,17,22 15:2,8, 11,14,19,21,22,23, 24 16:5,9,12,16,19 17:3,6,7,8,9,24 18:1,7,12,14,22, 23,25 19:1,6,9,12, 20,21,25 20:11,17, 18,20 21:3,9,12, 13,19,24 22:3,4, 11,17,21,23,24 23:13,15,16,18,24 24:2,5,8,10,19,23, 24 25:5,10,14,15, 17 26:1,13,14,20, 24 27:2,9 28:3,7, 13,18,22,24,25 29:23 30:3,23,25 31:8,10,13,14,17, 24,25 32:6,8,12, 13,16,19 33:2,3,5, 6,7,10,12,14,16 34:4,11,19,23,25 35:1,3,6,9,11,13, 16,17,19,21 36:1, 3,6,7 37:3,4,5,15, 16,17,18,19,20,22, 24 38:1,3,6,10,11, 14,16,17,23,24 39:3,5,6,7,9,16,18, 21 40:1,9,14,15, 17,21,22,24 41:2, 3,4,12,13,16,19, 21,22,25 42:1,5,6, 9,12,14,16,18,24 43:4,6,7,8,9,10,11, 13,15 44:14,17,24, 25 45:5,7,9,20,21, 23 46:6 47:10,20, 21,22 48:2,3,6,10 49:3,11,15,22 50:10,15,17,21 51:16 52:2,9,11, 12,14,17 53:1,7, 10,14,16,18,20,22, 23,24 54:1,4,6,7,8, 11,15,22,24 55:2, 4,7,10,16,20 56:3, 4,8,15,18,19 57:10,14,18,19,21, 24 58:1,11,13,21, 22 59:3,4,13,19,20 60:4,6,9,15,16,18, 20,23,25 61:2,4,6, 9,10,14,23 62:3,9, 22,23,25 63:3,5, 13,16,17,19 64:1, 6,14,25 65:5,15, 20,21 66:2,4,7,9, 13,23,24 67:7,9, 14,17,22,25 68:8, 13,15 69:4,10 70:7,8,22,23 71:1, 24 72:3,13,21

**that's**
5:9 10:3 24:5 30:13 38:18,19 40:19 43:5 45:2 51:5,9 53:13 65:21 70:19,20 72:15 73:3

**their**
19:9 20:23 23:3 25:24 26:10,11,12 29:23 32:17 41:18, 23 42:13 43:10,11

45:13,16 49:19 62:8,21,22 64:15 65:3 72:14

**them**
12:13 17:8,9 19:18 20:7 21:13 29:22, 23 30:3 31:15 32:1 33:15,17 35:10 40:5 41:17 42:8 45:17 47:1,11 52:12,16,18 60:15 61:25 63:6 64:1

**then**
12:20 13:3 21:8 23:2,25 24:18 25:1,22 37:22 40:2 41:23 55:12 57:11, 20,23 58:5 61:5

**there**
9:11 11:8 12:12,17 13:3 16:19 17:6 19:24 21:1,16,24 22:16,17 23:5,22 24:25 25:5,11,12, 21 28:9,21 29:16, 25 30:2 33:2,12 34:17,23 35:4,22, 25 39:8 40:25 42:5,9,19,24 43:7 44:14 45:9,10 46:25 48:10 49:9, 24 52:3,8,10,16, 17,18,23 53:16 56:20 58:11 60:4,8 61:23 62:2 64:6,17 65:1,6,8 66:22 67:9 68:6

**there's**
12:13 20:22 21:19 23:21 34:15,19 35:17 43:7 45:2 54:4

**thereupon**
6:18 27:5 29:14,17 30:17 46:17 57:4 65:18

**these**
13:18,19 15:2 21:25 27:15 56:13 64:14,17 66:7 68:2,11,15 69:21

**they**
10:5 11:6,13,18,19 14:1,4 17:3,4 20:17 21:2,3 24:20,22,23 25:18, 22,23 26:4,10,11 27:20 29:23 30:1,3 32:17 33:18 35:12, 13 39:11 40:25 41:13,19,23 43:7 48:7,9,10,11,12 52:15 53:2,3 54:4 55:23 58:3,4,5,7,9, 12 60:16,25 61:22 66:16 67:6

