UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24505-MOORE/ELFENBEIN

IVAN GRANT,
ALEX LAFFITA ORTIZ,
HENRY PINTO SUMOZA,
EYONNY PRADO DURAN,
LUIS RODRIGUEZ CERUTO,
and LUIS SAME GONZALO,

Plaintiffs,

vs.

STRATAIR AVIATION
SERVICES, LLC,

Defendant.
_______________________________/

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

THIS CAUSE came before the Court upon Plaintiffs' Motion for Leave to File Second Amended Complaint [ECF No. 45] (the "Motion"). The Court, having reviewed the Motion and the record, and being otherwise fully advised, finds that Plaintiffs have shown good cause under Federal Rule of Civil Procedure 16(b)(4) to amend the pleadings after the deadline set in the Scheduling Order, and that leave to amend should be freely given under Federal Rule of Civil Procedure 15(a)(2). Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Motion is **GRANTED**.

2. The Second Amended Complaint attached to the Motion as Exhibit "A" [ECF No. 45-1] is deemed filed as of the date of this Order. Defendant shall respond to the

Second Amended Complaint within the time provided by Federal Rule of Civil Procedure 15(a)(3).

3. Consistent with the Court's September 7, 2026 Order [ECF No. 40], Plaintiffs may reraise their request to compel SNI Companies Corp.'s compliance with Plaintiffs' subpoena and their Request for Production No. 13.

**DONE AND ORDERED** in Miami, Florida, this ____ day of __________ 2026.

______________________________________

**K. MICHAEL MOORE**
**UNITED STATES DISTRICT JUDGE**

*Copies furnished to all counsel of record*