**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:25-cv-24505**

IVAN GRANT,
ALEX LAFFITA ORTIZ,
HENRY PINTO SUMOZA,
EYONNY PRADO DURAN,
LUIS RODRIGUEZ CERUTO, and
LUIS SAME GONZALO

Plaintiffs,

v.

STRATAIR AVIATION SERVICES, LLC,

Defendant.

______________________________________/

**STRATAIR AVIATION SERVICES, LLC.'S RESPONSES TO PLAINTIFFALEXA LAFFITA ORTIZ'S FIRST SET OF INTERROGATORIES TO DEFENDANT**

Defendant, STRATAIR AVIATION SERVICES, LLC, hereby gives notice of serving its responses to Plaintiff, Alex Laffita Ortiz's First Set of Interrogatories to Defendant, STRATAIR AVIATION SERVICES, LLC.

*/s/ Nalani Alesia Gordon*
**Nalani Alesia Gordon**

Roger W. Feicht (Florida Bar No. 84982)
rfeicht@gunster.com and lhagan@gunster.com

Nalani Alesia Gordon (Florida Bar No. 1010976)
ngordon@gunster.com and lmusco@gunster.com

GUNSTER YOAKLEY & STEWART, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
Telephone: 561-655-1980
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on _______ a true and correct copy of the foregoing has been furnished by electronic mail to all parties on the Service List below.

**BRIAN H. POLLOCK, ESQ.**
brian@fairlawattorney.com
**P. BROOKS LAROU, ESQ.**
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, Florida 33146
*Counsel for Plaintiffs*

*/s/ Nalani Alesia Gordon*
Nalani Alesia Gordon