UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24505-MOORE/ELFENBEIN

IVAN GRANT,
ALEX LAFFITA ORTIZ,
HENRY PINTO SUMOZA,
EYONNY PRADO DURAN,
LUIS RODRIGUEZ CERUTO,
and LUIS SAME GONZALO,

Plaintiffs,

vs.

STRATAIR AVIATION
SERVICES, LLC,

Defendant.
_______________________________/

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL UNREDACTED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND EXHIBITS B AND D THERETO**

THIS CAUSE came before the Court upon Plaintiffs' Unopposed Motion for Leave to File Under Seal Unredacted Motion for Leave to File Second Amended Complaint and Exhibits "B" and "D" Thereto [ECF No. 57] (the "Motion"). Defendant does not oppose the Motion. The Court, having reviewed the Motion and the record, and being otherwise fully advised, finds that good cause exists to seal the materials identified below, which contain, quote, summarize, or describe information that Defendant designated "Confidential" under the Stipulated Confidentiality Order [ECF No. 25], and that the interests supporting sealing outweigh the public's right of access to those limited materials, particularly in light of the redacted versions already available on the public docket. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Motion is **GRANTED**.

2. Plaintiffs are granted leave to file under seal: (a) the unredacted version of Plaintiffs' Motion for Leave to File Second Amended Complaint [ECF No. 45]; (b) Exhibit "B" thereto, Bates-stamped SAS-0003 through SAS-0008; and (c) the unredacted version of Exhibit "D" thereto [ECF No. 45-5].

3. Within three (3) days of the date of this Order, Plaintiffs shall file the materials identified in Paragraph 2 as attachments to a Notice of Sealed Filing via CM/ECF, pursuant to Local Rule 5.4(b)(1).

4. Pursuant to Local Rule 5.4(e), the materials identified in Paragraph 2 shall remain under seal permanently.

**DONE AND ORDERED** in Miami, Florida, this ____ day of __________ 2026.

____________________________________

**K. MICHAEL MOORE**
**UNITED STATES DISTRICT JUDGE**

*Copies furnished to all counsel of record*