UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24505-MOORE/ELFENBEIN

IVAN GRANT,
ALEX LAFFITA ORTIZ,
HENRY PINTO SUMOZA,
EYONNY PRADO DURAN,
LUIS RODRIGUEZ CERUTO, and
LUIS SAME GONZALO,

Plaintiffs,

vs.

STRATAIR AVIATION SERVICES, LLC,

Defendant.
______________________________________/

**STRATAIR AVIATION SERVICES, LLC'S**
**NOTICE OF STRIKING DOCKET ENTRY 48 AND DOCKET ENTRY 49 AND REMOVING HOLLY GRIFFIN GOODMAN FROM RECEIVING CM/ECF FILINGS**

StratAir Aviation Services, LLC, ("StratAir"), by and through its undersigned counsel, hereby files this Notice of Striking Docket Entry 48 and Docket Entry 49, which were filed in error. StratAir has filed the corrected document at Docket Entry 50, and striking Holly Griffin Goodman from receiving CM/ECF notices.

Respectfully submitted,

**Nalani Alesia Gordon**
Roger W. Feicht (Florida Bar No. 84982)
rfeicht@gunster.com
lhagan@gunster.com
Nalani Alesia Gordon (Florida Bar No. 1010976)
ngordon@gunster.com
lmusco@gunster.com
GUNSTER YOAKLEY & STEWART, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
Telephone: 561-655-1980

*Counsel for Defendant*