# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO. 1:25-CV-24471-KMW

RAISYL CEPERO GARCIA,

Plaintiff,

-vs-

STRATAIR AVIATION SERVICES, LLC,

Defendant.

---

DEPOSITION OF IVAN CHRISTOPHER GRANT
APPEARING REMOTELY VIA VIDEO-TELECONFERENCE FROM
MIAMI-DADE COUNTY, FLORIDA
Pages 1 through 295

Monday, March 30, 2026
12:18 - 7:32 p.m.

Stenographically Reported By:
Denise Cupelli, RPR, FPR
Registered Professional Reporter
Florida Professional Reporter - Certified
Appearing remotely from Palm Beach County, Florida

A. Okay.
Q. I'm only talking right now about your age discrimination claims.
A. Okay. Gotcha.
Q. Okay. So, I want to understand why you're suing StratAir for age discrimination. You talked to me about some supervisors who you can't name, screaming at you, and you said they screamed at you. They screamed at other people as well, but you said it was not as aggressive as you; is that correct?
A. That's correct.
Q. Okay. You've also talked about your termination, and the fact that you believe that other employees who were older and yourself were terminated.
A. Well, that's what the fact is. I was one of the older guys there, and I was terminated because no one explained to me why I was terminated. Now, I only can assume that this was because of age factor. Because when you start --
(Speaking simultaneously.)
BY MS. GORDON:
Q. So, you're assuming that it was your age. You don't have any evidence?
A. No. Well, the age factor is one of the reasons, because they get more young folks. They was

hiring more young folks. They constantly was hiring more young folks, and you can see that every day. Even on the contractor's side, or in the StratAir side, they were only hiring young people. So, how you would feel about that? Both sides, they were hiring --

(Speaking simultaneously.)

BY MS. GORDON:

Q. When you say they were hiring younger people --

A. Yes?

Q. -- are you basing that off of your observation, or how did you know anybody's age?

A. Well, everybody who they hired there was at least in the low 30s. No one was -- no one was older than 40 years old that they hired, and was in a process that they were constantly hiring. And this was what was shocking me, because I start to think, well, there's no more older folks coming here. I start to think, wait. What's happening?

Q. So, in the January 2024 layoff, do you know whether or not StratAir laid off younger people as well?

A. That I don't -- that I cannot picture anyone, because like I told you, when I was laid off, I had to go to the office and turn in my ID. It was from one minute to the next. So, I wasn't there to stay to

Q. How were you able to tell the difference between contracted workers versus direct employees of StratAir?
A. How I know the difference?
Q. Yeah.
A. The difference is that they had a different -- they didn't have ID like we did. They didn't have the type of ID to check in time in, so I knew already. And they was -- they had to sign a sheet, like a sign-in/sign-out sheet when they come to work, and what time they leave work. We was on the clock, and we had an ID, and that was the difference.
Q. So, the direct employees punched in and punched out on a typical --
A. Yes.
Q. -- time clock?
A. Yes.
Q. And the contractors had to sign in and out on a sheet?
A. Yes, yes.
Q. Do you know if there were contracted workers working at the StratAir warehouse with you throughout your entire period of employment with StratAir?
A. Sometimes they -- sometimes they worked -- yeah, because they would mix us together. Sometimes the

contractors had a different section to work, but when it got a heavy workload, they would mix us together to get the job done.

Q. So, sometimes you would have direct employees and contractors of StratAir working side by side with one another --

A. Yes.

Q. -- performing the exact same job duties; is that right?

A. That's correct.

Q. Okay. Did you ever hear any supervisors or managers talk about wanting to bring in more contractors?

A. I heard it a couple times, but it never phased me to say it was honestly or not, because from what I understand, the contractor was getting paid less than us. That I know. They was getting way less than us. I think, if I'm not mistaken, it was like about $8 or $9 less, or even, it could have been even $10 less. So, eventually, yes, they would want to bring more contractors, because they didn't have to pay for a lot of other stuff, but --

Q. Okay.

A. -- a contractor had a little bit more turnover rate than us, as a regular full-time. Because once