# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO.: 1:25-cv-24471-KMW

RAISYL CEPERO GARCIA,
Plaintiff,
vs.
STRATAIR AVIATION SERVICES, LLC,
Defendant.
_______________________________________/

ZOOM/VIDEOCONFERENCE
DEPOSITION OF: EYONNY PRADO DURAN

DATE: THURSDAY, JULY 2, 2026

TIME: COMMENCED: 10:22 A.M.
CONCLUDED: 4:18 P.M.

PLACE: VIA ZOOM/REMOTE COUNSEL

STENOGRAPHICALLY
REPORTED BY: ENRIQUE ALVARADO

Job No. CS8273128

and the termination of several other employees over 40, StratAir hired or contracted, through a staffing agency, several new workers under the age of 40. So my question --

THE INTERPRETER: Go ahead, Counsel. I'm sorry.

MS. GORDON: Let me know if I need to break it up though when I do.

Q. So my question is how do you know, or how did you come by the information, that StratAir hired or contracted people through a staffing agency?

A. Because that's what they were saying. I can't say for sure but that's what they said, that they had come through an agency.

Q. And how did you come to know their ages?

A. Well, it's just there was interaction amongst us and one didn't even need to ask. You can tell that they were guys that were 22, 24, 25 years old.

Q. So you're basing it on your personal observation of their appearance?

A. Their appearance, exactly.

Q. And so how many of these workers came in through the staffing agency at that time period that you're referencing?

A. Well, I could give you an estimate because I