UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:25-cv-24505-Moore/Elfenbein

IVAN GRANT,
ALEX LAFFITA ORTIZ,
HENRY PINTO SUMOZA,
EYONNY PRADO DURAN,
LUIS RODRIGUEZ CERUTO,
and LUIS SAME GONZALO,

Plaintiffs,

vs.

STRATAIR AVIATION
SERVICES, LLC,

Defendant.
___________________________________/

**JOINT DISCOVERY STATUS REPORT**

Plaintiffs, Ivan Grant, Alex Laffita Ortiz, Henry Pinto Sumoza, Eyonny Prado Duran, Luis Rodriguez Ceruto, and Luis Same Gonzalo, and Defendant, StratAir Aviation Services (collectively the "Parties"), by and through undersigned counsel and pursuant to the Order Resetting Discovery Status Conference [ECF No. 29], hereby file this Joint Discovery Status Report.

1. The particular discovery each party has propounded;

**StratAir has served one Set of Interrogatories and one Request for Production on each Plaintiff. StratAir has also served a Second Request for Production on Plaintiffs Grant, Prado Duran, and Rodriguez Ceruto. In addition, StratAir has served subpoenas on Plaintiffs' employers and medical providers.**

**On March 18, 2026, each Plaintiff served a First Set of Interrogatories on StratAir, Plaintiff Prado Duran served a Second Set of Interrogatories on StratAir, and Plaintiffs served their First Requests for Production and First Requests for Admission on StratAir. Plaintiffs also served a subpoena duces tecum, dated June 10, 2026, on third-party SNI Companies Corp. ("SNI").**

2. Whether the discovery requests have been answered;

**Yes, all served discovery requests have been answered or objected to. On September 23, 2026, StratAir served its Supplemental Responses to Plaintiffs' First Requests for Production [ECF No. 43]. Since then, it has made rolling supplemental productions Bates-labeled SAS-0470 through SAS-14853, which total more than 14,000 Bates-numbered pages. These include personnel files for current and former employees, payroll records, and budget and forecast spreadsheets. Plaintiffs are still reviewing these productions for sufficiency. Plaintiffs, however, dispute the sufficiency of StratAir's Supplemental Responses to Plaintiffs' First Requests for Production, and the Parties are conferring regarding those responses. In addition, StratAir and SNI objected to Plaintiffs' subpoena to SNI; the Court sustained those objections without prejudice to Plaintiffs reraising the issue should Plaintiffs amend the Complaint to include a theory of liability implicating SNI. [ECF No. 40]. Plaintiffs have filed their Motion for Leave to File Second Amended Complaint [ECF No. 45]—to which StratAir Filed a Response [ECF No. 62] and Plaintiffs filed a Reply [ECF No. 63]—which remains pending before the Court.**

3. The status of depositions, including:
    a. the number of depositions taken to date;
    b. the number of remaining depositions and whether they have been scheduled; and
    c. an explanation of any delay in scheduling the remaining depositions.

**Ten depositions have been taken to date (including the deposition of the former Plaintiff in the previously consolidated action). The deposition of StratAir's corporate representative is scheduled for November 13, 2026. The deposition of Dora Costa, StratAir's Human Resources Manager, is scheduled for November 24, 2026. The continuation of Plaintiff Henry Pinto Sumoza is in the process of being scheduled. Plaintiffs intend to seek depositions of a records custodian and/or other person with knowledge from the Miami-Dade Aviation Department regarding the individuals who worked at StratAir's Miami warehouse. Defendant was unaware of this request until receipt of this Joint Discovery Status Report and reserves all objections.**

4. The status of expert disclosures;

**Plaintiffs' expert disclosure deadline passed on August 20, 2026 and the deadline for rebuttal expert disclosures passed on September 21, 2026. Neither side served expert disclosures. On September 24, 2026, Plaintiffs filed their Motion for Leave to File Second Amended Complaint [ECF No. 45], which is now fully briefed [ECF Nos. 62, 64]. If the Court grants that Motion, Plaintiffs will seek to reopen expert discovery to permit a statistical expert to analyze data and prepare a report regarding the composition of StratAir's workforce. Defendant opposed Plaintiffs' Motion for Leave [ECF No. 62] and would oppose any request to reopen expert discovery for multiple reasons.**

5. Whether the parties have any outstanding discovery disputes;

**Plaintiffs dispute the sufficiency of StratAir's Supplemental Responses to Plaintiffs' First Requests for Production, and the Parties are conferring in good faith in an effort to resolve that dispute without Court intervention. Should the Court grant Plaintiffs' Motion for Leave to File Second Amended Complaint, Plaintiffs also anticipate reraising StratAir's and SNI's objections to Plaintiffs' subpoena to SNI, consistent with the Court's Order After Discovery Hearing. [ECF No. 40]. Defendant opposed Plaintiffs' Motion for Leave [ECF No. 62] and would oppose any request to reopen fact discovery for multiple reasons. Plaintiffs served a Notice of Deposition for Defendant's Rule 30(b)(6) designated representative on October 20, 2026, raising 69 separate topics. Defendant intends to serve objections and will first confer with Plaintiffs' counsel**

6. Whether the parties believe that a discovery status conference is needed

**Plaintiffs believe that a discovery status conference may be necessary, depending on the outcome of the Parties' conferral regarding StratAir's Supplemental Responses to Plaintiffs' First Requests for Production and the Court's ruling on Plaintiffs' Motion for Leave to File Second Amended Complaint. StratAir believes that a discovery status conference would be helpful to address Plaintiffs' request that Defendant prepare a 30(B)(6) representative on 69 different topics, many of which are objectionable.**

7. Whether the parties can certify that they will complete all discovery by the discovery deadline.

**StratAir certifies that it will complete all discovery by the discovery deadline. Plaintiffs are unable to so certify at this time. Whether Plaintiffs can complete all discovery by the December 11, 2026 discovery deadline depends on the Court's ruling on Plaintiffs' Motion for Leave to File Second Amended Complaint and, if that Motion is granted, the time needed to complete expert discovery regarding the composition of StratAir's workforce and third-party discovery directed to SNI.**

Dated: October 21, 2026

*/s/ Patrick Brooks LaRou*

**BRIAN H. POLLOCK, ESQ.**
Florida Bar No. 174742
brian@fairlawattorney.com
**PATRICK BROOKS LAROU, ESQ.**
Florida Bar No.: 1039018
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Telephone: 305-230-4884
*Counsel for Plaintiffs*

*/s/_Roger W. Feicht*

**Roger W. Feicht**
Roger W. Feicht (Florida Bar No. 84982)
rfeicht@gunster.com and lhagan@gunster.com
Nalani Alesia Gordon (Florida Bar No. 1010976)
ngordon@gunster.com and lmusco@gunster.com
GUNSTER YOAKLEY & STEWART, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
Telephone: 561-655-1980
*Counsel for Defendant*