UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24505-MOORE/ELFENBEIN

IVAN GRANT,
ALEX LAFFITA ORTIZ,
HENRY PINTO SUMOZA,
EYONNY PRADO DURAN,
LUIS RODRIGUEZ CERUTO, and
LUIS SAME GONZALO,

Plaintiffs,

vs.

STRATAIR AVIATION
SERVICES, LLC,

Defendant.
_________________________________/

**PLAINTIFFS' NOTICE OF DISCOVERY HEARING**

Plaintiffs Ivan Grant, Alex Laffita Ortiz, Henry Pinto Sumoza, Eyonny Prado Duran, Luis Rodriguez Ceruto, and Luis Same Gonzalo, through undersigned counsel and pursuant to this Court's Order Setting Discovery Procedures [ECF No. 8], file this Notice of Discovery Hearing.

A discovery hearing has been scheduled before United States Magistrate Judge Marty Fulgueira Elfenbein on **December 2, 2026, at 12:00 p.m.**, in **Courtroom 5 of the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Miami, Florida 33128**. Counsel for Plaintiffs and Defendant must appear in person.

The discovery matters to be heard are as follows:

1. **StratAir's Supplemental Responses to Plaintiffs' First Requests for Production.** [1] Plaintiffs seek rulings on the sufficiency of StratAir's September 23, 2026 Supplemental Responses to Plaintiffs' First Requests for Production, as to the following requests for production: **RFP Nos. 1–4, 8, 9, 11–18, 20–29, 33–83, 85–112, 115–138, 141, 145, 146, and 148.**

2. **StratAir's Objections to Plaintiffs' Proposed Rule 30(b)(6) Deposition Topics.** On November 11, 2026, two days before the noticed deposition of StratAir's corporate representative, StratAir filed a Motion for Protective Order and Objections to Amended Notice of Deposition [ECF No. 67]. Because StratAir indicated before the deposition that it would not produce a representative prepared to testify on the noticed topics, Plaintiffs were forced to cancel the deposition. On November 13, 2026, the Court struck StratAir's Motion and directed the parties to resolve their discovery disputes under the Order Setting Discovery Procedures. [ECF No. 68]. Plaintiffs seek rulings on the objections to Plaintiffs' Rule 30(b)(6) deposition topics that StratAir raised in its Motion.

3. **The Scheduling and Duration of StratAir's Rule 30(b)(6) Deposition.** The parties dispute the date on which StratAir's Rule 30(b)(6) deposition will proceed before the close of fact discovery, and the time permitted for the examination of each representative StratAir designates.

---

[1] StratAir initially declined to amend its Supplemental Responses. After Plaintiffs requested this hearing and the Court entered its Paperless Order Setting Discovery Hearing [ECF No. 69], StratAir served its Second Supplemental Responses to Plaintiffs' First Requests for Production on November 18, 2026, at 5:48 p.m. Plaintiffs are reviewing whether these responses resolve the deficiencies at issue.

## EXHIBITS

Consistent with the Court's Order Setting Discovery Procedures [ECF No. 8], Plaintiffs submit the following materials with this Notice:

**Exhibit A:** Plaintiffs' proposed order setting forth the specific relief requested.

**Exhibit B:** Source materials relevant to the discovery disputes including:

1. StratAir's Supplemental Responses to Plaintiffs' First Requests for Production;
2. StratAir's Second Supplemental Responses to Plaintiffs' First Requests for Production;
3. Plaintiffs' Notice of Rule 30(b)(6) Deposition; and
4. Plaintiffs' Amended Notice of Rule 30(b)(6) Deposition.

**Exhibit C:** Documents that the parties intend to rely on at the hearing including:

1. Plaintiffs' November 4, 2026 Discovery Conferral Letter;
2. Email correspondence between counsel for Plaintiffs and counsel for StratAir dated October 19, 2026 through November 13, 2026, regarding StratAir's Supplemental Responses to Plaintiffs' First Requests for Production and the scheduling and topics of StratAir's Rule 30(b)(6) deposition;
3. StratAir's Motion for Protective Order and Objections to Amended Notice of Deposition; and
4. StratAir's Response to Plaintiffs' First Requests for Production.

**Exhibit D:** Citations for legal authorities the parties intend to rely on at the hearing, with copies of those authorities and highlighted relevant portions.

**CERTIFICATE OF CONFERRAL**

Pursuant to Local Rule 7.1(a)(3) and the Court's Order Setting Discovery Procedures [ECF No. 8], undersigned counsel certifies that Plaintiffs' counsel conferred in good faith with counsel for StratAir regarding the discovery disputes identified above, including through Plaintiffs' November 4, 2026 written conferral letter, a telephone conference on November 4, 2026, and subsequent email correspondence. The parties were unable to resolve the disputes without Court intervention.

Respectfully submitted this 18th day of November 2026,

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiffs*