UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24505-MOORE/ELFENBEIN

IVAN GRANT,
ALEX LAFFITA ORTIZ,
HENRY PINTO SUMOZA,
EYONNY PRADO DURAN,
LUIS RODRIGUEZ CERUTO,
and LUIS SAME GONZALO,

Plaintiffs,

vs.

STRATAIR AVIATION
SERVICES, LLC,

Defendant.
________________________________/

**ORDER ON DISCOVERY HEARING**

THIS CAUSE came before the Court for a discovery hearing on December 2, 2026, on Plaintiffs' Notice of Discovery Hearing [ECF No. 70]. The Court, having considered the discovery matters identified in the Notice, the source materials submitted by the parties, the arguments of counsel, and the record, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' requested relief regarding StratAir's Supplemental Responses to Plaintiffs' First Requests for Production is GRANTED. No later than December 7, 2026, StratAir shall serve amended responses to Plaintiffs' First Requests for Production Nos. 1–4, 8, 9, 11–18, 20–29, 33–83, 85–112, 115–138, 141, 145, 146, and 148. For each request, StratAir shall either (a) identify by Bates number or Bates range the documents produced in response to that request, or (b) state that the responsive documents were produced as they are kept in the usual course of business,

identify the custodian or source from which they were obtained, and identify where in the production they are located.

2. For each request identified in paragraph 1, StratAir shall also state whether its production is complete, state whether any responsive materials are being withheld on the basis of any objection, and, if no responsive documents exist, so state. To the extent StratAir withholds any responsive documents based on attorney-client privilege or work product, StratAir shall serve a privilege log compliant with Federal Rule of Civil Procedure 26(b)(5) and Local Rule 26.1(e)(2) no later than December 7, 2026.

3. StratAir's objections to Plaintiffs' Amended Notice of Rule 30(b)(6) Deposition, as set forth in its Motion for Protective Order and Objections to Amended Notice of Deposition [ECF No. 67], are OVERRULED, and StratAir's request for a protective order is DENIED. StratAir shall designate and prepare one or more representatives to testify on each of Topic Nos. 1 through 22 of the Amended Notice as to information known or reasonably available to StratAir. StratAir shall not decline to prepare a designee on any topic on the ground that responsive information is contained in documents it has produced, in its interrogatory answers, or in the testimony of other witnesses. StratAir may state objections to specific questions at the deposition in accordance with Federal Rule of Civil Procedure 30(c)(2).

4. No later than December 4, 2026, StratAir shall identify in writing each person it will designate to testify on its behalf, the topics on which each designee will testify, and at least two dates on or before December 10, 2026, on which its designees are available. StratAir's Rule 30(b)(6) deposition shall be completed no later than December 10, 2026. If StratAir designates more than one representative, the depositions of its designees shall proceed on consecutive days.

5. Plaintiffs may examine each person StratAir designates under Rule 30(b)(6) for up to seven (7) hours on the record.

6. Pursuant to Federal Rule of Civil Procedure 37(a)(5)(A), StratAir shall pay Plaintiffs' reasonable expenses, including attorneys' fees, incurred in connection with the discovery matters identified in Plaintiffs' Notices of Discovery Hearing [ECF Nos. 34 and 70], including the preparation for and attendance at the August 24, 2026 and December 2, 2026 discovery hearings. Plaintiffs shall file a notice of the expenses and attorneys' fees incurred, with supporting time records, within fourteen (14) days of this Order.

**DONE AND ORDERED** in Miami, Florida, this ____ day of December 2026.

______________________________________

**MARTY FULGUEIRA ELFENBEIN**
**UNITED STATES MAGISTRATE JUDGE**

*Copies furnished to all counsel of record*