**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:25-cv-24505**

IVAN GRANT,
ALEX LAFFITA ORTIZ,
HENRY PINTO SUMOZA,
EYONNY PRADO DURAN,
LUIS RODRIGUEZ CERUTO, and
LUIS SAME GONZALO

Plaintiffs,

v.

STRATAIR AVIATION SERVICES, LLC,

Defendant.
_______________________________________/

# DEFENDANT'S SECOND SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION TO DEFENDANT

Defendant, STRATAIR AVIATION SERVICES, LLC ("StratAir"), by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure 26 and 34, hereby serves its Second Supplemental Responses to Plaintiffs' First Requests for Production. These responses **supplement, and do not replace or withdraw,** StratAir's prior responses, including its September 23, 2026 Supplemental Responses served pursuant to the Court's September 7, 2026 Order [ECF No. 40]. All objections, responses, and productions previously served are preserved in full. StratAir serves these Second Supplemental Responses to confirm the completion of its production, to identify the responsive documents produced, and to eliminate any dispute regarding the manner of production — not because any prior response was deficient.

## PRELIMINARY STATEMENT

1. **Procedural history and good-faith compliance.** The parties litigated Plaintiffs' challenges to StratAir's discovery responses at a lengthy discovery hearing on August 24, 2026,

following which the Court entered its Order [ECF No. 40] on September 7, 2026, resolving Requests for Production Nos. 1–5, 8–9, 11–13, 17–18, and 20–27 and directing the parties to confer on the remainder. StratAir had already produced documents before that hearing (Bates Nos. SAS-0001 through SAS-0469), and it timely served amended responses and a substantial supplemental production on September 23, 2026 in compliance with the Order. StratAir subsequently supplemented its production as permitted by the Court. *See* ECF No. 56. StratAir has since completed its collection, review, and production, producing documents Bates-numbered SAS-0001 through SAS-14853 — more than 14,000 pages — across multiple productions. StratAir's production reflects good-faith compliance with the Court's Order and the Federal Rules, not evasion.

2. **Production is complete.** Except as expressly stated below in response to Request No. 34, StratAir's production of responsive documents within its possession, custody, or control is complete. StratAir is not withholding any responsive document except as stated in General Statement III, and there is no further production outstanding on any other Request. On or before December 1, 2026, StratAir will produce any responsive messages located through the searches described in response to Request No. 34 or will supplement that response to confirm that none were located.

3. **Nothing is withheld on privilege.** StratAir is **not** withholding any responsive document on the basis of the attorney-client privilege or the work-product doctrine. Accordingly, no privilege log is required. To the extent any prior response referred to "nonprivileged" documents, that phrase is superseded by this statement.

4. **Manner of production — election under Rule 34(b)(2)(E)(i).** Rule 34(b)(2)(E)(i) is written in the disjunctive. A responding party may produce documents as they are kept in the

usual course of business or organize and label them to correspond to the categories in the request; the responding party controls the manner in which the production will occur, and specifically which of the two prescribed methods of production will be employed. *Henderson v. Holiday CVS, L.L.C.*, No. 09-80909-CIV, 2010 WL 11505168, at *2 (S.D. Fla. Aug. 11, 2010). Where a party produces documents as kept in the usual course of business, Rule 34(b), phrased in the disjunctive, imposes no obligation on the producing party to correlate the documents to the particular requests to which they are responsive. *Id.* A usual-course production should allow the requesting party to ascertain, with reasonable effort, which documents are responsive to which requests, which may be accomplished by directing the requesting party to the locations of responsive documents or by providing "a key, index or other device" to assist in locating them. *Id.* at *3. A producing party that has organized its production and provided that guidance is not required to go through each document and prepare an index specifying, as to each document, the request to which it is responsive. *Id.* at *5. StratAir produced its business records as they are kept in the usual course of its business and **is not required to** prepare a document-by-document index correlating each document to each Request. Without waiving its election of the usual-course method, and to eliminate any dispute, StratAir provides the document-identification index set forth below as the "key, index or other device" contemplated by *Henderson*, 2010 WL 11505168, at *3, *5.

5. **Request to re-index previously produced and adjudicated documents.** Many of the documents Plaintiffs now ask StratAir to re-identify by Request were produced months ago and were the subject of the August 24, 2026 hearing and the Court's Order [ECF No. 40]. StratAir provides the complete index below notwithstanding that much of this production was already before the Court and resolved and does so only to remove any remaining dispute — underscoring that there is no genuine deficiency to resolve.

## GENERAL STATEMENTS APPLICABLE TO ALL RESPONSES

The following statements apply to, and are incorporated into, each individual response below.

I. **Physical and paper records produced as kept in the usual course of business.** StratAir's personnel files, termination files, and other physical/paper business records were produced **as they are kept in the usual course of StratAir's business**. A party invoking this option bears the burden of showing the documents were in fact kept that way, which requires some modicum of information regarding how the documents are ordinarily kept, including the identity of the custodian, assurance that the documents were produced in the order in which they are maintained, and a general description of the filing system. *Mizner Grand Condo. Ass'n, Inc. v. Travelers Prop. Cas. Co. of Am.*, 270 F.R.D. 698, 700–01 (S.D. Fla. 2010). StratAir makes that showing here:

a. **Custodian.** These are the business records of StratAir, maintained by StratAir at its Miami warehouse location. They were not obtained from, or maintained by, any third party.

b. **Order maintained.** Each personnel and termination file was scanned and produced in the same order in which StratAir maintains it in the ordinary course and was Bates-numbered sequentially in that order.

c. **Filing system.** StratAir maintains these records as individual employee personnel and termination files, kept in labeled physical banker's boxes in a storage area at StratAir's Miami warehouse location. Those files were scanned and produced as maintained, and the file designations reflected both in StratAir's production index and in the file names of the scanned documents as produced correspond to the

specific banker's box in which each set of files was physically kept — so that the production mirrors StratAir's own physical filing organization.

