UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24505-MOORE/ELFENBEIN

IVAN GRANT,
ALEX LAFFITA ORTIZ,
HENRY PINTO SUMOZA,
EYONNY PRADO DURAN,
LUIS RODRIGUEZ CERUTO,
and LUIS SAME GONZALO,

Plaintiffs,

vs.

STRATAIR AVIATION
SERVICES, LLC,

Defendants.
_______________________________/

# JOINT NOTICE OF MEDIATION

Plaintiffs, Ivan Grant, Alex Laffita Ortiz, Henry Pinto Sumoza, Eyonny Prado Duran, Luis Rodriguez Ceruto, and Luis Same Gonzalo, and Defendant, StratAir Aviation Services, LLC, jointly notice the Court, pursuant to this Court's Paperless Order of Referral to Mediation [ECF No. 18] and Paperless Order granting in part Plaintiffs' Motion for Revised Scheduling Order and Continuance of Trial [ECF No. 28], that the Parties have agreed to utilize **Suhaill Machado Morales, Esq.** as mediator, and that the mediation will take place in person on **December 4, 2026**, beginning at **10:00 a.m.**, at the Miami office of Gunster, Yoakley & Stewart, P.A., 600 Brickell Avenue, Suite 3500, Miami, Florida 33131.

Respectfully submitted this 24th day of November 2026,

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiffs*

s/ Roger W. Feicht
Roger W. Feicht, Esq. (84982)
rfeicht@gunster.com
Nalani Alesia Gordon, Esq. (1010976)
ngordon@gunster.com
GUNSTER, YOAKLEY & STEWART, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, Florida 33401
Telephone: (561) 655-1980
*Counsel for Defendant*