UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:25-cv-24505-KMM/MFE

IVAN GRANT,
ALEX LAFFITA ORTIZ,
HENRY PINTO SUMOZA,
EYONNY PRADO DURAN,
LUIS RODRIGUEZ CERUTO, and
LUIS SAME GONZALO,

Plaintiffs,

v.
STRATAIR AVIATION SERVICES, LLC,

Defendant.
________________________________________/

**DEFENDANT'S TIME-SENSITIVE UNOPPOSED MOTION FOR LEAVE FOR REMOTE ATTENDANCE FOR ONE MEDIATION PARTICIPANT**

Defendant, StratAir Aviation Services, LLC ("StratAir"), hereby files this Time-Sensitive Unopposed Motion for Leave for Remote Attendance for one Mediation Participant. In support, StratAir states:

1. The deadline to complete mediation is December 31, 2026. [Doc. No. 28].

2. Due to the inherent challenges of coordinating the schedules of the Parties' selected mediator, the six Plaintiffs, Plaintiffs' counsel, StratAir's representative, and StratAir's counsel, the Parties only recently confirmed Friday, December 4 for the in-person mediation.

3. A copy of the Joint Notice of Mediation, that was filed yesterday November 24, 2026, [Doc. No. 71] is attached as **Exhibit 1**.

4. StratAir's representative plans to travel from Washington state to attend mediation in person in Miami. Additionally, StratAir's counsel will travel from Palm Beach County to attend mediation in person.

5. The Court's Order of Referral to Mediation [Doc. No. 18] requires in-person attendance at mediation unless the Court excuses it.[1]

6. StratAir's insurer's representative lives and works in New York and is respectfully requesting the ability to attend by video conference. StratAir's insurer's representative has attended many mediations by video conference and will remain an active participant if permitted to attend by video conference.

7. Allowing StratAir's insurer's representative will reduce the inherent costs of the mediation process given the last-minute travel required to fly from New York to Miami around the holidays. Minimizing costs of the mediation will increase the chances of a productive settlement discussions.

8. Given the recent Federal Aviation Authority ground-stop and other well-publicized air travel delays, allowing attendance by a reliable video conference platform will also eliminate the risk that potential travel-related delays or complications while traveling from New York to Miami will prevent StratAir's insurer's representative from attending the mediation- even if a last-minute flight is booked.

9. Allowing StratAir's insurer's representative to attend by video conference will not prejudice any Party. Plaintiffs' counsel has confirmed Plaintiffs have no objection, so long as the representative who attends has the necessary authority and has their video camera on.

WHEREFORE, StratAir respectfully requests the Court grant Defendant's Motion for Leave for Remote Attendance for one Mediation Participant, and enter an order allowing one mediation participant (StratAir's insurer's representative) to attend remotely by video conference.

---

[1] The Parties previously mediated this case by video conference on May 8, 2026 and the Court ordered the Parties to mediate a second time in person. [Doc. No. 28]. As detailed above, StratAir's representative and counsel already plan to travel to Miami to attend mediation in person.

## LOCAL RULE 7.1 CERTIFICATE

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that undersigned counsel conferred in good faith with counsel for Plaintiffs who indicated Plaintiffs have no objection to StratAir's insurer's representative from attending so long as the representative who attends has the necessary authority and has their video camera on.

Respectfully submitted,

Dated: November 25, 2026

**Roger W. Feicht**
Roger W. Feicht (Florida Bar No. 84982)
rfeicht@gunster.com and lhagan@gunster.com
Nalani Alesia Gordon (Florida Bar No. 1010976)
ngordon@gunster.com and lmusco@gunster.com
GUNSTER YOAKLEY & STEWART, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
Telephone: 561-655-1980
*Counsel for Defendant,*
*StratAir Aviation Services, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 25, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

**Roger W. Feicht**
Roger W. Feicht (Florida Bar No. 84982)

ACTIVE:40905999.1