**they're**
11:24 24:25 52:17 56:14

**thing**
19:19 36:14 44:3

**things**
38:22 40:11

**think**
14:5 27:21 34:24 36:6,9,16 49:18 56:7,21 64:20 69:2

**third-party**
34:25

**this**
11:17 12:11,15 14:13 27:1,3,9,11, 16 29:25 33:7 34:15 35:7,18,20, 23,24 37:15,17,18, 21 39:24 40:8,9 42:2 43:11 53:13 55:15 56:5 62:13 64:21 65:16,25 66:4,12,20,22,23 67:4,11,12,14,15, 16 68:1,8,9,10,14, 18 69:15,18,22 72:8

**those**
9:7,9 10:24 11:4, 11,23 13:4,7 15:7 19:10,23 21:15 23:19 24:14 25:9 26:14,20 27:19 33:4,16 37:5 41:6 45:12 49:15 51:2,9 52:14 53:1 54:2 56:14 58:6 59:7 64:11,15 65:5 67:12 70:5

**thought**
9:24 10:1 62:25

**thread**
20:23

**three**
16:2 22:18 26:14 31:18 42:10 53:1 55:19

**through**
18:23 27:8 33:11, 17 38:4,11 47:8,13 60:9 63:11 65:17 66:21 68:1 70:24

**throughout**
67:11 71:12

**time**
10:14 17:7,13,19 18:2,7,9,19 19:14 20:16 22:16,17,23 23:10 25:23 26:8 31:19,20 32:18,20 33:6 34:8,11,13 35:3,6,9,12,13 36:7 37:7,8,19,21 38:5,11,17,25 39:2,4,9 40:23 41:4,14 42:4 44:4, 17,23,25 45:5,20 48:5,12,21 49:5 51:12,13 52:2,5, 11,12 56:19 61:2,3 64:9 70:8 71:12,19 72:4

**times**
31:16,18 32:15 43:23 61:14

**tired**
33:1,3

**today**
5:25 7:3 16:8 71:19

**today's**
6:15 8:9

**together**
43:22

**told**
15:2,11 21:2 31:16 36:6 37:12,17,18 38:13,14 40:9 41:24 47:22 53:23

**took**
34:8 38:5

**top**
27:15

**total**
43:23 55:9,24 57:10

**track**
16:23 17:17 61:24

**tracked**
42:13

**tracking**

14:3 16:22 17:6 29:20 61:22 62:20 65:3

**training**
7:7,10,13,16 8:1, 15,19,22 13:1

**trainings**
7:22

**transition**
47:5,18 48:16,23

**translate**
51:16 66:12

**translated**
9:25

**travel**
24:3,9

**trusted**
59:12

**truth**
5:25 6:1

**try**
32:22 37:11 38:4 40:5

**trying**
32:8 36:10 39:21 49:24

**turned**
50:13

**twice**
43:21,25

**two**
23:15 43:22,23 55:17 56:8

**type**
25:3,8

**types**
19:23

**typically**
25:18 26:4 48:6

## U

**UKG**
17:16,20 18:18 19:1,4

**Um-hum**
26:25 70:25

**under**
38:5,20 58:10 68:20

**understand**
63:15

**understanding**
12:7 15:1 22:22 55:8 64:4

**understood**
10:1 60:6

**unless**
37:7

**unload**
17:5 25:15,16 32:19

**until**
8:10 35:16 37:11 52:6,7

**up**
7:8 16:24 17:10,13 34:4 35:16 39:18 40:13 62:12 64:3,5 65:6 70:18 71:24

**upon**
9:16 14:21 16:13 26:12,13 60:7 62:23

**ups**
10:9

**urgency**
37:8 38:22

**us**
12:22 14:3 16:2 56:1,4

**use**
17:20 18:18 46:22

**used**
17:17 21:19 47:4 61:16 62:3 65:22 72:1

**uses**
47:2,7

**using**
13:25

**utilize**
47:4

**utilized**
37:23

## V

**vacation**
35:3,12,13,16 37:8 38:15,20 61:2 71:25

**vacations**
35:17

**variable**
70:19,20 71:9

**varies**
71:9

**vary**
20:2

**Velasquez**
51:15,24

**verbal**
8:25 9:7 13:4 40:13 65:11

**verbally**
28:8 29:1 32:2

41:3

**verify**
27:8 50:5 60:16 63:8

**via**
20:22

**VIDEOTAPED**
5:1

**view**
26:23

**Virgin**
45:23 46:6,7

**Virginia**
23:12

**visit**
38:15

**volume**
9:4 12:3,9 13:6,19 16:6 34:21 45:8 54:23 56:3

**VPS**
26:11,15

## W

**waive**
73:5

**want**
12:24 21:4 44:22 49:25 69:1

**wanted**
9:5 20:18

**wants**
21:3

**warehouse**
19:15 20:21 22:23 23:5,7 24:25 25:17,19 26:2,3,5, 8 28:18 33:10,16

34:14 38:25 39:8 45:4,5,9,11,13,22 46:6,22 47:2,13 48:6,16,23 51:5 52:20 53:7,25 54:15 55:11,18 57:12 70:2,9,16 71:14