II. **Electronically stored information.** StratAir's financial, budget, forecast, workforce-planning (MOP), employee-roster, point-in-time employee-list, leave-of-absence, and similar data reports were produced as **native spreadsheet files** — the form in which StratAir ordinarily maintains them — with their data and formulas intact. StratAir's email and other custodial communications, and their attachments, were produced in PDF format and, through a separate folder delivered with the same production link, in native and image formats. (StratAir's physical and paper business records were produced as scanned images, as described in Paragraph I.) The production of ESI is governed by Rule 34(b)(2)(E)(ii), not the usual-course/organize-and-label election of Rule 34(b)(2)(E)(i). *See Gulf Atl. Constructors, Inc. v. Webb, LLC*, No. 3:23CV24674/TKW/ZCB, 2025 WL 5278578, at *2–3 (N.D. Fla. Sept. 19, 2025). Plaintiffs did not specify a form for producing ESI. Under Rule 34(b)(2)(E)(ii), where a request does not specify a form for producing electronically stored information, a party must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form. StratAir's production of its ESI in native, image, and PDF formats satisfies that standard. *See Gulf Atl. Constructors*, 2025 WL 5278578, at *3 (production "in multiple reasonably usable forms—i.e., image format, searchable .pdf format, and native file format" complied with Rule 34(b)(2)(E)(ii)). Although Rule 34(b)(2)(E)(ii) does not require that ESI be correlated to individual Requests, StratAir voluntarily identifies the responsive ESI by Bates range in the index below.

III. **Objections preserved; statement of what is withheld (Rule 34(b)(2)(C)).** StratAir's previously asserted objections are preserved. For the avoidance of doubt, and as required

by Rule 34(b)(2)(C), StratAir states the limits of its production on the basis of any objection. *First*, to the extent any federal or state income tax returns were filed by or on behalf of StratAir for the periods requested, StratAir is withholding them on the basis of the objections addressed in the response to Request No. 116. *Second*, StratAir does not engage individual independent contractors and does not maintain the personnel, demographic, or payroll records of staffing-agency workers, which are maintained by the staffing agencies. Consistent with the Court's ruling sustaining StratAir's objection to staffing-agency and SNI discovery (ECF No. 40 ¶ 10; *id.* at II), StratAir has not searched for staffing-agency or SNI records beyond those identified in the responses to Request Nos. 1 and 137–148. **Apart from these two limits, no responsive documents are being withheld on the basis of any objection.**

IV. **Bates-numbering clarification.** StratAir's initial production from June 2026 was served in two sets: a set designated CONFIDENTIAL and a non-confidential set, each Bates-labeled within the range SAS-0001 through SAS-0469. The CONFIDENTIAL set comprises SAS-0001 through SAS-0155 (RIF-selection documents and Plaintiffs' personnel files), SAS-0291 through SAS-0349 (2024 Employee Handbook), SAS-0395 through SAS-0458 (EEOC position statements), and SAS-0466 through SAS-0469 (Employee-Detail reports). The non-confidential set comprises SAS-0156 through SAS-0290, SAS-0350 through SAS-0394, and SAS-0459 through SAS-0465. Throughout this response, documents in the CONFIDENTIAL set are identified with the prefix "CONFIDENTIAL."

## DOCUMENT IDENTIFICATION INDEX

As the key contemplated by *Henderson* (and without waiving StratAir's election under Preliminary Statement ¶ 4), StratAir identifies the Bates ranges of the documents produced in response to each Request. Several self-identifying categories of the supplemental production recur across Requests and are referenced by the following short labels:

- **Decisional/RIF Documents** — SAS-0001 through SAS-0012 (RIF-selection emails and List for Possible Termination with list attachment; Costa/Meyers RIF correspondence; UKG Terminated-Employees report; Plaintiffs employment-information list) (emails: PDF; lists/reports: native)
- **Plaintiffs' Personnel Files (scanned paper)** — Alex Laffita Ortiz (CONFIDENTIAL SAS-0013–0052); Eyonny Prado Duran (CONFIDENTIAL SAS-0053–0079); Henry Pinto Sumoza (CONFIDENTIAL SAS-0080–0122); Ivan Grant (CONFIDENTIAL SAS-0123–0155); Luis Rodriguez Ceruto (SAS-0157–0202); Luis Same Gonzalo (SAS-0203–0257)
- **Employee-Detail reports (native)** — SAS-0466 through SAS-0469
- **Point-in-time employee lists / rosters / EEO / terminated / hiring reports (native)** — SAS-0470 through SAS-0474; SAS-0690
- **Payroll check history for Plaintiffs** — SAS-0475 through SAS-0689
- **Leave-of-absence reports (native)** — SAS-0691 through SAS-0693
- **Complaint cases report (native)** -- SAS-0694
- **SNI/StratAir contract** -- SAS-0695–0697 (PDF)
- **Amazon MOP workbooks (native)** -- SAS-0698–0701
- **Employee Training Schedule (native) --** SAS-0702

- **Warnings and full employee personnel files (scanned paper, as kept)** — SAS-0703 through SAS-2205
- **EEOC Charge/Position-Statement/Correspondence Files** — SAS-0381–0394; SAS-0395–0458; SAS-2206 through SAS-2667
- **2024 Termination Personnel Files (scanned paper)** — SAS-2668 through SAS-5638
- **2025 Termination Personnel Files (scanned paper)** —SAS-5639 through SAS-7409
- **Current-Employee (Decisional-Unit) Full Personnel Files (scanned paper)** — SAS-7410 through SAS-13666
- **Budget / Forecast / Flash Financial Records (native spreadsheets)** — SAS-13667 through SAS-13693
- **Custodial email ESI (PDF; certain spreadsheet attachments native)** – SAS-13694 through SAS-14393, comprising: – Flight schedules and flight-related emails, Amazon flight reports, and flight launch/cancellation emails: SAS-13694–13865; SAS-13896; SAS-13980–14009; SAS-14013–14041; SAS-14043–14044; SAS-14047–14082; SAS-14102–14119; SAS-14127–14134; SAS-14255–14338; SAS-14343–14381 – Amazon staffing plan, headcount, MOP, and KPI communications: SAS-13866–13895; SAS-13897–13900; SAS-13939–13958; SAS-14083–14101; SAS-14250–14254 – Amazon Air biweekly business reviews and reports: SAS-14045–14046; SAS-14175–14176; SAS-14180–14185; SAS-14238–14239; SAS-14246–14249; SAS-14388–14393 – SNI, staffing-agency, and temporary-staffing communications: SAS-13901–13937; SAS-13962–13979; SAS-14201–14213; SAS-14339–14342 – Staffing, overtime, scheduling, and timekeeping: SAS-14042; SAS-14121–14126; SAS-14139–14149; SAS-14154–14173; SAS-14177–14179; SAS-14193–14196; SAS-14214–14237; SAS-14240–14245;