**warning**
33:19 34:4 39:17, 18 40:14

**wasn't**
13:14 15:6 20:24 22:11 28:21 33:12 42:2,10 47:1 48:14 52:16 60:8 63:11 64:1

**watched**
43:24

**watching**
44:4

**way**
8:8 17:3,6 32:8

**we**
5:3 7:6,8,10 9:1,5, 20 11:12 12:20 13:12,13 15:6,16, 17 16:8 17:8,9 20:2,3,6,15,16 23:22 24:18,19 25:1,12,13,15 26:12 29:8,16 30:7,8,15,20 32:7, 8,12,13 33:13,14 34:16 35:9 36:14 37:4,5 38:6,7,8,23 39:5,13,14,24,25 40:5,8,9 43:3 46:20,25 47:9,10, 18 49:10 51:12,13 53:14,20 54:1,2,6, 7 55:16,19 56:1,3, 4 57:7 59:4,5,7,13 60:5,14,20,21 62:14 64:15 67:16, 17,19 69:18

**we'll**
12:13

**we're**
13:24 15:6,7 27:9 43:4 49:23 56:2 68:1,9 73:7

**We've**
10:14 46:14

**wedding**
38:17

**week**
6:16 7:6 19:7 40:2 49:10 53:13 70:12

**went**
26:3 36:2,4,12 37:10

**were**
7:12 9:17 11:6,9, 18 12:2,5,9,22 13:4,5 18:10 19:4 20:12,13 21:6,9,13 22:16 23:18,19 24:14,19,20,22 25:1,17 26:1,16 29:25 32:7 33:2,4, 11,14,16 35:4 37:20 38:24 39:12 41:3 42:23 43:20 45:17,23 46:25 47:10 52:3,10,16 53:23 56:11 58:11, 20,22 60:21,25 61:15 62:2,3,4,23 64:6,11,14 65:6,7 67:17 68:15

**weren't**
61:23

**what**
9:23 10:3 22:6 24:13 25:3,8 27:2 32:21 34:11,12 49:22 53:4 54:24 58:14,25 60:12 63:23,24 64:10 66:6 68:21 71:15

**what's**
51:19

**Whatsapp**
20:23 22:14,15,21

**when**
8:17 12:12 14:23 22:8 32:6 36:5 38:2 43:24 49:10, 11 50:16,19,21,23 51:10 52:6 53:10, 16,18 58:20 60:5 63:9,10 64:13 67:5 70:7 72:22

**whenever**
19:19,20 20:24 30:1 32:1 60:21

**where**
7:8 19:23 24:16 25:10 28:11 32:25 36:1 44:12 47:20 62:14

**whether**
12:25 19:10 24:2, 9,14 55:10 61:11

**which**
7:19 12:16 17:1 20:13 21:6 28:5 34:17,21 37:23 38:23 41:4 51:4 53:5 54:20 55:12, 13 62:3 66:15 67:16

**while**
8:14,21 12:25 20:12 43:7,16,19

**who**
9:8,14,19 10:24 11:1 12:3,5,6,17 13:7,22,25 15:19, 25 16:9 18:14,16 21:3,24 22:3 23:7 26:7,15 30:24 31:12 36:13 41:6, 21 42:14,15 43:13 47:22,25 50:9 51:8 54:20 57:13,21 60:18,24 61:6 63:11 67:4,17,20 72:22

**who's**
45:9,10

**whoever**
21:4

**whole**
5:25 62:15

**why**
14:2 39:18 51:6

**Wil**
11:9

**will**
11:15 15:21 19:16 20:4 21:22 23:22 28:16 30:5 34:6 36:20 37:13 50:5 55:10 62:13 63:4 65:15 66:17 73:5

**Wilson**
11:6,7,9

**with**
8:14 9:11,21 11:24 12:6 14:20 17:8, 12,13,19 19:14 21:25 25:14 26:16, 20,23 28:13,23 29:22,25 31:4,5, 10,13,14,20 32:1, 24 33:1,7 34:20

35:1 37:2 39:4 43:20 44:20,21 45:15 48:5 49:11 50:2 52:21 55:4, 22,24 56:9,15,18 58:3,6 59:4,5 60:14,22 61:4 64:11,15 65:11,15 66:10,17 69:17 70:3 71:12 72:3,6, 21