SAS-14383–14387 – Training communications: SAS-14135–14138; SAS-14150–14153; SAS-14174 – HR, terminations/new hires, employee complaints, discipline, and incident records: SAS-13938; SAS-13959–13961; SAS-14010–14012; SAS-14120; SAS-14186–14192; SAS-14197–14200; SAS-14382

- **Time-off request forms (scanned paper, maintained in StratAir's payroll records) —** SAS-14394 through SAS-14853

| Request No. | Documents Produced (by Bates number) |
|---|---|
| 1 | RIF-selection emails and List for Possible Termination SAS-0001–SAS-0008; Costa/Meyers RIF correspondence SAS-0009; SNI emails SAS-13901–SAS-13935 |
| 2 | SAS-0001–SAS-0012; Amazon MOP workbooks SAS-0698–SAS-0701; budgets/forecasts/flash SAS-13667–SAS-13693; Amazon staffing/headcount emails SAS-13866–SAS-13900 |
| 3 | Produced pursuant to the Court's Order [ECF No. 40], in native format at SAS-13667–SAS-13693, budgets (2022, 2023, and 2024, with iterations) at SAS-13667–SAS-13672; monthly income/expense (profit-and-loss, revenue, and income) statements at SAS-13673–SAS-13680; forecasts and projections at SAS-13681–SAS-13685; and "flash" operating reports showing revenue, EBIT, margin, and KPIs at SAS-13686–SAS-13693. These are StratAir's financial statements, profit-and-loss statements, revenue reports, income statements, budgets, forecasts, projections, and operational reports as maintained. StratAir Aviation Services, LLC conducted operations only at Miami and Richmond. Since August 1, 2025, StratAir has not maintained stand-alone financial statements, profit-and-loss statements, or balance sheets. The financial records produced at SAS-13667–SAS-13693 are the most recent stand-alone financial records StratAir has located to date. Rule 34 does not require StratAir to create documents it does not maintain in the ordinary course of business. Production of this category is complete. |
| 4 | Produced pursuant to the Court's Order [ECF No. 40, ¶ 4]: all responsive documents reflecting communications between StratAir and Amazon.com (or any other client) concerning staffing levels, workload, cargo volume, flight schedules, contract modifications, or service requirements at the Miami warehouse location from October 1, 2023 through March 31, 2024, at SAS-13694–SAS-13900 (flight |

| | |
|---|---|
| | schedules and emails with Amazon regarding staffing plans and headcount), SAS-13980–SAS-14119 (Amazon reports regarding flights, flight-launch and flight-cancellation emails, Amazon Air biweekly business reviews, and emails with Amazon regarding MOP and KPI performance), SAS-14127–SAS-14134 (email regarding Amazon with Amazon Air memo regarding flights), SAS-14175–SAS-14185 (Amazon Air biweekly business reviews and Amazon reports), SAS-14238–SAS-14254 (Amazon Air biweekly business reviews and StratAir KPI performance), SAS-14255–SAS-14338 and SAS-14343–SAS-14381 (emails regarding flights), and SAS-14388–SAS-14393 (Amazon biweekly business reviews), together with the Amazon workforce-planning (MOP) workbooks at SAS-0698–SAS-0701. These responsive communications were produced as part of StratAir's operational-communications ESI (SAS-13694–SAS-14393), produced as kept in the ordinary course, which also contains related operational records and communications with staffing vendors and internal personnel that are not communications with a client within the scope of Request No. 4. Production of this category is complete. To the extent StratAir's September 23, 2026 supplemental response referred to "contracts and work orders with Amazon," that reference is clarified (and superseded to the extent of any inconsistency): both Request No. 4 and the Court's Order are limited to documents reflecting communications concerning the enumerated subjects, and neither requires production of StratAir's underlying commercial agreement or any work orders as freestanding documents. StratAir has produced the responsive communications and workforce-planning materials within the ordered scope. |
| 8 | StratAir has produced the demographic and employment data responsive to this Request — birth dates/ages, hire dates, job titles, positions, departments, shifts, and length of service — for the employees terminated during the ordered period, as reflected in its UKG People Analytics "Terminated Employees" report at SAS-0010–SAS-0011 and its Terminated Employees point-in-time (PIT) report for July 1, 2023 through January 31, 2024 at SAS-0473, together with the responsive EEO records at SAS-0690 and the terminated employees' personnel files. To capture the full period ordered by the Court [ECF No. 40, ¶ 6], StratAir has additionally generated from its UKG/HRIS system, and is producing, a Terminated Employees PIT report for January 1, 2023 through June 30, 2023 at CONFIDENTIAL SAS-14854. Production of this category is complete. StratAir does not track employee national origin in the ordinary course of business and maintains no responsive record of that field. |
| 9 | Employee-Detail reports SAS-0466–SAS-0469; point-in-time employee lists/rosters SAS-0470–SAS-0474; EEO report SAS-0690; retained (decisional-unit) employees' personnel files SAS-7410–SAS-13666. StratAir does not track |