**within**
33:6 41:18 53:5

**without**
34:9

**witness**
5:19 6:2,11,23 9:21 10:20 36:21 51:21 72:17 73:11

**wondering**
46:12

**word**
15:8 16:12 66:25 72:1

**work**
8:11,13 9:4 12:3,9 13:6 16:6 19:15,25 20:11,14,17,19 21:6 23:12,19 24:10,14 25:13,15, 18,23 26:1,4,13 28:25 31:25 32:11, 24 33:1,3 40:1 43:8,10,24 50:14 51:10 53:2,3 58:5 59:11 61:17 62:9 64:15 70:3,9

**worked**
12:6 21:21 23:7 43:22 44:19,25 45:6 48:12 52:15 58:3

**worker**
48:23

**workers**
18:12 20:21 33:10, 16 46:8 47:7,13 55:11

**working**
8:14,21 17:19 20:12 22:9 23:10 25:19 26:5 31:3,9, 11,17 33:16 43:6, 16,20 44:21 45:22 47:13 48:5 49:9 55:9 63:17 64:22 70:1

**works**
22:5 34:24 45:15

**worst**
64:23

**would**
5:14 9:3 11:4,20, 22 12:20 15:17 17:2,4,8 18:23 19:6,20,21,24,25 20:2,6,17,20 21:1, 2,3,8,12,15 22:24 23:6 24:13,18 25:5,8,18,21,22,23 26:4,11,13 29:9,20 30:7,10 31:3 32:13,18,19 33:9 34:12 35:9 37:21 38:19,22 39:11 40:1,2 41:6,16,19, 21 42:20 43:19 47:17,18 48:7 51:8 53:24 54:20,22,23 55:2,8,12,13,16, 19,22,23 56:8,22 57:10,11,13,14,23 58:1,5,7 59:4,19, 20 60:20,22,23 63:7,22 65:3,6 69:17,18,19 70:22, 23,24 71:15,16

**wouldn't**
25:14 38:20 49:8

**writing**
28:8 29:2 62:3

**written**
16:15 24:4 31:24 32:2 33:19 34:3 41:12 42:20 61:16, 18 65:6

## Y

**yeah**
29:9 30:13 34:3 46:5,15 52:10 56:25 61:19 62:15

**year**
35:8 38:24

**year-round**
47:3

**yearly**
7:12

**years**
48:4

**yellow**
67:11

**yes**
5:7 6:2 7:14,18 10:12 17:17 18:6, 13 22:12 23:1,9,13 27:20,25 32:5,6,12 34:3 47:16 48:25 66:7,14 69:8 71:1, 2 72:8,17

**you**
5:5,10,11,16,17, 21,22,23 6:3,12 7:2,3,4,7,10,11,12, 15,17,25 8:8,14,21 9:7,24 10:10 12:1, 8,25 13:3,17 14:10,17,23 15:2, 11,22,24 16:8,9, 15,21 17:12,16,20 18:1,10,18,25 19:5,10 20:8,12, 19,20 22:8,13,22 24:4,8,13 26:7,14, 16,23 27:1,10,11, 19,23 28:1,5,7,13 29:1,2,6,11,19 30:14 31:3,8,16,23 32:3,10 33:1,9,17, 19,22 36:23 38:10, 16 39:10,16,18 40:5,13,15,17,21 41:2,6,12,21 42:5 43:15,19,22,23 44:5,8,11,17,24 45:13,17,22 46:5, 9,16 47:22 48:15, 21,22 49:4,10,11, 14,15 50:9,15,18, 21 51:1,13,16 52:1,2,5,19 53:1,6, 10,16,19,23 54:10 55:8,12,22,24 56:4,7,8,9,10,15, 17,18,22 57:3,9, 11,13,17,21 58:20, 22 59:9,15,22,25 60:1,18 61:9,11 62:11,25 63:19 64:21 65:15,24,25 66:4,17,20,23,24 67:12,19 68:25 69:2,15,20,21,25 70:4,21 71:13,20, 24 72:1,5,12,15 73:7

**you'll**
5:12,24

**you're**
15:23 32:25 43:24

69:1

**you've**
33:25 61:14

**your**
5:5,11,14,17,22 6:4 7:5,7,11,15 10:16 14:23 15:1 17:13,19 18:2,9,19 19:14 20:20 22:16 23:10 27:14 44:19, 23,25 45:6,21 48:5,21 49:10 52:21 64:3,5 71:12,19

**yourself**
67:21

**yourselves**
6:5