| | |
|---|---|
| | national origin and does not engage individual independent contractors. Production of this category is complete. |
| 11 | Produced pursuant to the Court's Order [ECF No. 40, ¶ 8]. Consistent with the Court's ruling, StratAir does not reassert the temporal-scope or relevance objections the Court addressed and responds as follows. As to individuals onboarded or hired post-reduction-in-force from January 2024 through July 2024 in the positions of warehouse handler, security guard, cargo loader, or cargo handler: StratAir's hiring records for January 1, 2024 through July 31, 2024 at SAS-0474, together with the onboarding and personnel records of those hires within the decisional-unit personnel files at SAS-7410–SAS-13666. As to the time of the reduction in force: the employee roster reflecting the full list of names and hiring dates for all persons employed at the time of the 2024 reduction in force, at CONFIDENTIAL SAS-0005–SAS-0011 (ROSTER WH DICIEMBRE 13 and related employee rosters and schedules) and the point-in-time employee lists and Employee-Detail reports at SAS-0466–SAS-0474. StratAir does not engage individual independent contractors and therefore has no responsive independent-contractor hiring or onboarding records in its possession, custody, or control. Production of this category is complete. |
| 17, 18, 20, 27 | Plaintiffs' personnel files CONFIDENTIAL SAS-0013–SAS-0155 and SAS-0157–SAS-0257; payroll check history SAS-0475–SAS-0689 (RFP 18); 2024 Termination Personnel Files SAS-2668–SAS-5638 (RFP 20); warnings and personnel files SAS-0703–SAS-2205 and decisional-unit personnel files SAS-7410–SAS-13666, including employees who later separated (RFP 27). Production of this category is complete. |
| 21 | Produced pursuant to the Court's Order [ECF No. 40, ¶ 14]. StratAir has produced the complete personnel files of the entire January 2024 reduction-in-force decisional unit — all 258 employees, comprising the 28 employees selected for termination and the 230 employees retained — as scanned images maintained in the ordinary course of business, at SAS-0703–SAS-2205 (warnings and personnel files), SAS-2668–SAS-5638 (the terminated employees), and SAS-7410–SAS-13666 (the retained employees). Because the complete decisional-unit files were produced, this production necessarily includes every employee within the Court's limitation — those retained in the positions of warehouse handler, security guard, cargo loader, or cargo handler with a disciplinary history following the reduction in force — and every retained comparator is accounted for whether that employee remained employed or subsequently separated. StratAir objects only to the extent the Request seeks records of independent contractors, temporary workers, or staffing-agency workers: the Court's Order limited this Request to retained |

| | |
|---|---|
| | employees and did not require production as to such workers, and StratAir in any event has no such records in its possession, custody, or control and does not engage independent contractors. StratAir is withholding no responsive document on the basis of that objection. Production of this category is complete. |
| 22 | Pursuant to the Court's Order [ECF No. 40, ¶ 15]: Based on StratAir's knowledge of its operations and a reasonable inquiry, StratAir does not conduct or maintain formal performance evaluations for employees in the positions of warehouse handler, cargo handler, cargo loader, or security guard, and no such evaluations were located among the personnel files produced. Accordingly, no responsive performance evaluations exist for retained employees under the age of 40 in those positions. To the extent any informal communications commenting on employee performance were located, they have been produced within StratAir's electronically stored information and are further addressed in the response to Request No. 29. The complete decisional-unit personnel files identified in the response to Request No. 21 have also been produced. |
| 23 | Produced pursuant to the Court's Order [ECF No. 40, ¶ 16], within the limitation imposed for Request No. 21. The responsive disciplinary records, warnings, and write-ups are contained within the decisional-unit personnel files produced as kept in the ordinary course at SAS-0703–SAS-2205, SAS-2668–SAS-5638, and SAS-7410–SAS-13666, and include every employee within the Court's limitation whether that employee remained employed or subsequently separated. StratAir is withholding no responsive document on the basis of its independent-contractor objection, as the Court's Order did not require production as to such workers and StratAir does not engage independent contractors. Production of this category is complete. |
| 24 | Produced pursuant to the Court's Order [ECF No. 40, ¶ 17], within the limitation imposed for Request No. 21. The responsive disciplinary records, warnings, and write-ups for non-Black employees retained in Mr. Grant's department or position following the reduction in force who had a disciplinary history are contained within the decisional-unit personnel files produced as kept in the ordinary course at SAS-0703–SAS-2205, SAS-2668–SAS-5638, and SAS-7410–SAS-13666, and include every such employee whether that employee remained employed or subsequently separated. Production of this category is complete. |
| 25 | Attendance records as maintained by StratAir: time-off request forms SAS-14394–SAS-14853; leave-of-absence reports SAS-0691–SAS-0693; timesheets SAS-14214–SAS-14222; time clock email SAS-14383–SAS-14387; and attendance |

| | |
|---|---|
| | records within decisional-unit personnel files SAS-7410–SAS-13666. Production of this category is complete. |
| 26 | Pursuant to the Court's Order [ECF No. 40, ¶ 19]: Based on StratAir's knowledge of its operations and a reasonable inquiry, StratAir does not conduct or maintain formal performance evaluations for employees in the positions of warehouse handler, cargo handler, cargo loader, or security guard, and no such evaluations were located among the personnel files produced. Accordingly, no responsive performance evaluations exist for employees age 40 or over who worked in those positions at the Miami location from January 2023 through January 2024. To the extent any informal communications commenting on employee performance were located, they have been produced within StratAir's electronically stored information and are further addressed in the response to Request No. 29. The complete decisional-unit personnel files identified in the response to Request No. 21 have also been produced. |
| 28, 29 | Time-off request forms SAS-14394–SAS-14853; leave-of-absence reports SAS-0691–SAS-0693; timesheets SAS-14214–SAS-14222; time clock email SAS-14383–SAS-14387; warnings and personnel files SAS-0703–SAS-2205, SAS-2668–SAS-5638, and SAS-7410–SAS-13666. Supervisor communications: SAS-13938, SAS-13959–SAS-13961, SAS-14010–SAS-14012, SAS-14120, SAS-14186–SAS-14192, and SAS-14197–SAS-14200. Production of this category is complete. |
| 33 | Employee-Detail reports SAS-0466–SAS-0469; point-in-time employee lists, rosters, EEO, terminated, and hiring reports SAS-0470–SAS-0474; EEO report SAS-0690. StratAir does not track national origin or ethnicity and does not engage individual independent contractors. Production of this category is complete. |
| 34 | Produced: communications referencing Plaintiffs by name in connection with the January 2024 reduction in force at SAS-0001–SAS-0012, SAS-0156, and SAS-0459–SAS-0465, together with responsive custodian communications located within StratAir's operational-communications ESI at SAS-13694–SAS-14393.<br><br>Email and Teams: StratAir conducts its business communications through its company email and Microsoft Teams systems. StratAir searched those systems for the custodians identified during the parties' meet-and-confer (Jorge Corral, Dora Costa, Armando Portales Viera, Gisela Barrera, Javier Rodriguez, Michel Ong, Michel Sosa, Wilson Dorado, Jose Alverio, and Lidier Leon) and has produced the responsive communications located. |

| | |
|---|---|
| | StratAir-issued mobile devices: StratAir does not issue mobile devices to its Miami warehouse personnel. The only StratAir-issued mobile devices used by any custodian during the relevant period were those of Jorge Corral and Andres Gonzalez, StratAir's President, and StratAir is reviewing the text and WhatsApp messages on those devices for the period January 1, 2023 through March 31, 2024 using Plaintiffs' names and terms relating to the reduction in force, age, race, national origin, and staffing agencies.<br><br>Personal devices: StratAir does not own, issue, or pay for its employees' personal mobile devices and does not have the right to access or image them. StratAir has asked each currently employed custodian (Dora Costa and Gisela Barrera) whether she participated in WhatsApp group chats or text threads used for work-related purposes on their personal cell phone during the period January 1, 2023 through March 31, 2024, and, if so, to search those groups and threads using the same search terms described above and provide any responsive messages to counsel. Ms. Barrera, who joined StratAir on September 1, 2023, has confirmed that she was added to WhatsApp groups for her shift, which were used for operational matters such as shift handovers, remaining freight, attendance, schedules, and equipment issues. Ms. Barrera has stated that she does not have any WhatsApp messages from 2023 or 2024. Ms. Costa, StratAir's Human Resources Director, does not work in the warehouse and is currently out of the office. Upon her return, StratAir will confirm whether she participated in any such groups and, if so, will have her conduct the same search. Jose Alverio, Armando Portales Viera, and Lidier Leon are no longer employed by StratAir, and StratAir has no right to access or obtain messages from their personal devices. StratAir previously produced WhatsApp messages reflecting Plaintiff Rodriguez Ceruto's time-off requests, voluntarily provided by a former supervisor, at SAS-0201–SAS-0202.<br><br>Completion: On or before December 1, 2026, StratAir will produce any responsive messages identified through the searches described in this response, or will supplement this response to confirm that none were located.<br><br>Objection and withholding statement: StratAir objects to any requirement that it collect, image, or search the entirety of any individual's personal device, or obtain messages from former employees' personal devices, as outside its possession, custody, or control, disproportionate to the needs of the case, and an unwarranted intrusion on non-party privacy. StratAir is not withholding any responsive documents located through the searches described in this response on the basis of this objection. |
| 35 | Produced: communications among the participants in the January 2024 reduction-in-force decision concerning the decision, its business justification, timing, number |

| | |
|---|---|
| | of positions, financial/operational reasons, and workforce planning at SAS-0001–SAS-0012 and SAS-0459–SAS-0465, together with responsive decision-maker communications located within StratAir's operational-communications ESI at SAS-13694–SAS-14393. StratAir searched the email and electronic-messaging systems within its possession, custody, or control for the custodians identified above and has produced the responsive communications located. The WhatsApp/text statement set out in the response to Request No. 34 applies equally here. Production of this category is complete. |
| 36 | Produced: communications among the participants in employee selection concerning the selection criteria and methodology, performance assessments, employee comparisons, age/seniority, identification of employees to be terminated or retained, and use of temporary or replacement workers at SAS-0001–SAS-0012 and SAS-0459–SAS-0465, together with responsive custodian communications located within StratAir's operational-communications ESI at SAS-13694–SAS-14393. StratAir searched the email and electronic-messaging systems within its possession, custody, or control for the custodians identified above and has produced the responsive communications located. The WhatsApp/text statement set out in the response to Request No. 34 applies equally here. Production of this category is complete. |
| 37-40 | SAS-0001–SAS-0012; SAS-0156; SAS-0459–SAS-0465; custodian communications within SAS-13694–SAS-14393, including SAS-13938, SAS-13959–SAS-13961, SAS-14010–SAS-14012, SAS-14120, SAS-14174, and SAS-14186–SAS-14192. Staffing-agency communications (RFP 39): SAS-13901–SAS-13937 and SAS-13962–SAS-13979. StratAir searched the email and electronic-messaging systems of the custodians identified in the response to Request No. 34, including Javier Rodriguez for Request No. 40, and has produced the responsive communications located. No other responsive communications were located. Production of this category is complete. |
| 41-46 | SAS-0001–SAS-0012; SAS-0459–SAS-0465; Sworn Declaration of Armando Portales Viera SAS-0290; staffing-agency communications SAS-13901–SAS-13937 and SAS-13962–SAS-13979 (RFP 46). The email and Teams searches described in the response to Request No. 34 located no other responsive communications. See Response No. 34 as to WhatsApp and texts. Production of this category is complete. |
| 47 | 2024 Employee Handbook CONFIDENTIAL SAS-0291–SAS-0349; Handbook acknowledgment page SAS-0350. No other responsive handbook was located. Production of this category is complete. |

| | |
|---|---|
| 48, 49 | Anti-discrimination, anti-harassment, anti-retaliation, and separation policies within the 2024 Employee Handbook CONFIDENTIAL SAS-0291–SAS-0349; Saltchuk Code of Ethical Business Conduct SAS-0351–SAS-0378. StratAir maintains no separate written reduction-in-force or layoff policy. Production of this category is complete. |
| 50-52 | Employee Training Schedule SAS-0702; training emails SAS-14135–SAS-14138, SAS-14150–SAS-14153, and SAS-14174. No other responsive training materials exist. Production of this category is complete. |
| 53, 54 | Complaint cases report SAS-0694; EEOC charges and files SAS-0381–SAS-0394 and SAS-2206–SAS-2667; employee complaint SAS-14010–SAS-14012. No other responsive complaints exist. Production of this category is complete. |
| 55, 59, 96 | Laffita Ortiz's post-termination email to Andres Gonzalez and Dora Costa's response SAS-0464–SAS-0465; SAS-14120; complaint cases report SAS-0694; EEOC charges, position statements, and files SAS-0381–SAS-0458 and SAS-2206–SAS-2667. Ms. Costa's email at SAS-0464–SAS-0465 is the only response to the Laffita Ortiz email; no other responsive documents exist. Production of this category is complete. |
| 56–58, 60–83, 85–88, 91–95, 97–105, 107, 108 | Plaintiffs' personnel files CONFIDENTIAL SAS-0013–SAS-0155 and SAS-0157–SAS-0257; Rodriguez Ceruto attendance and pay records SAS-0288–SAS-0289; payroll check history SAS-0475–SAS-0689; EEOC charges, position statements, and files SAS-0381–SAS-0458 and SAS-2206–SAS-2667; SAS-0001–SAS-0012; SAS-0156; SAS-0201–SAS-0202; SAS-0459–SAS-0465; SAS-14120; Henry Pinto incident report SAS-14186–SAS-14192. No other responsive documents exist. Production of this category is complete. |
| 89 | Pinto Sumoza personnel file CONFIDENTIAL SAS-0080–SAS-0122; EEOC position statement SAS-0395–SAS-0458; incident report SAS-14186–SAS-14192; SAS-0001–SAS-0012. No other responsive documents exist. Production of this category is complete. |
| 90 | Pinto Sumoza personnel file CONFIDENTIAL SAS-0080–SAS-0122; payroll check history SAS-0475–SAS-0689; EEOC position statement SAS-0395–SAS-0458. No other responsive documents exist. Production of this category is complete. |
| 106, 109, 110 | SAS-0001–SAS-0012; Plaintiffs' personnel files CONFIDENTIAL SAS-0013–SAS-0155 and SAS-0157–SAS-0257; Amazon MOP workbooks SAS-0698–SAS-0701; budgets, forecasts, and flash reports SAS-13667–SAS-13693; hiring report SAS-0474; EEOC position statements SAS-0395–SAS-0458; Sworn Declaration |

| | |
|---|---|
| | of Armando Portales Viera SAS-0290. No other responsive documents exist. Production of this category is complete. |
| 111, 112 | Amazon MOP workbooks SAS-0698–SAS-0701; hiring report SAS-0474; point-in-time employee lists SAS-0470–SAS-0474; schedules and staffing emails SAS-14139–SAS-14149, SAS-14165–SAS-14173, SAS-14177–SAS-14179, SAS-14193–SAS-14196, and SAS-14223–SAS-14237; staffing-agency communications SAS-13901–SAS-13937 and SAS-13962–SAS-13979. StratAir does not engage individual independent contractors. Production of this category is complete. |
| 115 | StratAir is producing its complete employment practices liability insurance policy in effect at the relevant time — including all declarations, insuring agreements, forms, endorsements, and schedules — at SAS-14855 through SAS-14932. This is in addition to StratAir's prior production of a certificate of liability insurance at Bates Nos. SAS-0379 to SAS-0380. StratAir is aware of no other policy that provides coverage for the claims asserted in this action. |
| 116 | Financial records reflecting StratAir's revenues, profits, and financial condition, as maintained, at SAS-13667–SAS-13693, including forecast and "flash" operating reports (revenue, EBIT, and margin) at SAS-13685–SAS-13693. These are StratAir's financial statements, profit-and-loss statements, revenue reports, income statements, budgets, forecasts, projections, and operational reports as maintained. StratAir reasserts and preserves the objections stated in its original responses that the Request is overbroad, unduly burdensome, disproportionate to the needs of the case, and seeks confidential, proprietary, and competitively sensitive information, including tax returns. Only StratAir's current financial condition is relevant to Plaintiffs' punitive-damages claim; the demand for multiple years of tax returns and financial records is overbroad. *See Lane v. Capital Acquisitions*, 242 F.R.D. 667, 670 (S.D. Fla. 2005) ("The Court, however, does find that Plaintiffs' discovery requests are overbroad on their face in that some seek financial records for a five year period and some seek records for an unlimited time period. 'Only current financial documents are relevant to a claim for punitive damages.'" ). StratAir has produced documents sufficient to show its financial condition as maintained as described above, and objects to the multi-year tax returns as overbroad, disproportionate, and cumulative of that information. *See also Anderson v. Premier Beverage Co., LLC,* No. 09-61143-CIV, 2010 WL 11505127, at *2 & n.2 (S.D. Fla. Jan. 22, 2010) (recognizing that "the greater weight of authority has concluded that tax returns are subject to at least some level of heightened protection from disclosure," holding that a party seeking tax returns must show both relevance and "a compelling need for the tax returns because the information contained therein is not otherwise readily obtainable," and declining to |

| | |
|---|---|
| | compel where, "even assuming that the requested tax information were relevant, Defendant has failed to demonstrate that there exists a compelling need or that the information cannot be obtained from other sources"). *See also Urban v. WESCO Distribution, Inc.*, No. 10-80782-CIV, 2011 WL 13227800, at *6 (S.D. Fla. June 9, 2011) (employment-discrimination case; denying motion to compel corporate employer's tax returns where plaintiff "ha[d] not demonstrated that the financial documents already produced are insufficient to calculate punitive damages"). Since August 1, 2025, StratAir has not maintained stand-alone financial statements, profit-and-loss statements, or balance sheets. The financial records produced at SAS-13667–SAS-13693 are the most recent stand-alone financial records StratAir has located to date. Rule 34 does not require StratAir to create documents it does not maintain in the ordinary course of business. To the extent any tax returns were filed by or on behalf of StratAir for the periods requested, StratAir is withholding them on the basis of this objection; no other responsive document is being withheld. Production of this category is complete. |
| 117 | Documents reflecting StratAir's financial condition, as maintained, SAS-13667–SAS-13693, including the forecast and "flash" operating reports (revenue, EBIT, and margin) at SAS-13685–SAS-13693. StratAir reasserts and preserves the objections stated in its original responses that the Request is overbroad and disproportionate to the needs of the case. Only current financial condition is relevant to the punitive-damages claim; net worth as of the date of Plaintiffs' terminations (more than two years ago) is not relevant. *See Lane v. Capital Acquisitions & Mgmt. Co.*, 242 F.R.D. 667, 670 (S.D. Fla. 2005) (only current financial documents relevant to punitive-damages net-worth discovery). StratAir has produced documents sufficient to show its financial condition as maintained as described above, designated attorneys'-eyes-only. *See also Anderson v. Premier Beverage Co., LLC,* No. 09-61143-CIV, 2010 WL 11505127, at *2 & n.2 (S.D. Fla. Jan. 22, 2010) (recognizing that "the greater weight of authority has concluded that tax returns are subject to at least some level of heightened protection from disclosure," holding that a party seeking tax returns must show both relevance and "a compelling need for the tax returns because the information contained therein is not otherwise readily obtainable," and declining to compel where, "even assuming that the requested tax information were relevant, Defendant has failed to demonstrate that there exists a compelling need or that the information cannot be obtained from other sources"). As stated in the responses to Request Nos. 3 and 116, since August 1, 2025, StratAir has not maintained stand-alone financial statements, profit-and-loss statements, or balance sheets. The financial records produced at SAS-13667–SAS-13693 are the most recent stand-alone financial records StratAir has located to date. Rule 34 does not require StratAir to create |

| | |
|---|---|
| | documents it does not maintain in the ordinary course of business. Production of this category is complete. |
| 118 | EEOC charges SAS-0381–SAS-0394; EEOC files SAS-2206–SAS-2667. No other responsive documents exist. Production of this category is complete. |
| 119 | EEOC position statements SAS-0395–SAS-0458; EEOC files SAS-2206–SAS-2667. No other responsive documents exist. Production of this category is complete. |
| 120 | EEOC files SAS-2206–SAS-2667. No other responsive documents exist. Production of this category is complete. |
| 121 | EEOC files SAS-2206–SAS-2667. No other responsive documents exist. Production of this category is complete. |
| 122 | Sworn Declaration of Armando Portales Viera SAS-0290; no other witness statements exist. Production of this category is complete. |
| 123 | Plaintiffs' personnel files CONFIDENTIAL SAS-0013–SAS-0155 and SAS-0157-SAS-0257; training emails SAS-14135–SAS-14138, SAS-14150-SAS-14153, and SAS-14174; Employee Training Schedule SAS-0702. No other responsive documents exist. Production of this category is complete. |
| 124 | Complaint-cases report SAS-0694; EEOC position statements and files SAS-0395–SAS-0458 and SAS-2206–SAS-2667; Laffita Ortiz post-termination email and Dora Costa's response SAS-0464–SAS-0465; Henry Pinto incident report SAS-14186–SAS-14192; employee complaint SAS-14010–SAS-14012. No other responsive documents exist. Production of this category is complete. |
| 125 | Documents identified in StratAir's Rule 26(a) Initial Disclosures: (1) statistical data regarding the ages and other protected characteristics of employees selected or not selected for the reduction in force: CONFIDENTIAL SAS-0001–SAS-0012, Employee-Detail reports CONFIDENTIAL SAS-0466–SAS-0469, point-in-time employee lists and terminated-employee and hiring reports SAS-0470–SAS-0474, and EEO report SAS-0690; (2) StratAir's Equal Employment Opportunity policy: 2024 Employee Handbook CONFIDENTIAL SAS-0291–SAS-0349, Section 1.1 beginning at CONFIDENTIAL SAS-0299; (3) Plaintiff Rodriguez Ceruto's WhatsApp/text messages with his supervisor requesting leave: SAS-0201–SAS-0202; (4) Employee Warning Notice issued to Plaintiff Rodriguez Ceruto on December 28, 2023: SAS-0173 and SAS-0200; and (5) documents related to the leave StratAir provided to Plaintiff Rodriguez Ceruto: time-off request form SAS- |

| | |
|---|---|
| | 0167, attendance record SAS-0288, pay statement SAS-0289, and leave-of-absence reports SAS-0691–SAS-0693. Production of this category is complete. |
| 126 | SAS-0001–SAS-0012; Plaintiffs' personnel files CONFIDENTIAL SAS-0013–SAS-0155 and SAS-0157-SAS-0257; point-in-time employee lists SAS-0470–SAS-0474; EEO report SAS-0690. Production of this category is complete. |
| 127 | SAS-0001–SAS-0012; Plaintiffs' personnel files CONFIDENTIAL SAS-0013–SAS-0155 and SAS-0157-SAS-0257; payroll check history SAS-0475–SAS-0689; EEOC files SAS-2206–SAS-2667. Production of this category is complete. |
| 128 | StratAir reserves its trial-exhibit designations per the pretrial schedule. StratAir's trial exhibits will be drawn from documents produced in this action or identified in its disclosures, and StratAir is not withholding any document it presently intends to offer as a trial exhibit. |
| 129 | SAS-0001–SAS-0012; Employee-Detail reports SAS-0466–SAS-0469; point-in-time employee lists SAS-0470–SAS-0472; Amazon MOP workbooks SAS-0698–SAS-0701. StratAir does not engage individual independent contractors. Production of this category is complete. |
| 130 | SAS-0001–SAS-0012; Employee-Detail reports SAS-0466–SAS-0469; point-in-time employee lists SAS-0470–SAS-0474; EEO active-employee report SAS-0690. Production of this category is complete. |
| 131 | SAS-0001–SAS-0012; Employee-Detail reports SAS-0466–SAS-0469; point-in-time employee lists SAS-0470–SAS-0474; EEO report SAS-0690; Amazon MOP workbooks SAS-0698–SAS-0701. Production of this category is complete. |
| 132 | SAS-0001–SAS-0012; Plaintiffs' personnel files CONFIDENTIAL SAS-0013–SAS-0155 and SAS-0157-SAS-0257; Employee-Detail reports SAS-0466–SAS-0469; point-in-time lists SAS-0470–SAS-0474; payroll check history SAS-0475–SAS-0689. Production of this category is complete. |
| 133 | SAS-0001–SAS-0012; Amazon MOP workbooks SAS-0698–SAS-0701; Employee-Detail reports SAS-0466–SAS-0469; EEO report SAS-0690; budgets/forecasts SAS-13667–SAS-13693. Production of this category is complete. |
| 134 | SAS-0001–SAS-0012; No other responsive documents exist. Production of this category is complete. |

| | |
|---|---|
| 135 | SAS-0001–SAS-0012; Employee-Detail reports SAS-0466–SAS-0469; point-in-time lists SAS-0470–SAS-0474; Terminated Employees PIT SAS-0473; EEO report SAS-0690. Production of this category is complete. |
| 136 | SAS-0001–SAS-0012; Employee-Detail reports SAS-0466–SAS-0469; EEO report SAS-0690; national origin not tracked in the ordinary course. Production of this category is complete. |
| 137 | SNI/StratAir contract SAS-0695–SAS-0697; SNI emails SAS-13901–SAS-13935; Randstad staffing email SAS-13936–SAS-13937; Manpower proposal SAS-13962–SAS-13979. No other responsive contracts or agreements exist. Production of this category is complete. |
| 138 | Produced: SNI/StratAir contract (SAS-0695–SAS-0697); emails re SNI (SAS-13901–SAS-13935); email from Randstad USA staffing to HR Director (SAS-13936–SAS-13937); email proposal for temporary staffing services from Manpower Group PR (SAS-13962–SAS-13979); email re SNI/overtime (SAS-14201–SAS-14213); emails re SNI overtime hours (SAS-14339–SAS-14342). StratAir does not engage independent contractors. StratAir maintains its objection that this Request seeks documents neither relevant nor proportional to Plaintiffs' RIF-based age, race, and national-origin claims and is duplicative of RFP 13, on which the Court sustained StratAir's objection (ECF 40). Consistent with General Statement III, StratAir has not searched for staffing-agency invoices or payment records beyond those identified above; otherwise, no responsive document is being withheld on the basis of this objection. Production of this category is complete. |
| 139 | SAS-0001–SAS-0012 (staffing-agency workers identified); SNI/StratAir contract SAS-0695–SAS-0697; SNI emails SAS-13901–SAS-13935; Randstad staffing email SAS-13936–SAS-13937; Manpower proposal SAS-13962–SAS-13979; SNI overtime emails SAS-14201–SAS-14213 and SAS-14339–SAS-14342 (objection preserved). StratAir does not engage individual independent contractors and does not possess the personnel, demographic, or employment records that staffing agencies maintain for their workers. Consistent with General Statement III, StratAir has not searched for staffing-agency records beyond those identified above; otherwise, no responsive document is being withheld on the basis of this objection. Production of this category is complete. |
| 140 | SAS-0001–SAS-0012; SNI/staffing emails SAS-13901–SAS-13937 within StratAir's possession (objection preserved). No responsive document is withheld on the basis of this objection. Production of this category is complete. |

| | |
|---|---|
| 141 | SAS-0001–SAS-0012; Plaintiffs' personnel files CONFIDENTIAL SAS-0013–SAS-0155 and SAS-0157-SAS-0257; 2024 Employee Handbook CONFIDENTIAL SAS-0291–SAS-0349; Employee-Detail reports SAS-0466–SAS-0469; point-in-time lists SAS-0470–SAS-0474. Production of this category is complete. |
| 142 | SAS-0001–SAS-0012; Plaintiffs' personnel files CONFIDENTIAL SAS-0013–SAS-0155 and SAS-0157-SAS-0257; SNI/staffing records SAS-0695–SAS-0697, SAS-13901–SAS-13937 within StratAir's possession (objection preserved). No responsive document is withheld on the basis of this objection. Production of this category is complete. |
| 143 | SAS-0001–SAS-0012; Amazon MOP workbooks SAS-0698–SAS-0701; staffing emails SAS-13901–SAS-13937, SAS-13962–SAS-13979. Production of this category is complete. |
| 144 | SNI emails SAS-13901–SAS-13935; Randstad email SAS-13936–SAS-13937; Manpower proposal SAS-13962–SAS-13979. No other responsive communications exist. Production of this category is complete. |
| 145 | Budgets/forecasts/flash SAS-13667–SAS-13693; Amazon MOP workbooks SAS-0698–SAS-0701 (objection preserved as to contractor cost analyses). StratAir does not engage individual independent contractors and maintains no contractor cost analyses; no responsive document is withheld on the basis of this objection. Production of this category is complete. |
| 146 | SAS-0001–SAS-0012; Amazon MOP workbooks SAS-0698–SAS-0701; point-in-time employee lists SAS-0470–SAS-0474; Employee-Detail reports SAS-0466–SAS-0469. Production of this category is complete. |
| 147 | StratAir does not engage individual independent contractors and issued no such Forms 1099. |
| 148 | Employment policies within 2024 Employee Handbook CONFIDENTIAL SAS-0291–SAS-0349; Saltchuk Code of Ethical Business Conduct SAS-0351–SAS-0378; Amazon MOP workbooks SAS-0698–SAS-0701; StratAir does not engage individual independent contractors. Production of this category is complete. |

Any Request not individually itemized above, and for which responsive documents exist, is answered by the categorical production described in the General Statements, and StratAir's responsive documents may be located within the corresponding Bates categories identified above.

**RESERVATION OF RIGHTS**

StratAir reserves all objections previously asserted and does not waive, and expressly preserves, its position that it produced documents as kept in the usual course of business and is not required to prepare a document-by-document correlation of documents to individual Requests. StratAir reserves the right to supplement or amend these responses as discovery continues, consistent with Rule 26(e).

Dated: November 18, 2026

**Nalani Alesia Gordon**
Roger W. Feicht (Florida Bar No. 84982)
rfeicht@gunster.com and lhagan@gunster.com
Nalani Alesia Gordon (Florida Bar No. 1010976)
ngordon@gunster.com and lmusco@gunster.com
GUNSTER YOAKLEY & STEWART, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
Telephone: 561-655-1980
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 18, 2026, a true and correct copy of the foregoing has been furnished by electronic mail to all parties on the Service List below.

**BRIAN H. POLLOCK, ESQ.**
brian@fairlawattorney.com
**P. BROOKS LAROU, ESQ.**
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, Florida 33146
*Counsel for Plaintiffs*

*/s/ Nalani Alesia Gordon*
Nalani Alesia Gordon

ACTIVE:40824838.1